UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

**Randy Squires**

      **Plaintiff**

v.                                                                       No: 1:05cv01120

**Robert Atcheson**, **et al.**

      **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

On October 12, 2005, at 10:52 am, I served a copy of the complaint and summons on Darlene Fields, (Registered Agent) on behalf of the Office of the Attorney General, located at 441, 4th Street, NW, Washington, D.C.

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan

Case 1:05-cv-01120-JR    Document 2    Filed 10/12/2005    Page 2 of 2