UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**Civil Division**

**Randy Squires**

   **Plaintiff**

v.                 No: 1:05cv01120

**Robert Atcheson**, **et al.**

   **Defendant.**

**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

  I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

  On October 12, 2005, at 11:24 am, I served a copy of the complaint and summons on Tabatha Braxton, on behalf of the Office of the Mayor, located at 1350, Pennsylvania Avenue, NW, Washington, D.C.

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan