UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**Randy Squires**

**Plaintiff**

v.                                                                                       No: 1:05cv01120

**Robert Atcheson**, **et al.**

**Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

On October 13, 2005, at 12:06 pm, I served a copy of the complaint and summons on Robert Atcheson, in his official and individual capacity. Service was executed at; 100, 42nd Street, NE, Washington, DC 20019 (6th District Police Station).

I certify under penalty of perjury that the foregoing is true a correct.

_____/S/_____
Dequan Bogan