UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANDY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1120 (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT MOTION FOR ENLARGEMENT TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Robert Atcheson and Defendant District of Columbia (separately represented by David Jackson, Esq.), by and through undersigned counsel, move, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which Defendant Atcheson and Defendant District of Columbia may answer or otherwise respond to the Complaint. In support of this motion, Defendant states as follows:

1.      The complaint was filed in June 2005.  The Complaint purports to sue Defendant Atcheson in both his individual and official capacities.  The undersigned represents him only in his individual capacity.  Reserving arguments as to the adequacy/effectiveness of service, Plaintiff appears to have served Defendant Atcheson on October 13, 2005.  On October 18, 2005, Plaintiff moved for an enlargement of time to serve Defendant Atcheson and Defendant District of Columbia.  By Order dated October 21, 2005, the Court granted this motion.  Defendant

1

Atcheson's and Defendant District of Columbia's answer or other response is due today, November 2, 2005.

2. The Complaint purports to state a claim against Defendant Atcheson and Defendant District of Columbia under Title VII of the Civil Rights Act of 1964, as amended, and under 42 U.S.C. § 1981. Plaintiff works in the Environmental Crimes Unit ("ECU") of the Metropolitan Police Department and his direct supervisor is an African-American Sergeant. Defendant Atcheson is the Lieutenant supervising the ECU and two other units.

3. Defendant Atcheson and Defendant District of Columbia ask that the date for their separate answers or other response to the Complaint be enlarged to Tuesday, November 22, 2005. This enlargement will give counsel sufficient time to complete their separate investigations and to prepare a thorough response to the Complaint.

4. Defendant Atcheson sought the consent of both Plaintiff and Defendant District of Columbia. Defendant District of Columbia consented and asked to join in the request for relief for itself. Plaintiff declined to consent.

Defendants therefore respectfully request that the Court enlarge Defendant Atcheson's and Defendant District of Columbia's time for answering or otherwise responding to the Complaint as requested herein.

Dated: November 2, 2005                    Respectfully submitted,

                                           ROBERT J. SPAGNOLETTI
                                           Attorney General for the District of Columbia

                                           GEORGE C. VALENTINE
                                           Deputy Attorney General
                                           Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov


/s/ David Jackson
DAVID JACKSON
Assistant Attorney General
D.C. Bar No. 471535
Suite 6S048
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: David.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANDY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1120 (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Fed. R. Civ. P. 6(b)(1) governs this motion and requires a showing of cause for the enlargement. The cause for the relief requested is as described below. The Complaint was filed in June 2005. The Complaint purports to sue Defendant Atcheson in both his individual and official capacities. The undersigned represents him only in his individual capacity. Reserving all arguments about the sufficiency/effectiveness of service, Plaintiff appears to have served Defendant Atcheson on October 13, 2005. On October 18, 2005, Plaintiff moved for an enlargement of time to serve Defendant Atcheson and Defendant District of Columbia. By Order dated October 21, 2005, the Court granted this motion. Defendant Atcheson's and Defendant District of Columbia's answer or other response is due today, November 2, 2005.

The Complaint purports to state a claim against Defendant Atcheson and Defendant District of Columbia under Title VII of the Civil Rights Act of 1964, as amended, and under 42

4

U.S.C. § 1981. Defendant Atcheson and Defendant District of Columbia ask that the date for their separate answers or other response to the Complaint be changed to Tuesday, November 22, 2005. This enlargement will give counsel sufficient time to complete their separate investigations and to prepare a thorough response to the Complaint.

Defendant Atcheson sought the consent of both Plaintiff and Defendant District of Columbia. Defendant District of Columbia consented and asked that this motion be filed jointly. Plaintiff declined to consent.

Dated: November 2, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

/s/ David Jackson
DAVID JACKSON
Assistant Attorney General
D.C. Bar No. 471535
Suite 6S048
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: David.jackson@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1120 (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Defendants' Joint Motion For Enlargement To Answer Or Otherwise Respond To The Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this ____ day of ____, 2005:

ORDERED:   that Defendants' Joint Motion For Enlargement To Answer Or Otherwise Respond To The Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendant Robert Atcheson and Defendant District of Columbia shall separately answer or otherwise respond to the Complaint on or before November 22, 2005.

_____
James Robertson
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001
(Attorney for Defendant Atcheson)

David Jackson, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001
(Attorney for Defendant District of Columbia)

Donald Temple, Esq.
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005