IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Randy Squires ) | |
| ) | |
| v. ) | |
| ) | |
| Robert Atcheson *et al*. ) | C.A. N0. 05cv1120 |
| ) | JUDGE: JAMES ROBERTSON |
| Defendants ) | |

**LINE**

The undersigned counsel for Plaintiff consents to Defendants' November 2, 2005 Motion for Extension of Time to Answer or Otherwise Respond To Plaintiff's Complaint.

Respectfully submitted,

_____/S/_____
Donald M. Temple, Esq.  # 408749
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C.  20005
Counsel for Plaintiff