UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1120 (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff hereby stipulates that Counts I, II, and IV of the Complaint (relating to Plaintiff's Title VII allegations) in the above-entitled action are dismissed, as to Defendant Robert Atcheson only, with prejudice as if this action were taken after litigation on the merits of such counts pursuant to Fed R. Civ. P. 41(a)(1)(ii). The effect of this Stipulation shall extend only to Defendant Robert Atcheson and shall not be construed to affect, in any way whatsoever, Plaintiff's causes of action against Defendant District of Columbia. Defendant District of Columbia takes no position with respect to the merits of the underlying allegations in this forum.

For the Plaintiff:


/s/ Donald Temple per e-mail (attached)_____
Donald Temple, Esq.
Temple Law Offices
1229 I Street NW
Washington DC 20005

For Defendant Atcheson:

Dated: November 22, 2005				Respectfully submitted,

                                                       ROBERT J. SPAGNOLETTI
                                                     Attorney General for the District of Columbia

                                                     GEORGE C. VALENTINE
                                                     Deputy Attorney General
                                                     Civil Litigation Division


/s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel V. Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov


For Defendant District of Columbia:

Dated: November 22, 2005				Respectfully submitted,

                                                       ROBERT J. SPAGNOLETTI
                                                     Attorney General for the District of Columbia

                                                   NADINE C. WILBURN
                                                   Assistant Deputy Attorney General
                                                   Civil Litigation Division

/s/ Nicole Lynch per Nadine C. Wilburn
NICOLE LYNCH
Chief, General Litigation II
D.C. Bar No. 471953



/s/ David Jackson per Nadine C. Wilburn
DAVID JACKSON
Assistant Attorney General
D.C. Bar No. 471535
Suite 6S048
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: David.jackson@dc.gov

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY SQUIRES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1120 (JR) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendant. | ) |

**ORDER**

Having considered the parties' Stipulation of Dismissal, it is, this _____ day of _____, 2005:

ORDERED:   that Counts I, II, and IV of Plaintiff's Complaint are dismissed, as against Defendant Robert Atcheson, with prejudice as if they had been litigated on the merits; and it is

FURTHER ORDERED:   that effect of this Order of Dismissal shall extend only to Defendant Robert Atcheson and shall not be construed to affect, in any way whatsoever, Plaintiff's causes of action against Defendant District of Columbia.

_____
James Robertson
United States District Judge

cc:

Donald Temple, Esq.
Temple Law Offices
1229 I Street NW
Washington DC 20005

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

David Jackson, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Stipulation of Dismissal was served electronically, on this 22nd day of November 2005 to:

David Jackson, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Donald Temple, Esq.
Temple Law Offices
1229 I Street NW
Washington DC 20005

_____
WENDEL HALL
Assistant Attorney General