## Hall, Wendel (OAG)

**From:** John Robotham [jr@templelawoffices.com]
**Sent:** Tuesday, November 22, 2005 9:51 PM
**To:** wendel.hall@dc.gov
**Subject:** Stipulation

Dear Wendel:
Mr. Temple has asked me to convey that he stipulates to the dismissal of Defedant Robert Atcheson only as per Count 1, II and IV which relate to Title VII. This stipulation does not cover Defendant District of Columbia.
John A. Robotham