UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDY SQUIRES,                          :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  : Civil Action No. 05-1120 (JR)
                                        :
ROBERT ATCHESON, *et al.*,              :
                                        :
        Defendants.                     :

### SCHEDULING ORDER

After a scheduling conference held in chambers on February 13, 2006 it is

**ORDERED** that fact discovery may begin immediately and is to be completed by June 13, 2006. It is

**FURTHER ORDERED** that a status conference is set for **April 20, 2006 at 4:30 p.m.** Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions, and the theories of any then-contemplated dispositive motions. At that conference, the Court will consider a referral to mediation and, will set deadlines for expert discovery, and will set the dates for the final pretrial conference and trial. And it is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.

```
                                JAMES ROBERTSON
                          United States District Judge
```