# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1120 (JR) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

## ORDER

Having considered Defendant Robert Atcheson's Motion for Judgment on the Pleadings, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendant's Reply, if any, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   Defendant Robert Atcheson's Motion for Judgment on the Pleadings shall be, and hereby is, GRANTED; and it is

FUTHER ORDERED:       that judgment is hereby entered in favor Defendant Robert Atcheson on all counts against him in Plaintiff's Amended Complaint.

_____
James Robertson
United States District  Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

David Jackson, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Donald Temple, Esq.
Temple Law Offices
1229 I Street NW
Washington DC 20005