IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al.<br><br>   Plaintiff,<br><br>vs.<br><br>Robert Atcheson, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05-cv-01120 (JR)<br>) Judge James Robertson<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  To the Clerk of this Court, and to all parties of record, please enter an appearance for Dhamian A. Blue as co-counsel for the Plaintiffs in the above-captioned case.

                Dated this 9th day of March, 2006

                     /s/
                _____

                Donald M. Temple [408749]
                Dhamian A. Blue [488664]
                TEMPLE LAW OFFICES
                1229 15th Street, N.W.
                Washington, D.C. 20005
                (202) 628-1101
                **COUNSEL FOR PLAINTIFFS**