IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al.<br><br>   Plaintiff,<br><br>vs.<br><br>Robert Atcheson, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05-cv-01120 (JR)<br>) Judge James Robertson<br>)<br>)<br>)<br>)<br>) |

**<u>PROPOSED ORDER</u>**

  Having considered Defendant Lieutenant Robert Atcheson's Motion for Judgment on the Pleadings and the Memorandum of Points and Authorities in support thereof, as well as Plaintiffs' Memorandum of Points and Authorities in opposition thereto, it is, this _____ day of March, 2006

  ORDERED that Defendant Atcheson's Motion for Judgment on the Pleadings is hereby DENIED.

                _____
                The Honorable James Robertson
                United States District Judge