UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No.1:05cv1120 (JR) |
| ROBERT ATCHESON, *et al.*, | : |
| Defendants. | : |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO PARTIALLY JOIN IN DEFENDANT ROBERT ATCHESON'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant District of Columbia hereby moves, this Court to allow the District to partially join in sections III (a) and III (b) of defendant Robert Atcheson's motion for judgment on the pleading. Counsel for defendant Atcheson does not oppose this motion.

A brief memorandum of points and authorities is attached to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole L. Lynch/s/
NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No.1:05cv1120 (JR) |
| ROBERT ATCHESON, *et al.*, | : |
| Defendants. | : |

**DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM IN PARTIAL SUPPORT OF DEFENDANT ROBERT ATCHESON'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant District of Columbia, by and through undersigned counsel, submits this Memorandum to note that it joins in Defendant Atcheson's Motion for Judgment on the Pleadings as to section III (a) in which Defendant Atcheson demonstrates that he and other police officers do not have a contractual relationship with the District and as to section III (b) in which Defendant Atcheson shows that none of plaintiff officers experienced an adverse action. Defendant District, however, does not join in any other part of the Motion for Judgment on the Pleadings.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II


/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov