UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No.1:05cv1120 (JR) |
| ROBERT ATCHESON, *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion to Partially Join in Defendant Robert Atcheson's Motion for Judgment on the Pleadings, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is by the Court this ____ day of _____, 2006,

ORDERED that the Motion is GRANTED.

So ordered.

_____
The Honorable James Robertson
United States District Court
For the District of Columbia

DATE: