UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDY SQUIRES,                          :
                                        :
        Plaintiff,                      :
                                        :
     v.                                 :  Civil Action No. 05-1120 (JR)
                                        :
ROBERT ATCHESON, *et al.*,              :
                                        :
        Defendants.                     :

**ORDER**

The motion of defendant Robert Atcheson for judgment on the pleadings [16] is **granted**.  Atcheson is not an "employer" for purposes of Title VII (Counts I, II and IV), and plaintiff police officers do not have a contractual employment relationship with the District of Columbia that Atcheson could have impaired (Count III).  The motion of the District of Columbia for partial judgment on the pleadings [20] is **granted in part and denied in part**.  Plaintiffs do not have a contractual relationship with the District (Count III), but the question of whether or not adverse actions were taken agains the plaintiffs (Counts I and IV) is not sufficiently developed to be resolved on the pleadings.  It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                    United States District Judge