# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Randy Squires, et al.                              *

      Plaintiffs,                              *

v.                                               *          Case No. 05-CV-01120

Robert Atcheson, et al.                          *

      Defendant.                              *

*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

Upon consideration of Plaintiffs Motion for Reconsideration of Court's April 12th Order

Granting Defendants' Motion to Dismiss Plaintiffs' §1981 Claims, it is this ____ Day of

_____ 2006

**ORDERED**, that the above-referenced motion is GRANTED

**SO ORDERED**.

_____

The Honorable James Robertson
United States District Judge

Copies to:

Donald M. Temple, Esq.
Jeanett P. Henry, Esq.
Jared K. Ellison, Esq.
Temple Law Offices
1200 G Street, N.W., Suite 370
Washington, D.C. 20005

Timothy F. McCormack, Esq.
Lawrence P. Fletcher, Esq.
Jennifer E. Keyser, Esq.
Gordon, Feinblatt, Rotham, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD 21202

Roscoe C. Howard, Jr., Esq.
United States Attorney
Mark E. Nagle, Esq.
Assistant United States Attorney
Uldric L. Fiore, Jr. Esq.
Assistant United States Attorney
Office of the United States Attorney
    for the District of Columbia
555 Fourth Street, NW
Room 10-114
Washington, DC 20530