IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al.        )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> Robert Atcheson, et al.      )<br>                              )<br>          Defendants.         )<br>                              )<br>                              )<br>_____) | Civil Action No.: 1:05-cv-01120 (JR)<br>Judge James Robertson |

**<u>PROPOSED ORDER</u>**

Having considered Plaintiffs Motion for Leave to File Second Amended Complaint ("Motion") and the memorandum of points and authorities in support thereof, it is this _____ day of May, 2006 hereby

ORDERED that Plaintiffs' Motion is GRANTED.

                                                                _____
                                                                The Honorable James Robertson
                                                                United States District Judge