UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al., : | |
| Plaintiffs, : | |
| v. : | C. A. No.1:05cv1120 (JR) |
| ROBERT ATCHESON, *et al.*, : | |
| Defendants. : | |

**ORDER**

Upon consideration of the Second Consent Motion of Defendant District of Columbia to Extend the Time For Defendants to File an Opposition to Plaintiff's Motion For Reconsideration and Leave to Amend the Complaint, the Memorandum of Points and Authorities in support thereof, the consent of the parties, and the entire record herein, it is by the Court this ____ day of May 2006,

ORDERED that the Motion is GRANTED and it is

ORDERED that defendants' opposition to plaintiff's motion for reconsideration and motion to amend the complaint shall be filed on or before May 26, 2006.

So ordered.

_____
The Honorable James Robertson
United States District Court
For the District of Columbia

2

2