## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :  C. A. No.1:05cv1120 (JR) |
| | : |
| ROBERT ATCHESON, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO JOIN
### IN DEFENDANT ROBERT ATCHESON'S OPPOSITION TO PLAINTIFF'S MOTION
### FOR RECONSIDERATION OF THE APRIL 12, 2006 ORDER GRANTING
### DEFENDENTS' MOTION TO DISMISS PLAINTIFF'S 1981 CLAIM

Defendant District of Columbia hereby moves, this Court to allow the District to join in

defendant Robert Atcheson's opposition to plaintiff's motion for reconsideration of the April 12,

2006 order granting defendants' motion to dismiss plaintiff's 1981 claim  Counsel for defendant

Atcheson does not oppose this motion.

A brief memorandum of points and authorities is attached to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole L. Lynch/s/_____
NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RANDY SQUIRES, et al., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No.1:05cv1120 (JR) |
| ROBERT ATCHESON, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM IN
SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO JOIN
IN DEFENDANT ROBERT ATCHESON'S OPPOSITION TO PLAINTIFF'S MOTION
FOR RECONSIDERATION OF THE APRIL 12, 2006 ORDER GRANTING
DEFENDENTS' MOTION TO DISMISS PLAINTIFF'S 1981 CLAIM**

Defendant District of Columbia, by and through undersigned counsel, submits this Memorandum to note that it joins in defendant Robert Atcheson's opposition to plaintiff's motion for reconsideration of the April 12, 2006 order granting defendants' motion to dismiss plaintiff's 1981 claim in which Defendant Atcheson demonstrates that he and other police officers do not have a contractual relationship with the District.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole L. Lynch/s/
NICOLE L. LYNCH [471953]

Assistant Attorney General
Civ. Lit. Div., Chief Section II


/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov