IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>Robert Atcheson, et al. )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 1:05-cv-01120 (JR)<br>Judge James Robertson |

**PLAINTIFFS' CONSENT MOTION FOR
ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

COME NOW Plaintiffs, by and through undersigned counsel, and with the consent of Defendant District of Columbia, and respectfully files this Motion for Enlargement of Time to Conduct Discovery.  This motion should be granted, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for the reasons set forth more fully in the accompanying memorandum of points and authorities.

Dated this 13th day of June, 2006

/s/
_____
Donald M. Temple [408749]
Dhamian A. Blue [488664]
TEMPLE LAW OFFICES
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
**COUNSEL FOR PLAINTIFFS**