IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al.<br><br>   Plaintiff,<br><br> vs.<br><br>Robert Atcheson, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05-cv-01120 (JR)<br>) Judge James Robertson<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to Complete Discovery, it is this _____ day of _____ 2006, hereby

**ORDERED** that discovery in this matter be completed on or before August 13, 2006.

_____
James Robertson
United States District Judge