IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al.<br><br>　　　Plaintiff,<br><br>vs.<br><br>Robert Atcheson, et al.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:05-cv-01120 (JR)<br>)  Judge James Robertson<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

COMES NOW Plaintiff, Randy Squires, et al., by and through undersigned counsel, and respectfully moves this Court for an Order modifying the Scheduling Order to (1) provide for additional time for the parties to complete discovery in this case, and (2) provide for additional time for the parties to prepare for trial. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff and counsel for Defendant conferred and agreed to the filing of this motion and to the proposed modification.

Lead counsel for Plaintiff has experienced a medical emergency which requires immediate medical attention. As a result, counsel will require four to six weeks to recover, or until about September 1, 2006. The parties thus urge this Court to revise the scheduling order accordingly.

For the foregoing reasons, the parties respectfully move this Court to modify the scheduling order in this case as follows:

November 12, 2006:  Close of discovery;

January 17, 2007:  Pretrial date;

January 24, 2007:  Trial date

                                              Respectfully submitted,

                                              _____/s/_____
                                              Donald M. Temple
                                              Temple Law Offices
                                              1229 15th Street, N.W.
                                              Washington, D.C. 20005
                                              202-628-1101
                                              *Attorney for Plaintiff*

Case 1:05-cv-01120-JR    Document 31    Filed 07/28/2006    Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randy Squires, et al.<br><br>    Plaintiff,<br><br>vs.<br><br>Robert Atcheson, et al.<br><br>    Defendants. | Civil Action No.: 1:05-cv-01120 (JR)<br>Judge James Robertson |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Consent Motion for Modification of Scheduling Order, it is this _____ day of _____ 2006, hereby

**ORDERED** that the scheduling order will be modified as follows:

November 12, 2006:  Close of discovery;

January 17, 2007: Pretrial date;

January 24, 2007:  Trial date

_____
James Robertson
United States District Judge