UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, *et al.*, | : |
| Plaintiffs, | : |
| v. | : C. A. No.1:05cv1120 (JR) |
| THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

ORDER

Upon consideration of District's Motion to Compel, the entire record herein, and good cause having been shown, it is this _____ day of March, 2007,

**ORDERED** that the District's Motion to Compel be and hereby is **GRANTED,** and it is further,

**ORDERED** that Plaintiffs shall provide the District with responses to the District's First Set of Interrogatories on or before March 16, 2007; and it is further,

**ORDERED** that Plaintiffs shall provide the District with a date for Plaintiffs' depositions within five days of the date of this order; and it is further,

**ORDERED** that Plaintiffs shall make themselves available for depositions no later than March 26, 2007, and it is further,

**ORDERED** that Plaintiff that if any Plaintiff fails to comply with this order the case as to the non-complying Plaintiff shall be dismissed, and it is further,

_____
Judge James Robertson
United States District Court
for the District of Columbia

Copies to:

    All Counsel of record by ECF