IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RANDY SQUIRES *et al.* | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Civil Action No. 1:05-cv-01120 (JR) |
| | : | Judge James Robertson |
| ROBERT ATCHESON, *et al.*, | : | |
| | : | |
| Defendants | : | |

**PLAINTIFF RANDY SQUIRES' OPPOSITION
TO DISTRICT OF COLUMBIA'S MOTION TO COMPEL**

COMES NOW the Plaintiff, Randy Squires, through counsel, and submits his Opposition to Defendant's Motion to Compel on the following grounds:

1. Plaintiff's Answers to Interrogatories already have been provided to Defendant's counsel by fax and are forthcoming by mail.

2. The Plaintiffs are available for deposition presently, to be scheduled at mutually agreeable times no later than March 23, 2007.

3. Counsel for the Parties are engaging in productive dialogue to resolve any remaining discovery-related issues and to discuss potential settlement.

WHEREFORE, Plaintiff respectfully requests that Defendant's Motion to Compel be DISMISSED AS MOOT.

Respectfully submitted,

_____
Donald M. Temple, Esq
1229 15th Street, NW
Washington, DC  20005
Phone:  202-628-1101
Fax:  202-628-1149
E-mail:  dtemplelaw@aol.com