UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, *et al.*, : | |
| Plaintiffs, : | |
| v. : | C. A. No.1:05cv1120 (JR) |
| THE DISTRICT OF COLUMBIA, : | |
| Defendant. : | |

**DEFENDANT DISTRICT OF COLUMBIA'S REPLY TO PLAINTIFFS'
OPPOSITION TO THE DEFENDANT'S MOTION TO COMPEL**

Defendant District of Columbia's motion to compel should be granted because Plaintiffs' have not answered the District's first set of interrogatories. Plaintiff Squires claims that this Court should deny the District's motion to compel as moot because he has provided responses to the District's interrogatories. Plaintiff Squires has only responded to Defendant Robert Atcheson's first set of interrogatories although Atcheson is no longer a party to this action. The other named Plaintiffs have not provided answered to the District's first set of interrogatories and therefore, the District's Motion to Compel is not moot.

On March 9, 2007, Plaintiff Randy Squires faxed to the District his answers to twenty-seven (27) interrogatories. See Exhibit 1. However, the District first set of interrogatories to each Plaintiff contained only fifteen (15) interrogatories. See Exhibit 2. Plaintiff Squires' answers to interrogatories numbers 8-15 are inconsistent with the set of interrogatories served on Plaintiff by the District. Thus, Plaintiff Squires has not answered the District's first set of interrogatories as required by Fed. R. Civ. Pro. 33.

Additionally, Plaintiffs Gregory Jackson, Wai Tat Chung, Shakir Muslim, Robert Bush, Louie White and Joseph Gatling have not answered the District first set of interrogatories which was served on them on July 11, 2006. Exhibit 2.

## CONCLUSION

For the reasons set forth above and in the District's Motion to Compel, the motion should be granted.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/NICOLE L. LYNCH/s/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov