IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES *et al*. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No. 1:05-cv-01120 (JR) |
| : | Judge James Robertson |
| ROBERT ATCHESON, *et al*., : | |
| : | |
| Defendants : | |

## NOTICE REGARDING DISCOVERY

    I hereby certify that on March 16, 2007, I served upon counsel for Defendant a copy of Plaintiffs: **Joseph Galting, Robert Bush, Wai Tat Chung, Louie White, Gregory Johnson, and Shakir Muslim** Answers to Defendant's Interrogatories, with documentary exhibits attached. I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/ Donald M. Temple
Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, DC 20005
202-628-1101
202-628-1149
Templepc@aol.com