UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
RANDY SQUIRES, et al.,           :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :  Civil Action No. 05-1120 (JR)
                                 :
ROBERT ATCHESON, et al.,         :
                                 :
        Defendants.              :
```

### ORDER REFERRING TO MAGISTRATE JUDGE

After a telephone conference held March 19, 2007, it is **ORDERED** that the pretrial conference and trial dates previously set, March 29 and April 9, 2007, are **off the calendar**. It is **FURTHER ORDERED** that plaintiff's motion for leave to file second amended complaint [#24] is **granted**. It is **FURTHER ORDERED** that this case is **referred for settlement** to a Magistrate Judge of this District. And it is **FURTHER ORDERED** that, <u>unless the case has settled</u>, a status and scheduling conference will be held in open court at **4:30 p.m. on May 31, 2007.**

                                        JAMES ROBERTSON
                                   United States District Judge