UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, *et al.*, | : |
| Plaintiffs, | : |
| v. | : C. A. No.1:05cv1120 (JR) (DAR) |
| THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

ORDER

Upon consideration of the Consent Motion of the Defendant District of Columbia to Continue the May 1, 2007 Mediation, the consent of counsel for Plaintiff, the entire record herein, and good cause having been shown, it is:

**ORDERED** that the District's Motion be and hereby is **GRANTED,** and it is further,

**ORDERED** that the mediation scheduled for May 1, 2007 is **VACATED**, and it is further

**ORDERED** that mediation is rescheduled for June 11, 2007.

_____
Magistrate Judge Deborah A. Robinson
United States District Court
for the District of Columbia

Copies to:

All Counsel of record by ECF