IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Randy Squires,** *et al.*          )<br>                                                   )<br>         **Plaintiff,**                        )<br>                                                   )<br>    vs.                                           )<br>                                                   )<br>**District of Columbia,** *et al.*      )<br>                                                   )<br>         **Defendants.**                  )<br>                                                   )<br>                                                   ) | **Civil Action No.: 1:05-cv-01120 (JR)**<br>**Judge James Robertson** |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to LCvR 83.6, Dhamian A. Blue hereby moves to withdraw his appearance for Plaintiffs in the above-captioned case. In support hereof, Mr. Blue states as follows:

1.  Mr. Blue no longer works as an attorney in the law firm Temple Law Offices.

2.  Donald M. Temple, Esq. and Temple Law Offices already have entered an appearance on Plaintiffs' behalf in this case.

3.  The relief requested herein will not unduly delay the trial of this case, be unfairly prejudicial to any party, or otherwise not be in the interest of justice.

4.  For each of the foregoing reasons, the undersigned respectfully requests that the Court grant this motion.

Date: April 26, 2007                                                  Respectfully submitted,

                                                                        _____/s/_____
                                                                        Dhamian A. Blue
                                                                        D.C. Bar No. 488664
                                                                        1710 Rhode Island Avenue, NW
                                                                        Tenth Floor
                                                                        Washington, DC 20036
                                                                        (202) 223-9840

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Randy Squires,** *et al.*           )<br>                                                      )<br>          **Plaintiff,**                        )<br>                                                      )<br>**vs.**                                               )<br>                                                      )<br>**District of Columbia,** *et al.*    )<br>                                                      )<br>          **Defendants.**                  )<br>                                                      )<br>_____) | **Civil Action No.: 1:05-cv-01120 (JR)**<br>**Judge James Robertson** |

## PROPOSED ORDER

Upon consideration of Dhamian A. Blue's Motion to Withdraw, it is hereby **ORDERED** that the Motion to Withdraw is granted.

_____
James Robertson
United States District Judge
