UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDY SQUIRES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01120-JR-DAR |
| ) | Judge James Robertson |
| **DISTRICT OF COLUMBIA,** *et al.* ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO EXTEND TIME

Defendant Robert Atcheson hereby moves, by and through the undersigned counsel, for an extension of time, to Friday, August 3, 2007, to respond to the complaint. Plaintiffs' counsel, Donald Temple, Esq., consents to the filing of this motion and the relief requested herein.

In making this motion, Defendant Robert Atcheson reserves all defenses, including but not limited to service of process. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed.

WHEREFORE Defendant requests that the response time to the complaint herein be extended to August 3, 2007.

Date: July 18, 2007           Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy

>MICHELLE DAVY, #454524
>Assistant Attorney General
>Sixth Floor South
>441 4th Street, N.W.
>Washington, D.C. 20001
>(202) 724-6608; (202) 727-3625 (fax)
>E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 18th day of July, 2007, that a copy of the foregoing Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

>Donald M. Temple, Esq.
>Temple Law Offices
>1229 15th Street, N.W.
>Washington, D.C.  20005


>/s/Michelle Davy_____
>Michelle Davy
>Assistant Attorney General

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**RANDY SQUIRES, et al.,**                  )
                                            )
       **Plaintiffs,**                )
                                            )
       v.                             )   Civil Action No. 1:05-cv-01120-JR-DAR
                                            )   Judge James Robertson
**DISTRICT OF COLUMBIA,** *et al.*          )
                                            )
       **Defendants.**               )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

    1.    The Rules and inherent powers of this Court.

    2.    This case was recently assigned to the undersigned counsel, and Defendant Robert Atcheson is thereby still compiling information pertinent to this civil action. That material will need to be fully reviewed in order to provide a proper and complete response to the complaint.

    3.    The additional time will permit Lt. Atcheson to investigate this matter and prepare a complete and meaningful response to the complaint.

    4.    Plaintiff's counsel consents to the relief requested in this motion.

WHEREFORE, for the reasons stated above, Defendant requests that the Court extend the response time to the complaint to August 3, 2007.

Date:  July 18, 2007                      Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              /s/Kimberly Matthews Johnson

        KIMBERLY MATTHEWS JOHNSON, #435163  
        Chief, General Litigation Sec. I

        /s/Michelle Davy  
        MICHELLE DAVY, #454524  
        Assistant Attorney General  
        Sixth Floor South  
        441 4th Street, N.W.  
        Washington, D.C. 20001  
        (202) 724-6608; (202) 727-3625 (fax)  
        E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 18th day of July, 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

        Donald M. Temple, Esq.  
        Temple Law Offices  
        1229 15th Street, N.W.  
        Washington, D.C. 20005

        /s/Michelle Davy_____  
        Michelle Davy  
        Assistant Attorney General

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RANDY SQUIRES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01120-JR-DAR |
| ) | Judge James Robertson |
| **DISTRICT OF COLUMBIA,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

UPON CONSIDERATION of Defendant Robert Atcheson's Consent Motion to Extend, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant Robert Atcheson's motion be and hereby is GRANTED, and it is further

ORDERED, that Defendant Robert Atcheson may respond to the complaint herein by or before August 3, 2007.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005