UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RANDY SQUIRES, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DISTRICT OF COLUMBIA, *et al.*** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**FILED**

**JUL 3 0 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 1:05-cv-01120-JR-DAR

## ORDER

UPON CONSIDERATION of Defendant Robert Atcheson's Consent Motion to Extend, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant Robert Atcheson's motion be and hereby is GRANTED, and it is further

ORDERED, that Defendant Robert Atcheson may respond to the complaint herein by or before August 3, 2007.

JAMES ROBERTSON
United States District Judge

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005