UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RANDY SQUIRES, et al.,**<br><br>         Plaintiffs,<br><br>v.<br><br>**ROBERT ATCHESON, et al.,**<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05-cv-01120 (JR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ROBERT ATCHESON'S ANSWER TO THE**
**SECOND AMENDED COMPLAINT**

Defendant Robert Atcheson (hereinafter "Defendant"), by and through the undersigned counsel, and answers the Second Amended Complaint. In so doing, Defendant adopts and incorporates all of his responses provided and defenses raised in his Answer filed herein on December 15, 2005, in full.

**Amended Second Defense**

As to each of the numbered paragraphs of the Second Amended Complaint the defendant specifically answers as follows:

**SECOND DEFENSE**

1.   Defendant incorporates herein all of his answers to paragraphs 1-80 of the Complaint set forth in his Answer filed on December 15, 2005, in full.

2.   The statements in paragraph 2 of the Second Amended Complaint are the legal conclusions of and by the pleader to which no response is required.

81.   Defendant adopts and incorporates by reference his responses to paragraphs 1-80 of the Complaint herein.

82. Defendant admits the allegations contained in the first sentence of paragraph 82 of the Second Amended Complaint, and is without knowledge or information sufficient to form a belief as to the truth of the averment in the second sentence of paragraph 82 of the Second Amended Complaint, and therefore denies the allegations.

83. The allegations of paragraph 83 are not directed to Defendant Atcheson. To the extent that any allegations apply to Defendant Atcheson, they are denied.

84. The allegations of paragraph 84 are not directed to Defendant Atcheson. To the extent that any allegations apply to Defendant Atcheson, they are denied.

85. Defendant denies the allegations contained in paragraph 85 of the Second Amended Complaint.

86. Defendant denies the allegations contained in paragraph 86 of the Second Amended Complaint.

87. The statements in paragraph 87 of the Second Amended Complaint are the legal conclusions of and by the pleader to which no response is required.

88. The statements in paragraph 88 of the Second Amended Complaint are the legal conclusions of and by the pleader to which no response is required.

89. Defendant denies the allegations contained in paragraph 89 of the Second Amended Complaint.

## COUNT VI

87. (sic)    Defendant adopts and incorporates by reference its responses to paragraphs 1-89 of the Complaint and Second Amended Complaint herein.

88. (sic)    Defendant denies the allegations contained in paragraph 88 of the Second Amended Complaint.

89. (sic)     Defendant denies the allegations contained in paragraph 89 of the Second Amended Complaint.

90. (sic)     Defendant denies the allegations contained in paragraph 90 of the Second Amended Complaint.

## COUNT VII

91. (sic)     Defendant adopts and incorporates by reference its responses to paragraphs 1-90 of the Complaint and Second Amended Complaint herein.

92. (sic)     This count is solely directed to another Defendant. To the extent that any allegations apply to Defendant Atcheson, they are denied.

93. (sic)     This count is solely directed to another Defendant. To the extent that any allegations apply to Defendant Atcheson, they are denied.

## Third Defense

Plaintiffs may have failed to file the lawsuit within the time period provided for by the statue. If accurate, the Statute of Limitations would bar the furtherance of these proceedings all together.

## Fourth Defense

The Plaintiffs failed to join an indispensable party when their complaint did not appropriately name all the parties necessary to provide the relief requested or to adjudicate the rights at issue in this case.

## Fifth Defense

Plaintiffs did not properly exhaust all possible administrative remedies required before filing a civil lawsuit against the defendant.

**Sixth Defense**

Plaintiff's complaint is barred by the doctrine of laches, in that the Plaintiffs have failed to bring the numbered counts directed to Defendant Atcheson of the Second Amended Complaint in a timely manner as to ensure that, *inter alia*, all key witnesses and documents are still readily available.

Defendant reserves the right to assert any and all defenses which are supported by facts learned through discovery or at trial herein.

WHEREFORE, defendant demands that the Complaint be dismissed and it be awarded the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Date: August 3, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001
Telephone (202) 724-6594; (202) 727-6295
Fax (202) 727-3625
Email michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants Robert Atcheson's Answer to the Second Amended Complaint was served by first class mail postage prepaid or ECF, this 3rd day of August, 2007, on:

>Donald M. Temple
>Temple Law Offices
>1229 15th Street, N.W.
>Washington, D.C. 20005


>/s/Michelle Davy
>MICHELLE DAVY
>Assistant Attorney General