UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**RANDY SQUIRES, et al.,**          )
                                    )
    **Plaintiffs,**              )
                                    )
**v.**                              )   Civil Action No.: 1:05-cv-01120 (JR)
                                    )
**ROBERT ATCHESON, et al.,**        )
                                    )
    **Defendants.**              )
_____ )

## CONSENT MOTION TO EXTEND TIME

    Defendant Robert Atcheson, by and through undersigned counsel, moves this Court to 1) continue the settlement conference scheduled for September 27, 2007, at 1:30 p.m. before Magistrate Robinson, 2) extend the time for discovery for the limited purposes of allowing the parties to conduct depositions and Defendant Atcheson and Plaintiffs to exchange written discovery, and 3) extend the time for filing dispositive motions in the above-captioned litigation. Donald Temple, Esq., counsel for the Plaintiffs, and David Jackson, Esq., counsel for the District, consent to the filing of this motion and the relief requested.

    In making this motion, Defendant Atcheson reserves all defenses. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed.

    WHEREFORE, Defendant Atcheson requests that this Court extend time as follows:

    a. Settlement Conference    Next available date in December

    b. Discovery closes    November 2, 2007 (for limited purposes of depositions among the parties, and written discovery between Defendant Atcheson and Plaintiffs)

      c.  Motions                     November 27, 2007

Date: September 26, 2007            Respectfully submitted,

                                             LINDA SINGER
                                             Attorney General for the District of Columbia

                                             GEORGE C. VALENTINE
                                             Deputy Attorney General
                                             Civil Litigation Division

                                             /s/Kimberly Matthews Johnson
                                             KIMBERLY MATTHEWS JOHNSON, #435163
                                             Chief, General Litigation Sec. I

                                             /s/Michelle Davy
                                             MICHELLE DAVY, #454524
                                             Assistant Attorney General
                                             Sixth Floor South
                                             441 4th Street, N.W.
                                             Washington, D.C. 20001
                                             (202) 724-6608; (202) 727-3625 (fax)
                                             E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 26th day of September, 2007, that a copy of the foregoing Consent Motion to Extend Time was served by ECF or first class postage prepaid U.S. mail, on:

                       Donald M. Temple, Esq.
                       Temple Law Offices
                       1229 15th Street, N.W.
                       Washington, D.C. 20005

                       David Jackson
                       Assistant Attorney General
                       Sixth Floor South
                       441 4th Street, N.W.
                       Washington, D.C. 20001

                                /s/Michelle Davy
                                Michelle Davy
                                Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RANDY SQUIRES, et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 1:05-cv-01120 (JR) |
| **ROBERT ATCHESON, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1. Fed. R. Civ. P. 6(b) and the inherent powers of this Court.

2. Donald Temple, Esq., counsel for the Plaintiffs, and David Jackson, Esq., counsel for the District, consent to the filing of this motion and the relief requested.

3. Defendant Atcheson was only recently served with the Amended Complaint herein that brought him back into this case as a defendant pursuant to the plaintiffs' claims under 42 U.S.C. § 1983.  The additional time requested will permit counsel to fully investigate the Section 1983 claim as to Defendant Atcheson and litigate the case in a manner that serves each counsel's client and aids the Court.

4. Accordingly, the parties are still compiling information pertinent to this civil action.  In particular, the parties are in the process of scheduling and conducting depositions noticed and planned, including but not limited to Defendant Atcheson's deposition.  The parties are seeking an extension of the discovery closing date for the limited purpose of conducting depositions among the parties, and the exchange of written discovery between Defendant

Atcheson and Plaintiffs.

5.  In addition, there have been a number of delays outside the parties' control that have affected discovery timeframes.

6.  At the same time, undersigned counsel's section is one litigator short and counsel has taken on cases from a colleague who recently left the office. This has created scheduling conflicts that counsel did not anticipate when she was first assigned to this matter.

7.  Counsel was also recently intensively preparing for trial in the District of Columbia Superior Court, which necessitated taking time away from other tasks.

WHEREFORE, Defendant Atcheson requests that this Court extend time as follows:

a.  Settlement Conference    Next available date in December

b.  Discovery closes    November 2, 2007 (for limited purposes of conducting depositions among the parties, and the exchange of written discovery between Defendant Atcheson and Plaintiffs)

c.  Motions    November 27, 2007

Date: September 26, 2007    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South

441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 26th day of September, 2007, that a copy of the foregoing Consent Motion to Extend Time was served by ECF or first class postage prepaid U.S. mail, on:

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005

David Jackson
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDY SQUIRES, et al.,**  )<br>  )<br>    **Plaintiffs,**  )<br>  )<br>**v.**  )<br>  )<br>**ROBERT ATCHESON, et al.,**  )<br>  )<br>    **Defendants.**  )<br>  ) | Civil Action No.: 1:05-cv-01120 (JR) |

## **ORDER**

UPON CONSIDERATION of Defendant Robert Atcheson's Consent Motion to Extend Time, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Motion be and hereby is GRANTED, and it is further

ORDERED, that time is extended as follows:

  a.  Settlement Conference    Next available date in December

  b.  Discovery closes    November 2, 2007 (for limited purposes of conducting depositions among the parties, and the exchange of written discovery between Defendant Atcheson and Plaintiffs)

  c.  Motions    November 27, 2007

SO ORDERED.

_____
JUDGE JAMES ROBERTSON

cc:

Michelle Davy
Office of the Attorney General for the

District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005

David Jackson
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001