**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY SQUIRES, *et al.*, | : |
| Plaintiffs, | : |
| v. | : C. A. No.1:05cv1120 (JR) |
| THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

ORDER

Upon consideration of Defendant District of Columbia's Motion for Partial Summary Judgment, the Memorandum of Points and Authorities, the Opposition thereto, the Reply, if any, and the entire record it is this _____ day of _____, 200__,

**ORDERED** that the District's Motion be and hereby is **GRANTED,** and it is further,

**ORDERED** that all claims pursuant to 42 U.S.C. §§ 1981 and 1983, as set forth in Counts IV-VII, against the District of Columbia are DISMISSED with prejudice. .

_____
Judge James Robertson
United States District Court
for the District of Columbia

Copies to:

    All Counsel of record by ECF