IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants. )<br>)<br>_____ ) | CASE NO. 1:05-cv-01120 (JR) |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Opposition to Defendant District of Columbia's Partial Motion for Summary Judgment and the Court being duly advised in its premises, it is hereby

**ORDERED** that Plaintiff's Opposition is **GRANTED**; and, it is further

**ORDERED** that Defendant District of Columbia's Motion for Partial Summary Judgment is **DENIED**.

SO ORDERED this ____ day of _____ 2007.

_____
Judge James Robertson
United States District Court
for the District of Columbia

Copies to:
    All counsel of record by ECF