IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al.    )<br>    )<br>    Plaintiffs,    )<br>    )<br>v.    )<br>    )<br>DISTRICT OF COLUMBIA, et al.    )<br>    )<br>    Defendants.    )<br>    )<br>_____ ) | CASE NO. 1:05-cv-01120 (JR) |

NOTICE OF FILING EXHIBITS TO
PLAINTIFFS' OPPOSITION TO DEFENDANT'S
DISTRICT OF COLUMBIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiffs, by and through undersigned counsel, and herein files this Notice of Filing Exhibits to Plaintiffs' Opposition to Defendant's District of Columbia's Motion for Partial Summary Judgment. Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment was filed electronically on November 14, 2007. Plaintiffs exhibits, however, were omitted from the filing due to technical difficulties involving the scanning of exhibits. Plaintiffs have attached now Exhibits 1-6 hereto in support of Plaintiffs Opposition to Defendants Motion for Partial Summary Judgment.

Respectfully submitted,

    /S/
Donald M. Temple, P.C.
Donald M. Temple, Esq (408749)
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101

1