IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-01120 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' EXHIBIT LIST

1. Second Amended Complaint

2. Amended Complaint

3. *In the Matter of Robert Atcheson v. Metropolitan Police Department*, OEA Matter No. 1601-0055-06, dated September 12, 2007 ("Employee Appeals Decision").

4. Report of EEO Investigation, dated September 13, 2004 ("EEO Report").

5. *In the Matter of Lieutenant Robert Atcheson*, 3rd District, Case No. CS-03-1566, Statement of Inspector Gregory Johnson, August 5, 2005.

6. Deposition of Randy Squires, dated July 10, 2007.