# EXHIBIT #4



## Office Diversity and EEO Compliance
## Office Professional Responsibility

**51 N Street, Northeast, Washington D.C., 20011 □ 202-727-9901**

September 13, 2004

**MEMORANDUM**

**TO:**      Assistant Chief
          Office of Professional Responsibility

**THRU:**    Manager
          Office of Diversity and EEO Compliance

**FROM:**    Debbie-Anne Burt
          EEO Investigator

**RE:**      Discrimination Complaint Filed by Various Members of the
          Environmental Protection Unit and the Warrant Squad, Special
          Investigations Branch (EEO 103-52; CS 03-1566).

---

### ALLEGATIONS

On November 12, 2003, Gregory Greene, Chairman of the Fraternal Order of
Police, submitted to the Chief of Police a letter requesting that the Department
investigate allegations of misconduct by Lieutenant Robert Atcheson,
Commander of the Environmental Crimes Unit (ECU) and the Warrant Squad,
Special Investigations Branch (SIB).  Attached to the letter were statements
from MPD members from both units alleging disparate treatment,
inappropriate speech/conduct and a hostile work environment.  Also attached
were statements from members of the Department of Public Works (DPW)
assigned to ECU and other MPD members.[1]

The statements by MPD members were accepted for investigation.  The Warrant
Squad Complainants are Investigators Robert Bush (B/M), Wai T. Chung (A/M)

---

[1].      The statements attached were from MPD members Investigators Robert Bush, Wai T.
Chung, Joseph Gatling, Gregory Johnson, Randy Squires, Sergeant Louie White, Lieutenant
Shakir Muslim, Officer Brenda Williams (sic) and Ms. Marjorie Hill.  Statements from DPW
members Darryl Colbert, Joan Collins, Lawrence Dance and Cassandra Watts were also
attached.


DEFENDANT'S
EXHIBIT
1

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 2

and Joseph Gatling (B/M). The ECU Complainants are Investigators Gregory Johnson (B/M) and Randy Squires (B/M), Sergeant Louie White (B/M) and Lieutenant Shakir Muslim (B/M). Lieutenant Muslim is currently assigned to the Third District, however, his allegations concern the time period he was assigned to ECU as a Sergeant (Attachment 1).

After the complaint was filed, Lieutenant Atcheson was detailed to the Major Narcotics Branch. After he returned to SIB, several complainants informed this office that Lieutenant Atcheson was back at his desk and seemed to have regained his command of the Environmental Crimes Unit, the Paternity Warrant Squad and the Warrant Squad. As a result of these reports, on April 14, 2004, then-Assistant Chief for the Office of Professional Responsibility, Peter Newsham, issued a Letter of Direction ordering Lieutenant Atcheson to refrain from making any contact or having any communication with any member assigned to the aforementioned units. Lieutenant Atcheson was served on April 20, 2004 (Attachment 2).

Effective September 5, 2004, Lieutenant Atcheson was transferred to the Regional Operations Command, East, Sixth District.

## INVESTIGATION

### *Statement of Investigator Robert Bush (B/M), Warrant Squad*
Investigator Robert Bush was interviewed on January 14, 2004, by Agent Guillermo Rivera and this writer at the Office of Internal Affairs. Investigator Bush has been a member of the Department for 14 years and assigned to the Warrant Squad for 12 years. Investigator Bush has been detailed to the Forensic Science Unit since August 2003.

*Language/Conduct.* Lieutenant Atcheson regularly swore and cursed at his subordinates. According to Investigator Bush "profanity is part of his every day speech." Additionally, he often made disparaging remarks to his subordinates about other members of his command. After Investigator Chung challenged Lieutenant Atcheson's refusal to sign his P.D. 1130, Lieutenant Atcheson told Investigator Bush, referring to Investigator Chung, "personally, I think he's a piece of shit." During Warrant Squad staff meetings, Lieutenant Atcheson often commented on the performance of ECU members, particularly Investigators Squires and Johnson. Those comments included that he needed to "tighten things up" with those investigators and that "an A-bomb needed to be dropped on those guys."

During the first weekly meeting Lieutenant Atcheson held after he was assigned to the unit, Lieutenant Atcheson stated, "I do not treat people equally

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 3

because people are not equal, but I try to treat them fairly." At the time, Lieutenant Atcheson provided no explanation of his comments. Lieutenant Atcheson repeated the statement regularly, at least once a week, and continued to give no explanation. Based on Lieutenant Atcheson's subsequent statements and conduct, Investigator Bush and other members surmised the statements reflect Lieutenant Atcheson's belief that Caucasians are superior.

Lieutenant Atcheson harassed and intimidated Investigators Bush and Chung about giving him their personal cell phone numbers. After he returned from sick leave in August 2003, Investigator Bush gave Lieutenant Atcheson his cell phone number to put an end to the harassment. Investigator Bush then refused to give Lieutenant Atcheson Investigator Chung's cell phone number. According to Investigator Bush, Lieutenant Atcheson told him "I understand. What I can say is this, I'm not going to hold it against you guys if you don't give up your number, but then again, I would have to mention that when it comes to leave, in particular, when leave is restricted, if you want it, this might come into play."

***Overtime/Vehicles.*** Lieutenant Atcheson informed Warrant Squad members that those assigned to the FBI Task Force would receive overtime and a take home vehicle and that members would be selected based on seniority. Investigator Bush objected when Investigator Gatling, who had less seniority than him, was assigned to the task force. Although Investigator Bush provided Lieutenant Atcheson with proof that he had more seniority than Investigator Gatling, Lieutenant Atcheson refused to assign Investigator Bush to the task force. Lieutenant Atcheson told Investigator Bush that he had already submitted the list of names of task force members to the FBI and, by FBI mandate, the list could not be changed. Investigator Bush met with FBI Agent Calvin Shivers who informed him that MPD was solely responsible for submitting names of task force members and that the names could be changed by MPD at any time.

The task force provided a limited number of vehicles and overtime funding. Those Warrant Squad members not assigned to the task forces received compensatory time. However, Lieutenant Atcheson permitted Investigator Paul Kurgan of ECU and Officer Dorian DeSantis, a Range Instructor at IPS, to receive overtime and take home vehicles funded by the task force.

After Investigator Bush told Lieutenant Atcheson that he was going to file a grievance regarding his non-selection to the task forces, Lieutenant Atcheson's treatment of him became "ugly." Lieutenant Atcheson told Investigator Bush that he did not select him for the task force because he was unreliable and unwilling to work extra hours. Investigator Bush asked Captain Brito to investigate his non-selection, however, he never received a response.

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 4

**Discipline.** Lieutenant Atcheson used details as a method of discipline and to remove members that he did not like from the unit. In the past, when a Warrant Squad member was in limited duty status, they remained in the unit and performed administrative work e.g., helping with roll call, picking up warrants to be served, handling mail runs. After being placed on limited duty, Investigator Bush was detailed to the Forensic Science Unit. Lieutenant Atcheson also detailed his partner, Investigator Chung, out of the unit "to get him out of the way."

**Performance Evaluations.** Two days after Investigator Bush was told that he would not be selected to the FBI Task Force, Lieutenant Atcheson informed him that, if he had to rate him on job performance, he would rate him as a "disappointment." When Investigator Bush pointed out that he was leading the unit in arrests, Lieutenant Atcheson responded that "numbers mean absolutely nothing to him, what matters is how he handles cases, how aggressive he is."

Investigator Bush stated that he ultimately received a rating of "Average." When he questioned the rating, Sergeant Darley told him that he gave everyone an average rating because he was new to the unit and did not know anyone. Investigator Bush felt the rating was unfair, especially since, in 2002, he led the unit in arrests and Lieutenant Atcheson gave him a P.D. 751 for his performance in a high profile homicide case. Investigator Bush believes that he would not have received a rating of "Average" if he had not challenged Lieutenant Atcheson on the issue of his assignment to the task force.

### Statement of Investigator Corpus Garcia (H/M), Warrant Squad
Investigator Corpus Garcia was interviewed on January 27, 2004, by Agent Guillermo Rivera and this writer at the Office of Internal Affairs. Investigator Garcia has been a member of the Department for 19 years and assigned to the Warrant Squad since 1989. He has been detailed to the U.S. Marshall's Joint Task Force for the past 6 weeks. Investigator Garcia stated that Lieutenant Atcheson supervised him at the Warrant Squad for 3 ½ years. Investigator Garcia stated that his relationship with Lieutenant Atcheson is strictly professional.

**Language/Conduct.** Investigator Garcia stated that Lieutenant Atcheson used profanity excessively when interacting with his subordinates. While engaging in a professional, work-related conversation, "every five words" would be profanity, more specifically "fuck you, fuck this and fuck that." On November 6, 2003, while Investigator Garcia was in the office, Lieutenant Atcheson told him that if he did not complete his case involving fugitive Eric Henderson in the next three weeks, he would detail him to the Gay and Lesbian Unit. Investigator Garcia was offended by that statement and informed Lieutenant

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 5

Atcheson that he was almost 50 years old and deserving of more respect. According to Investigator Garcia, Lieutenant Atcheson responded that he was just "fucking with me" and that he was going to "fuck me in the ass" if he did not lock up Henderson.

Investigator Garcia stated that Lieutenant Atcheson consistently made derogatory comments about his subordinates and other Department members. When Investigator Garcia was alone with Lieutenant Atcheson in his office, he stated, referring to Sergeant Louie White, "that fucking guy is incompetent, he doesn't know shit. I'm going to get rid of him." In Investigator Garcia's presence, Lieutenant Atcheson threatened Investigator Squires, "I'm going to fuck this guy, I'm going to fuck him up." Also in Investigator Garcia's presence, Lieutenant Atcheson referred to Captain Cleora Sharkey as "that cunt, that bitch."

**Overtime/Vehicles.** Investigator Garcia stated that he always had a take home vehicle, unlike Investigators Bush and Chung. One of Lieutenant Atcheson's personal friends, Officer DeSantis, was assigned a car that was supposed to be a task force car and received unlimited overtime from the Warrant Squad. However, Lieutenant Atcheson limited Investigator Garcia's overtime to 10 hours per week.

**Performance Rating.** Investigator Garcia stated that Sergeant Darley did not discuss performance issues with him, he just handed him the rating for his signature.

**General Comments.** Investigator Garcia described Lieutenant Atcheson as "unprofessional, vindictive and not a good manager." Lieutenant Atcheson put a premium on personal loyalty over work performance. Investigator Garcia stated his opinion that Lieutenant Atcheson behaved in that manner because he was part of the Warrant Squad as an officer and then returned as a Lieutenant.

## Statement of Investigator Gregory Johnson (B/M), ECU

Investigator Gregory Johnson was interviewed on January 14, 2004, by this writer and Agent Guillermo Rivera at the Office of Internal Affairs. Investigator Johnson has been a member of the Department for 14 years and assigned to ECU since 1998.

**Language/Conduct.** Other members would tell he and Investigator Randy Squires that Lieutenant Atcheson would refer to them as "motherfuckers," almost on a daily basis. Investigators Johnson and Squires met with Captain Brito to complain about Lieutenant Atcheson's language. Captain Brito told

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 6

them that he would investigate the matter, however, Investigator Johnson never heard anything else about it.

**Overtime/Vehicles.**  Investigator Johnson occasionally worked overtime, however, he did not have easy access to overtime like Investigator Kurgan, who seemed to work unlimited Warrant Squad overtime and received a take home vehicle.  Sergeant White told Investigator Johnson that Lieutenant Atcheson would not allow ECU members to work overtime with the Warrant Squad.  Whenever he and Investigator Squires requested to work overtime, Lieutenant Atcheson would require them to provide him with a plan of action to justify the overtime.

**General Comments.**  ECU seemed to have two different chains of command.  Investigators Johnson (B/M) and Squires (B/M) were required to go through their direct supervisor, Sergeants Muslim (B/M) or White (B/M), however, Investigators Ruleman (W/M) and Kurgan (W/M) were permitted to report directly to Lieutenant Atcheson.

## Statement of Sergeant Louie White (B/M), ECU

Sergeant Louie White was interviewed on January 14, 2004, by this writer and Agent Guillermo Rivera at the Office of Internal Affairs.  Sergeant White has been a member of the Department for 19 ½ years and assigned to ECU for 2 years.  Lieutenant Atcheson was his direct supervisor.

**Language/Conduct.**  Lieutenant Atcheson used profane language excessively in the workplace.  Most instances occurred during private conversations in his office, however, some occurred during the weekly staff meeting for the Warrant Squad.  Lieutenant Atcheson regularly used derogatory language to address or discuss members.  Most of these comments were directed at, or referred to, Investigators Chung, Garcia and Bush.  When discussing assignment of take home vehicles to Investigators Bush and Chung, Lieutenant Atcheson stated, "I would never give those lazy fucks a vehicle, they don't deserve one."

Apart from the profanity, Lieutenant Atcheson often made inappropriate comments in the workplace.  During Hurricane Isabel, Investigator Squires took leave to assist his mother, who lived on the coast in North Carolina.  When Lieutenant Atcheson heard of Investigator Squires' reason for taking leave, he responded "sorry to hear about his mother, too bad he can't get washed away."

**Overtime/Vehicles.**  Lieutenant Atcheson made the decision on which members received overtime and take home vehicles from the federal grants.  Much of that decision was based on Lieutenant Atcheson's personal likes and

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 7

dislikes. Unlike Investigators Kurgan and DeSantis, Sergeant White and Investigators Bush and Chung did not receive overtime and vehicles.

**Discipline.** Lieutenant Atcheson seemed to reserve the most severe discipline for minority members of ECU. When Investigator Kurgan missed a week of redeployment, Lieutenant Atcheson gave him a P.D. 750. However, when Investigator Johnson sustained an injury and was late notifying Sergeant White, Lieutenant Atcheson directed him to give Investigator Johnson a P.D. 750. Sergeant White felt a P.D. 62E or verbal counseling would have been more appropriate.

Lieutenant Atcheson directed Sergeant White to write Investigator Squires up for adverse action for making false statements. Lieutenant Atcheson accused Investigator Squires of providing him with improper documentation during a case review and submitting to him a P.D. 119 in which he said he was working on 4 cases when in fact he was only working on 3 cases. Sergeant White wrote up the investigation even though he felt the evidence was insufficient. While he and Lieutenant Atcheson were alone, Lieutenant Atcheson informed him "this is the one we can get him on...we can get him out of here with this." It seemed to Sergeant White that Lieutenant Atcheson had a lot of intent to get rid of Investigator Squires. DDRO did not impose discipline.

**Performance Evaluations.** When he first arrived at ECU, Sergeant White rated Investigators Squires and Johnson as "Above Average." Lieutenant Atcheson threatened to give him a poor evaluation if he did not lower their ratings to "Below Average" because "they are worthless." Sergeant White refused and Lieutenant Atcheson rated him 1 point above "Average."

### Statement of Investigator Wai Tat Chung (A/M), Warrant Squad
Investigator Wai Tat Chung was interviewed on January 27, 2004, at the Office of Internal Affairs by Agent Guillermo Rivera and this writer. Investigator Chung stated that he has been a member of the Department for 14 years and assigned to the Warrant Squad for 14 years. Investigator Chung stated that he had a strictly professional relationship with Lieutenant Atcheson.

**Language/Conduct.** Investigator Chung described a confrontation with Lieutenant Atcheson over the Lieutenant's refusal to sign his P.D. 1130 after Investigator Chung was held over during the 2003 IMF meetings. A portion of their confrontation was witnessed by Detective Mary Bonnacorsy. She attended the meeting as Investigator Chung's FOP representative. After Detective Bonacorsey briefly left the office, Lieutenant Atcheson began verbally abusing him, screaming "you aren't shit...you don't want me to be on your ass everyday, you stupid fuck...you don't know how many ways that I can fuck you if you pursue this matter...I helped you guys all the time letting you take leave,

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 8

and you stab me in the back...so you better make the right choice, if you know what I mean...and if you try to use this against me, I will lie and deny it...you don't have a witness...it's just your word against mine and I am a Lieutenant. Who do you think they would believe?"  Lieutenant Atcheson called him "an ungrateful asshole" who "stabbed him in the back."

**Overtime/Vehicles.**  After Investigator Chung returned from limited duty, he was not assigned a take home vehicle.  Investigator Chung advised Lieutenant Atcheson that he was uncomfortable using his private vehicle to do callbacks. Investigator Chung told Lieutenant Atcheson that he felt unsafe going to someone's house to serve a warrant in his private vehicle.  Lieutenant Atcheson became angry and responded, "If I order you to come you will come." Investigator Chung subsequently worked out a system with a co-worker where he would drive to the office and his co-worker would pick him up and take him to the site to serve the warrant.

When the Warrant Squad received funding from the FBI, Lieutenant Atcheson informed him that, since the grant provided for a limited number of slots for Warrant Squad members to receive cars and overtime, Investigator Chung would receive compensatory time only.  However, members outside the unit, such as Investigator Kurgan and Officer DeSantis were assigned one of those slots each.  Investigator Chung is now detailed to the U.S. Marshall's Service and they provide him with a vehicle.

**Performance Evaluations.**  Investigator Chung received a rating of "Average." Sergeant Darley told him that, since he was new to the unit and had not had an opportunity to observe each person's work performance, Lieutenant Atcheson directed him to give each person an average rating.  Sergeant Darley did not discuss the evaluation with him.  Sergeant Darley presented him with the evaluation and told him to sign it and leave it on his desk.

Investigator Chung felt the evaluation process was unfair.  During the rating period, he averaged two arrests per week, more than anyone else in the unit. Investigator Chung later found out that, contrary to Sergeant Darley's statements, some people were rated "Above Average."

**Retaliation.**  Investigator Chung heard that, earlier this month, Lieutenant Atcheson made a statement to Ms. Yvette Bryant, assistant to Captain Michael Reese, SIB, that he was going to hire an attorney and "get" everyone who filed the complaint against him.

**General Comments.**  Lieutenant Atcheson disliked him and would often detail him out of the unit.  His understanding of why he was detailed to the Paternity Warrant Squad was to help that unit with their computer system.  Investigator

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 9

Chung has a good working knowledge of computers, but not sufficient expertise to train other members. When he asked how long he would be detailed to the Paternity Warrant Squad, Lieutenant Atcheson informed Investigator Chung the detail would last 2 months, but "that depends on how I feel, maybe longer."

### *Investigator Randy Squires (B/M), ECU*

Investigator Squires was interviewed on January 29, 2004, at the Office of Internal Affairs by Agent Gregory Wells and this writer. Investigator Squires has been a member of the Department for 15 years and has been assigned to ECU since 1998. Investigator Squires has been supervised by Lieutenant Atcheson since 2001 and they have a strictly professional relationship.

*Language/Conduct.* Lieutenant Atcheson regularly addressed him and Investigator Greg Johnson as "motherfuckers." Most of the time Lieutenant Atcheson discussed work-related matters with him, he used profanity.

*Overtime/Vehicles.* Prior to Lieutenant Atcheson's arrival at ECU, Investigator Squires worked a lot of overtime. After Lieutenant Atcheson took command of the unit, very little overtime was available. Lieutenant Atcheson informed ECU members that they would not be allowed to work overtime with the Warrant Squad. The exception was Investigator Kurgan, who was allowed to work unlimited overtime with the Warrant Squad. If Investigator Squires tried to work overtime with ECU, he was required to put his request in writing and get it pre-approved by Lieutenant Atcheson. As a result, Investigator Squires worked overtime approximately 6 times in 1 year.

ECU members, including Sergeant White, were not permitted to have take home vehicles. Again, the exception was Investigator Kurgan, who was assigned a take home vehicle.

*Discipline.* Lieutenant Atcheson seemed to focus a lot of his efforts on disciplining Investigator Squires. In July 2001, Investigator Squires and his brother were arrested in Oriental, North Carolina, for interfering with a police officer in the line of duty and obstruction of justice. The criminal charges were subsequently dismissed. In September 2003, Investigator Squires received a financial settlement in a civil lawsuit against the Oriental Police Department.

Lieutenant Atcheson took an unusual interest in the case. Prior to the dismissal of the case, Lieutenant Atcheson contacted the Oriental Police Department and informed the officer investigating the case that Investigator Squires had a "bad attitude" and did not get along with his co-workers. Lieutenant Atcheson also offered to testify for the defense in Investigator Squires' civil complaint. During a deposition conducted by Investigator Squires' attorneys, Lieutenant Atcheson stated on several occasions that he

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 10

thought Investigator Squires was guilty and that the only reason he was not locked up was because the Oriental Police Department placed the wrong charges on him.

In August 2001, Lieutenant Atcheson accused Investigator Squires of unauthorized use of a government vehicle on August 6, 2001. Lieutenant Atcheson informed him that he personally observed Investigator Squires leave the parking lot and drive the car home on that date. Sergeant Muslim and Investigator Johnson informed Lieutenant Atcheson that they observed Investigator Squires leave the parking lot driving his personal vehicle home on that date.

Lieutenant Atcheson informed Investigator Squires that he drove by Investigator Squires' home and took pictures of the car parked in front of his house. Lieutenant Atcheson informed Investigator Squires that he followed Investigator Squires to work one morning and took pictures of him exiting the car in the ECU parking lot. Lieutenant Atcheson instructed him to write a P.D. 119 stating, "I did it and I won't do it again and I'm sorry I did it."

When Investigator Squires refused, Lieutenant Atcheson informed him that he had a choice of accepting adverse action or going before the Trial Board. Lieutenant Atcheson advised Investigator Squires that it would be in his best interests to accept adverse action since he was going to be locked up for the incident in North Carolina anyway. Investigator Squires informed Lieutenant Atcheson that he would prefer to go in front of the Trial Board because he did not take the car. Despite Investigator Squires' repeated requests, Lieutenant Atcheson never showed him the pictures and Investigator Squires was never notified by DDRO that he was subject to adverse action.

In February 2002, Lieutenant Atcheson accused Investigator Squires of lying to an official for incorrectly reporting on a P.D. 50 the number of witnesses in a case. Lieutenant Atcheson told Investigator Squires that he would write him up for adverse action. About 2 months later, and at the direction of then-Assistant Chief Broadbent, Sergeant White conducted a Q&A session regarding the P.D. 50. Investigator Squires showed the original P.D. 50 to Sergeant White which listed 0 witnesses. Investigator Squires stated that Lieutenant Atcheson never gave him an opportunity to explain the typographical error before proceeding with the investigation.

Investigator Squires never observed Lieutenant Atcheson treat Investigators Kurgan and Ruleman in a similar manner. Whenever Investigator Squires received citizen complaints or there was any problem with himself or Investigator Johnson, Lieutenant Atcheson promptly forwarded the matter to DDRO for adverse action. By contrast, Investigator Kurgan received a large

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 11

number of citizen complaints and Lieutenant Atcheson always intervened and nothing happened.

**Performance Evaluations.**   Caucasian officers received higher performance ratings than African-American officers. Investigator Squires stated that his last rating was "Average" but it was on the borderline of "Below Average."

**General Comments.**   Lieutenant Atcheson's conduct in the workplace "made it a living hell for officers of color to do their job." According to Investigator Squires, officers of color lived in fear of retaliation from Lieutenant Atcheson because they knew that "if we did anything wrong we would suffer severe consequences." Lieutenant Atcheson often threatened Investigator Squires with discipline or transfer if he did not comply with "his ways or his demands."

**_Lieutenant Shakir Muslim (B/M), Third District_**
Lieutenant Shakir Muslim was interviewed on February 19, 2004, at the Office of Internal Affairs. Lieutenant Muslim stated that he has been a member of the Department for 21 years and assigned to the Third District for the past three months. Lieutenant Muslim worked in ECU as a Sergeant from 1996-2000 and was supervised by Lieutenant Atcheson for approximately 10 months.

**Language/Conduct.**   Lieutenant Muslim endured daily conversations with Lieutenant Atcheson in which he regularly cursed at him using profane language, specifically "fuck you." Lieutenant Muslim stated that Lieutenant Atcheson regularly referred to Investigator Squires as "lazy," "dumb" and complained that "he doesn't do anything, doesn't know anything." Lieutenant Atcheson told Sergeant Muslim that he called a police officer in North Carolina and told him that Investigator Squires was a "troubled officer." Lieutenant Muslim got the impression that he thought Lieutenant Atcheson was encouraging the officer to give Investigator Squires a negative report.

**Overtime/Vehicles.**   Overtime for ECU members was limited to working at the Transfer Station. Investigator Kurgan only was permitted to work overtime with the Warrant Squad.

According to Lieutenant Muslim, if an officer was assigned to call back that week, that officer was assigned a take-home car for the week. The system was the same for everyone.

**Discipline.**   Lieutenant Atcheson disciplined African American officers at a greater rate than Caucasian officers. All members had a 15-minute grace period for late arrival. However, if Investigators Johnson and Squires arrived even 5 minutes late, Lieutenant Atcheson would direct Lieutenant Muslim to write them up. On one occasion, Investigator Johnson arrived at work 5

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 12

minutes late, Lieutenant Atcheson conducted an investigation and Investigator Johnson received adverse action. Lieutenant Muslim stated that non-African-American members who arrived late were not disciplined.

**Performance Evaluations.** On the last evaluation he performed as the ECU sergeant, Lieutenant Muslim gave all members a rating of "Above Average." Although the investigators had different assignments, they all had the same approximate number of arrests and they all performed their work competently. Lieutenant Atcheson directed him to change the ratings and give everyone an "Average" rating, except Investigator Kurgan, who was to receive an "Above Average" rating.

When Lieutenant Muslim refused to comply, Lieutenant Atcheson threatened him. Lieutenant Muslim changed the ratings of all members to "Average." Lieutenant Atcheson again directed him to change Investigator Kurgan's rating to "Above Average" and told him "you better think about that because your evaluation is coming up." Lieutenant Muslim refused to again change the ratings and he received a rating of "Below Average." Lieutenant Muslim appealed his evaluation and received an "Average" rating.

**Retaliation.** On October 19, 2001, Lieutenant Muslim informed Lieutenant Atcheson that Investigator Kurgan had been working outside employment at Home Depot without authorization. Lieutenant Atcheson told him that he would handle the investigation, however, he took no action. Captain Brito subsequently disciplined Lieutenant Atcheson for permitting Investigator Kurgan to work outside employment without Department authorization.

On October 30, 2001, Lieutenant Atcheson confronted Lieutenant Muslim about reporting Investigator Kurgan's outside employment to Captain Brito. Lieutenant Atcheson accused him of telling everyone about Investigator Kurgan's outside employment. Lieutenant Muslim stated that Lieutenant Atcheson told him "you fucked me, you fucked me didn't you? You better not fuck me again."

**General Comments.** Lieutenant Atcheson created a hostile work environment for African-American members of ECU and "it was hell, it was really hell working there." On several occasions, Lieutenant Atcheson told him that he wanted to get rid of Investigators Squires and Johnson because he felt they were not doing their job. Based on Lieutenant Atcheson's conduct, Lieutenant Muslim believed Lieutenant Atcheson wanted to get rid of himself and Investigators Squires and Johnson because they are African-American.

Lieutenant Muslim noted a marked difference in the way Lieutenant Atcheson interacted with the African-American and Caucasian members of ECU.

Lieutenant Robert Atcheson.
EEO 103-52
CS 03-1566
Page 13

Lieutenant Muslim stated that Lieutenant Atcheson often had breakfast with the two Caucasian officers and permitted them to bypass Lieutenant Muslim and report directly to him. However, Lieutenant Atcheson required Investigators Squires and Johnson to report first to Lieutenant Muslim. Lieutenant Atcheson's conduct split the unit along racial lines and resulted in Caucasian and African-American officers not trusting each other. Before Lieutenant Atcheson arrived, the unit was run by Lieutenant Brian McAllister (W/M) and everyone got along well.

### Statement of Ms. Yvette Bryant (B/F), SIB
Ms. Yvette Bryant was interviewed on February 24, 2004, by Agent Guillermo Rivera and this writer at the Office of Internal Affairs. Ms. Bryant has been a member of the Department sine 1995. Ms. Bryant has been detailed from the Major Narcotics Unit to SIB since February 2000 and serves as an assistant to Captain Michael Reese. Ms. Bryant's relationship with Lieutenant Atcheson is strictly professional.

*Language/Conduct.* On several occasions, Ms. Bryant would walk down the hallway at SIB and hear Lieutenant Atcheson screaming at his subordinates. Investigators Squires, Johnson, Chung and Bush and Sergeant White would complain that Lieutenant Atcheson would scream at them and call them names, e.g., "motherfuckers" and "sons of bitches." Lieutenant Atcheson seemed to particularly dislike Investigator Bush. Ms. Bryant observed that whenever Lieutenant Atcheson saw Investigator Bush in the office, he would make a face.

*Retaliation.* In early January 2004, Investigator McFadden told Ms. Bryant that she overheard Lieutenant Atcheson say that he could not believe that members of the ECU and Warrant Squad filed a complaint against him. Investigator McFadden told Ms. Bryant that she heard Lieutenant Atcheson state that he was going to hire an attorney and "get them back."

### Statement of Investigator Joseph Gatling (B/M), Warrant Squad
Investigator Joseph Gatling was interviewed on February 24, 2004, at the Office of Internal Affairs by Agent Joseph Bonner and this writer. Investigator Gatling has been a member of the Department for 15 years and assigned to the Warrant Squad for 12 years. At the time of the interview, Investigator Gatling was on leave due to a performance of duty injury and expected to return to work on Thursday, February 26, 2004. Investigator Gatling has a professional relationship only with Lieutenant Atcheson.

*Language/Conduct.* Lieutenant Atcheson often used profanity when addressing subordinates. "Every three words that comes out of his mouth is a curse word... and that's regular conversation." Lieutenant Atcheson often

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 14

addressed Investigator Garcia as "big dumb ass" and " a piece of shit," the last being his favorite phrase. Lieutenant Atcheson "knows who to curse out ...if he thinks you're weak, he will curse you out." Investigator Garcia was a frequent target because he is "laid back" and "won't say anything." Lieutenant Atcheson would never address himself, Investigators Bush or Chung as a "piece of shit" because he knows they would not tolerate it. Members felt that his manner of speaking to them was abusive and demeaning.

Lieutenant Atcheson's inappropriate conduct extended outside the Warrant Squad. On several occasions, after they entered a home to serve a warrant, Investigator Gatling observed Lieutenant Atcheson "talking down" to the residents. Lieutenant Atcheson "knows who to mess with." If one of the residents was a "big brother, burly" Lieutenant Atcheson would remain silent. However, if the residents were mostly female or young children, Lieutenant Atcheson would curse at them and make sarcastic comments about the condition of the house, such as, "Oh, the maid didn't come in yet?," "Who cleans your house?" and "Oh, breakfast isn't ready yet?" According to Investigator Gatling, Lieutenant Atcheson would "say unnecessary stuff like that to rile these people up....he's going to get somebody hurt."

**Overtime/Vehicles.** Lieutenant Atcheson granted access to overtime unevenly when it should have been based on seniority. Investigator Gatling was not sure if that was Lieutenant Atcheson's fault or the fault of the FBI. However, while Investigators Bush, Chung and other Warrant Squad members were denied overtime and vehicles, Lieutenant Atcheson let a friend, Officer Dorian DeSantis of IPS, receive overtime, a cell phone and a vehicle.

**Discipline.** Lieutenant Atcheson used details to penalize members he did not like. Lieutenant Atcheson told Investigator Gatling that he did not like Investigator Bush. In the past, Warrant Squad members on limited duty remained in the unit until they were reinstated to full duty status. However, when Investigator Bush was placed on limited duty, Lieutenant Atcheson detailed him to the Forensic Science Unit.

Lieutenant Atcheson also disliked Investigator Chung. In Investigator Gatling's opinion, Investigator Chung was a hard worker who made many arrests. However, Lieutenant Atcheson did not like him because "he speaks up and Lieutenant Atcheson does not like anyone who speaks up." Although the Warrant Squad was short-staffed at the time, Lieutenant Atcheson detailed Investigator Chung to the Paternity Warrant Squad. After Investigator Chung left, there were only four members remaining in the Warrant Squad- Investigators Britt, Vasquez, McFadden and Reese. According to Investigator Gatling, "you can't go in a house and serve a warrant with only 4 people."