Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 15

**General Comments.** The Warrant Squad used to be an excellent unit until Lieutenant Atcheson arrived. His abusive, demeaning conduct had a negative effect, as reflected in the unit's statistics. According to Investigator Gatling, "something is wrong with him, something is really wrong with him...he doesn't know how to run this unit... he doesn't need to be supervising right now."

### Statement of Investigator Joycelyn McFadden (B/F), Warrant Squad

Investigator Joycelyn McFadden was interviewed on February 27, 2004, at the Office of Internal Affairs by Agent Steven Chew and this writer. Investigator McFadden has been a member of the Department for 17 ½ years and assigned to the Warrant Squad since 1990. Investigator McFadden has a strictly professional relationship with Lieutenant Atcheson.

**Language/Conduct.** Investigator McFadden described Lieutenant Atcheson as "loud, boisterous and opinionated...uses foul language...talks down to people sometimes...not sure if that's just him, he's just arrogant." Lieutenant Atcheson often used profanity when speaking with subordinates. During staff meetings, if one of the members had not yet located a fugitive, Lieutenant Atcheson would tell them, "if you don't find this guy, I'm going to chew you a new asshole." Members got tired of Lieutenant Atcheson's conduct and several, including Investigators Bush and Chung, asked him to tone it down.

**Overtime/Vehicles.** At first, everyone received overtime, however, "something happened with the grant" and Lieutenant Atcheson selected the 5 senior people only to receive overtime. Lieutenant Atcheson selected herself, Investigators Reese, Garcia and Britt. There was a dispute over seniority between Investigators Gatling and Bush. In order to prove that he had more seniority than Investigator Gatling, Investigator Bush provided Lieutenant Atcheson with the date he was assigned to the unit, which was earlier than Investigator Gatling. However, Lieutenant Atcheson refused to assign Investigator Bush to the task force. Members who were not selected to join the task force received compensatory time.

At first, everyone had take home cars, however, when the grant changed, the FBI paid for 5 cars only. Most of the cars were assigned based on seniority, however, Lieutenant Atcheson assigned 1 of the 5 available cars to Officer DeSantis. Lieutenant Atcheson told Investigator McFadden that he liked Officer DeSantis a lot. He told her that he was putting in for 4 vacancies in the Warrant Squad and that Officer DeSantis was one of the guys he was going to try to bring over.

**Retaliation.** In early January 2004, Investigator McFadden was present when Lieutenant Atcheson came into the office to get some paperwork from his desk and told Sergeant Darley, "this is some bullshit...I can't believe these guys did

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 16

this shit to me after all the stuff I did for them." Lieutenant Atcheson further told Sergeant Darley that he was going to get a lawyer and "get the guys who were doing this to him." After those comments were made, a rumor went around the office that Lieutenant Atcheson hired Lou Hennessey as his lawyer.

**General Comments.** Lieutenant Atcheson's conduct had a negative effect on the unit's work performance and morale. Members filed the complaint because they were tired of the way Lieutenant Atcheson spoke to them and treated them. Investigators Chung and Bush, in particular, felt that they were not treated properly. One particularly sore point was that Lieutenant Atcheson permitted Officer DeSantis to receive Warrant Squad overtime and a vehicle, while members assigned to the Warrant Squad were denied those resources.

Since Lieutenant Atcheson was removed from the unit, "it's like a burden off our shoulders." The work performance and general attitude of members has improved because there is no one there to harass them. Investigator McFadden found it very difficult to work for Lieutenant Atcheson "because everyday there was something."

**Statement of Investigator Nathaniel Britt (B/M), Warrant Squad**
Investigator Nathaniel Britt was interviewed on February 27, 2004, by Agent Steven Chew and this writer at the Office of Internal Affairs. Investigator Britt has been a member of the Department for 13 ½ years and assigned to the Warrant Squad for 7 years. Investigator Britt is supervised by Lieutenant Atcheson. Investigator Britt has a strictly professional relationship with Lieutenant Atcheson.

**Language/Conduct.** Although a certain level of bad language is common and tolerated throughout the Department, Lieutenant Atcheson's use of profanity was excessive. Lieutenant Atcheson would "call people out of their name," and refer to them as "a piece of shit" or comment "I'm going to fuck you up." Lieutenant Atcheson's manner of speaking to his subordinates was degrading and unprofessional. For more "thick skinned" members, it rolled off their backs, however, many other members felt offended and threatened by Lieutenant Atcheson's conduct.

**Overtime/Vehicles.** For the first 6 years that Investigator Britt was assigned to the Warrant Squad, everyone had access to overtime. However, over the past 15 months, fewer people have been allowed to get overtime. He was told the FBI cut back on some of the overtime funding and some people did not get overtime for approximately 1 year until a grant came through.

Lieutenant Atcheson selected all but 3 people to get overtime. Investigator Britt was told the selection was made based on seniority. During a staff meeting,

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 17

Investigator Bush pointed out to Lieutenant Atcheson that he made an error in the seniority calculation and that he should have been selected ahead of Investigator Gatling. Lieutenant Atcheson took Investigator Bush's questions as a "challenge" and refused to correct the error.

Although the cars provided by the FBI were ostensibly distributed among Warrant Squad members based on seniority, Officer DeSantis received a take home vehicle.

***Retaliation.*** Shortly after the complaint was filed, Lieutenant Atcheson came into the office and commented that someone had filed an EEO complaint against him. Lieutenant Atcheson mentioned Investigator Garcia by name and stated that the EEO complaint was "a double-edged sword." Investigator Garcia, who was not a complainant, was very upset about Lieutenant Atcheson's comments and called Lieutenant Atcheson at home to tell him that he had nothing to do with the complaint.

Investigator Britt heard that Lieutenant Atcheson was going to get an attorney to assist him with the complaint. Investigator Britt did not personally hear Lieutenant Atcheson make that comment. However, Lietenant Atcheson's statements were generally known throughout the office.

***General Comments.*** Members filed the complaint because they felt they were unfairly treated and targeted. Many members were reluctant to object to Lieutenant Atcheson's conduct because they were afraid of retaliation.

Investigator Britt stated that prior to Lieutenant Atcheson's arrival, the members worked well together and unit operations ran smoothly. Investigator Britt stated that since Lieutenant Atcheson was assigned to the unit, morale suffered. Since Lieutenant Atcheson was detailed, the unit has been different. According to Investigator Britt, now that he is gone, "people feel the pressure is off, they can just go out and do their jobs."

### Statement of Investigator Carl Ruleman (W/M), ECU

Investigator Carl Ruleman was interviewed on February 27, 2004, at the Office of Internal Affairs by Agent Steven Chew and this writer. Investigator Ruleman has been a member of the Department for 12 years and assigned to ECU for 5 years. Investigator Ruleman has a strictly professional relationship with Lieutenant Atcheson. Investigator Ruleman has been on sick leave since June 2003 and returned to work approximately in January 2004.

***Language/Conduct.*** Investigator Ruleman has never observed what he considered to be unfair treatment, inappropriate language or conduct by Lieutenant Atcheson directed towards his subordinates. However, he has been

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 18

present when Lieutenant Atcheson made inappropriate comments about subordinates in private. While in Lieutenant Atcheson's office, he told Investigator Ruleman that he was very interested in going to North Carolina to testify against Investigator Squires and that he did not care if he had to use personal leave to do it. On several occasions, Lieutenant Atcheson commented to him privately that he needed just one more adverse action against Investigators Squires and Johnson to get them out of the unit. Investigator Ruleman stated that he thought those comments were inappropriate.

In Investigator Ruleman's opinion, Lieutenant Atcheson did not treat members of ECU fairly or equally. Investigator Ruleman wondered how Investigator Kurgan, who had so many citizen complaints filed against him could walk around "scott free." However, Investigators Squires and Johnson, who had significantly fewer complaints, received more negative treatment.

**Overtime/Vehicles.** Investigator Ruleman had no problems getting overtime. He did not know if everyone in the unit had equal access to overtime. Investigator Ruleman stated that he is not aware that members are permitted to take vehicles home nor is he aware that a policy exists within the unit on take home vehicles.

**Retaliation.** Investigator Ruleman heard that Lieutenant Atcheson was really "pissed off" by the complaint and "laying for people." Although he had no direct knowledge of Lieutenant Atcheson's reaction to the complaint, he "would not put it past him to lay low for these officers, that is just the way he is."

**General Comments.** ECU has been different since Lieutenant Atcheson left the unit. Investigator Ruleman has noticed a difference in morale. He, Investigators Squires and Johnson and Sergeant White have been more upbeat. When Lieutenant Atcheson was removed from the unit, "it was a good thing."

**Statement of Investigator Eduardo Vasquez (H/M), Warrant Squad.**
Investigator Eduardo Vasquez was interviewed on March 1, 2004, at the Office of Internal Affairs by Agent Steven Chew and this writer. Investigator Vasquez has been assigned to Warrant Squad since 1991. Investigator Vasquez has a strictly professional relationship with Lieutenant Atcheson.

**Language/Conduct.** Investigator Vasquez never observed any inappropriate language or conduct by Lieutenant Atcheson directed towards his subordinates. He did not recall Lieutenant Atcheson using profanity to address subordinates.

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 19

***Discipline.*** Investigator Vasquez never observed Lieutenant Atcheson discipline his subordinates unfairly. Lieutenant Atcheson has never disciplined him.

***Overtime/Vehicles.*** His understanding is that access to overtime and vehicles was mandated by the FBI only. Investigator Vasquez stated that about 4 members were approved by the FBI, however, he did not know how the FBI made the decision. Members who were not approved for overtime received compensatory time.

***General Comments.*** When asked to describe Lieutenant Atcheson as a manager, Investigator Vasquez responded that he was an excellent manager and a real asset to the Department. Lieutenant Atcheson was one of the heads of the Capital Regional Task Force and was doing good things for the unit and the Department. Lieutenant Atcheson's removal from the unit has been a big loss for the Department and the citizens of the District of Columbia.

The reason members brought this complaint was to avoid dealing with Lieutenant Atcheson. He held his subordinates accountable for doing their jobs. The members who brought this complaint were not productive and did not do their jobs. These members have "already won" because Lieutenant Atcheson has been removed from the unit.

### Statement of Investigator John Reese (W/M), Warrant Squad

Investigator John Reese was interviewed at the Office of Internal Affairs on March 1, 2004, by Agent Steven Chew and this writer. Investigator Reese has been a member of the Department for 17 years and assigned to the Warrant Squad since 1991. Investigator Reese and Lieutenant Atcheson were partners for almost 2 years when Lieutenant Atcheson first came to the Warrant Squad as an officer. During that period, they socialized together, however, they have not socialized together since Lieutenant Atcheson returned to the unit as his supervisor.

***Language/Conduct.*** Investigator Reese observed that Lieutenant Atcheson used profanity "regularly, but he does it consistently." According to Investigator Reese, Lieutenant Atcheson is a "plain talker...former Marine...[who is] not politically correct." Investigator Reese stated that "he (Lieutenant Atcheson) cusses, the man cusses, I can't deny that... he curses as a matter of common language...during normal conversation...it's like locker room talk...unfortunately, he has a limited vocabulary and he relies on the cuss words a lot..." Investigator Reese stated that he has seen Lieutenant Atcheson swear in front of his family and friends, however, he has never seen him swear violently or call someone a name.

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 20

Some members were offended by Lieutenant Atcheson's manner of speaking. At least on one occasion, Investigator Garcia asked Lieutenant Acheson not to swear so much when he talks to him. Investigator Reese did not recall the time frame or scenario, however, he thought Lieutenant Atcheson's comments were not directed towards Investigator Garcia but towards an action he had taken.

**Overtime/Vehicles.** He has never observed Lieutenant Atcheson behave unfairly with access to overtime or vehicles. Lieutenant Atcheson explained during a staff meeting that, based on FBI parameters, 5 cars and a limited amount of overtime funding was available. Lieutenant Atcheson stated that the cars and overtime would be assigned to members based on seniority. Not everyone was given a car and that became a "bone of contention" with people who did not receive cars. Investigator Reese recalled that he and 3 other members (Investigators McFadden, Vasquez and Garcia) who were assigned to the unit in 1991 received a car and overtime.

### Statement of Detective Mary Bonaccorsy (B/F), Intelligence Section, SIB

Detective Mary Bonaccorsy was interviewed by this writer and Agent Joseph Bonner on May 11, 2004, at the Office of Internal Affairs. Detective Bonaccorsy has been a member of the Department for 18 ½ years and has been assigned to the Intelligence Section for approximately 4 years. Detective Bonaccorsy stated that her relationship with both Lieutenant Atcheson and Investigator Chung is strictly professional.

**Language/Conduct.** During the International Monetary Fund meetings in 2003, Investigator Chung was detailed to Detective Bonnacorsy's unit. All members of the unit, including her and Investigator Chung, were relieved from their tour of duty 30 minutes late. Everyone was compensated for the extra 30 minutes. Lieutenant Atcheson refused to sign Investigator Chung's P.D. 1130 for the additional 30 minutes.

Investigator Chung requested that Detective Bonnacorsy, a FOP representative, accompany him to a meeting with Lieutenant Atcheson to discuss the matter. At the meeting, Lieutenant Atcheson continued to refuse to sign Investigator Chung's P.D. 1130. As she was leaving the office at the conclusion of the meeting, Detective Bonnacorsy heard Lieutenant Atcheson ask Investigator Chung to stay behind because he needed to see him. Detective Bonnacorsy told Investigator Chung that she would prepare a formal grievance. After she left, Detective Bonnacorsey remembered that she did not give Investigator Chung her telephone number, so she returned to Lieutenant Atcheson's office.

As she was about to re-enter Lieutenant Atcheson's office, Detective Bonnacorsy overheard Lieutenant Atcheson verbally abusing Investigator Chung. The walls of Lieutenant Atcheson's office do not go all the way up to

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 21

the ceiling "so you could pretty much hear anything." Detective Bonnacorsy overheard Lieutenant Atcheson screaming at Investigator Chung, "I can't believe you went to the fucking union ... nobody's going to believe you, it's going to be your word against my word." Lieutenant Atcheson threatened Investigator Chung for going to the union, telling him that he would "get him" and he would make his life miserable. Lieutenant Atcheson's tirade was generously sprinkled with the word "fuck." As Detective Bonnacorsy she listened, Investigator Chung never said a word in response.

Detective Bonnacorsy ran to Captain Brito's office for assistance. By the time Captain Brito arrived at Lieutenant Atcheson's office, the confrontation was over. Detective Bonnacorsy saw Investigator Chung in the hallway and he seemed upset and "didn't want to deal with it anymore." Detective Bonnacorsy told Investigator Chung to contact her but he never did so. She thinks Investigator Chung was reluctant to pursue the matter because he was afraid Lieutenant Atcheson would retaliate against him by making it difficult for him to go to school on duty. As far as she knows, Investigator Chung was never compensated for the extra half hour.

A few months before Investigator Chung approached her, Investigator Bush solicited her assistance in filing a grievance against Lieutenant Atcheson. Investigator Bush wanted to grieve his non-selection to the FBI task force since Lieutneant Atcheson based the selections on seniority. However, the union declined to proceed because the seniority rule in the union contract did not apply to Investigator Bush's situation.

### Statement of Investigator Paul Kurgan (W/M), ECU
Investigator Paul Kurgan was interviewed on May 13, 2004, by Agent Joseph Bonner and this writer at the Office of Internal Affairs. Investigator Kurgan is assigned to ECU and responsible for the 6th and 7th Districts. Investigator Kurgan socializes with Lieutenant Atcheson outside of the office.

Investigator Kurgan's partner is Investigator Anita Chavis, DPW. He and Investigator Chavis developed the unit. They have been partners since 1996. Investigator Chavis is also Investigator Kurgan's wife.

***Language/Conduct.*** Lieutenant Atcheson is a "clean, cut all-American type guy" who never uses foul language.

***Overtime/Vehicles.*** In ECU, people worked overtime whenever they wanted it. Investigator Squires and others worked overtime at the Trash Transfer stations. In Investigator Kurgan's opinion, that task has absolutely nothing to do with ECU and should be handled by Mobile Carrier. They allegedly worked 4:00 a.m. to 5:30 a.m. When Investigator Kurgan finished working his target area,

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 22

he would go over to the Transfer Station to look for them and they would never be there, however, they still submitted overtime hours. According to Investigator Kurgan, ECU has no policy on take home vehicles.

Since the Warrant Squad and ECU are under the same umbrella, he was able to work overtime with the Warrant Squad on the FBI and U.S. Marshall's Task Forces. His request to work with the Warrant Squad was approved by Assistant Chief Broadbent, Captain Brito and Lieutenant Atcheson. He was assigned a vehicle and a gas key. With the exception of a period of one week, he did not take the car home.

**Discipline.** In Investigator Kurgan's opinion, Investigators Squires and Johnson and then-Sergeant Muslim were not disciplined enough. Their misconduct included being arrested in other jurisdictions, theft of overtime and unauthorized use of government vehicles. For example, Investigator Squires took an unmarked Crown Victoria on a fishing trip to North Carolina. The owner of a pickup truck called the police after he observed Investigator Squires rummaging through his vehicle which was filled with construction equipment. Investigator Squires started "going off, yelling and screaming like a fool" and was arrested for disorderly conduct. Investigator Squires then "played the race card" and filed an EEO lawsuit which brought him a substantial financial settlement. Investigator Kurgan learned this information because he was occasionally assigned to be Acting Sergeant when Sergeant White was out of the office.

Also, around September 11, 2001, Sergeant Muslim used a government vehicle to give a diplomat a tour of the White House. When the terrorist attacks on the World Trade and Pentagon occurred, Investigator Kurgan tried to contact Sergeant Muslim to discuss deployment of troops. He was unable to contact Sergeant Muslim because he had taken a government vehicle to escort a person to Chicago. Investigator Kurgan reported the matter to Internal Affairs, however, Sergeant Muslim had a friend in OIA and "it went right by the wayside."

Lieutenant Atcheson attempted to conduct several unit investigations of these members' misconduct, however, they were always blocked by Captain Brito and Assistant Chief Broadbent. All the investigations were legitimate. However, Captain Brito and Chief Broadbent "didn't want to make waves, they just didn't want to cause any more problems."

**General Comments.** Lieutenant Atcheson is a fine manager. He makes people do their jobs. He holds them accountable for what they do and the time frame in which they do it. He wants to see production and, if he doesn't get it, he

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 23

wants to know why. He is accountable to his superiors and he holds his subordinates accountable.

According to Investigator Kurgan, this complaint has been brought by "lazy people" who are playing the "race card" for personal gain because they don't want to deal with Lieutenant Atcheson. Chief among them is Investigator Squires, "the biggest thorn in the cactus." Investigator Squires has never done a written investigation and "could not spell his own name." On the surface, he may seem like a nice person, however, "when things just don't go their way, he plays the race card, he does it all the time and he always will, he's just that caliber of person." Other members of the unit have "jumped on that bandwagon and they're running with it." They have already won because Lieutenant Atcheson has been removed from the unit.

### *Statement of Lieutenant Robert Atcheson (W/M), Commander, Warrant Investigations Section*

Lieutenant Robert Atcheson was interviewed on May 13, 2004, at the Office of Internal Affairs by this writer and Agent Guillermo Rivera. Lieutenant Atcheson stated that he has been a member of the Department for 15 years. Lieutenant Atcheson stated that his current assignment is Commander of the Warrant Investigations Section, which includes the Warrant and Paternity Warrant Squads, the Major Violators Unit and the Environmental Crimes Unit (Attachment 3).

*Language/Conduct.* According to Lieutenant Atcheson, he does not curse more than the average law enforcement officer and "I have never called anyone in my life a name." Lieutenant Atcheson denied:

- ▶ referring to subordinates as a "stupid fuck, a dumbass."

- ▶ addressing Investigators Johnson and Squires as "motherfuckers."

- ▶ threatening Investigator Bush in order to get his personal cell phone number. Lieutenant Atcheson admits that he asked investigator Bush for his cell phone number and received it but he denied making the statement about leave (Attachment 3).

Lieutenant Atcheson admitted that he and Investigator Chung had a confrontation after he refused to sign Investigator Chung's overtime slip for the IMF meetings in 2003. The previous day, Lieutenant Atcheson told everyone to show up at 6:00 a.m. The next morning, Investigator Chung arrived at 5:30 a.m. and requested compensation for the extra half hour. Lieutenant Atcheson refused to sign his P.D. 1130 (Attachment 3).

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 24

Investigator Chung requested that they have a private "man to man" conversation with "no rank" to discuss the matter. Lieutenant Atcheson granted him permission to speak freely. According to Lieutenant Atcheson, Investigator Chung said a few things that were inappropriate, however, Lieutenant Atcheson told him that sometimes you need to release and "have at it." Investigator Chung told him that he felt that Lieutenant Atcheson was "picking on him." During the conversation, both he and Investigator Chung used profanity, however, he never called Investigator Chung names. Detective Bonnacorsy listened to the entire conversation and reported to Captain Brito that he was cursing at Investigator Chung (Attachment 3).

Detective Bonnacorsy addressed the matter in "a very volatile, very hostile" manner and Lieutenant Atcheson asked Captain Brito to come to his office. Detective Bonnaccorsy became very loud and began screaming at Captain Brito. Detective Bonnacorsy was "very irate and unprofessional." Captain Brito told Detective Bonnacorsey to "stop screaming and back off and get away from him." After Detective Bonnacorsy left Lieutenant Atcheson's office, Captain Brito told him that he was very close to having her suspended because she was insubordinate. Captain Brito told him not to write her up for misconduct because "it would look wrong" (Attachment 3).

Prior to that incident, Lieutenant Atcheson had no personal dealings with Detective Bonnacorsy, however, "he has heard things about her." Detective Bonnarcorsy is an angry person and very difficult to deal with. According to Lieutenant Atcheson, "she can put on a professional face and make you think she is pretty sane but her insubordinate acts that day were "off the hook." Detective Bonnacorsy was so irate "she was spitting." Detective Bonnacorsy referred to him as "Hitler" and stated that "he ruled by fear" (Attachment 3).

Lieutenant Atcheson admitted that he described Investigator Squires as a "troubled officer" who "doesn't get along with his co-workers" and offered to testify against him at trial. He made those statements in response to questions from the attorneys involved in the case about Investigator Squires' character. According to Lieutenant Atcheson, "I would say that is an understatement with regards to my description of him....I don't know how he wears a gun and badge, I really don't" (Attachment 3).

Lieutenant Atcheson based his opinion that Investigator Squires was a "troubled officer" on the 911 tape of the person who witnessed Investigator Squires and his cousin looking at his pickup truck in Oriental, North Carolina. At the time, Investigator Squires and his cousin were fishing off a dock at approximately 3:00 a.m. The witness was on a boat fishing, approximately 100 feet away from the dock, and observed Investigator Squires and his cousin through binoculars. The witness reported to police that the two men had

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 25

finished fishing and were about to steal something out of his truck. About three weeks prior to the incident, someone broke into the witness' truck and stole several items. That night, the witness' truck contained chainsaws and other construction equipment in the back and it was parked under a streetlight (Attachment 3).

Lieutenant Atcheson found the witness extremely persuasive. According to Lieutenant Atcheson, the only reason someone would look inside someone else's pickup truck containing chainsaws and other construction equipment at 3:00 a.m. in the morning would be that "you wanted a piece of it." When asked if he thought Investigator Squires was the type of person who would steal that equipment, Lieutenant Atcheson responded "without a question." When asked if prior to that incident, he had any evidence or suspicions that Investigator Squires would commit theft, Lieutenant Atcheson responded "prior to that, no" (Attachment 3).

When asked why he thought that Investigator Squires would be the type of person who would steal equipment from a pickup truck, Lieutenant Atcheson stated that the 911 tape, "kind of sealed it for me...it's like seeing a guy with a smoking gun in his hand." According to Lieutenant Atcheson, "there was no way an uninvolved witness who described somebody, at two separate occasions, go to the back of his pickup and walk away when they see headlights popping up over the hill would lead anybody to believe that he was anything less than a potential thief" (Attachment 3).

Lieutenant Atcheson admitted making the statement, "I don't treat people equal because they are not equal but I treat them fair." Lieutenant Atcheson defended the statement by stating that Investigator Bush is undependable when compared to Investigators Reese, Britt and Vasquez. Lieutenant Atcheson stated that if he treated them equally, he would reward all four with things like a take home car and extra money. Lieutenant Atcheson stated that if someone is consistently substandard and continues to go to college and work his part-time job and the other performs at a very high level, then "I have an obligation as a human being and a manager to treat him (Investigators Reese, Britt and Vasquez) better than I would treat Robert Bush...I treat them fairly, I give them what they deserve, not equal ... nobody on the face of this earth is equal" (Attachment 3).

Lieutenant Atcheson was asked if, as a manager of a group of people who are diverse by race, gender, temperament, etc, he had the sense that when he used words like equal and not equal, he tapped into sensitive and controversial issues and his words and meaning could be misconstrued. Lieutenant Atcheson stated that anyone who misinterpreted his statement was simply using the race or gender card. When asked if his statement addressed issues

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 26

of race or gender or simply work, Lieutenant Atcheson responded that he uses phrases to describe why he does things. Lieutenant Atcheson stated as example, "My bigger brother gets treated better by my father than I do. I don't hold that against him, I don't pull a race card or anything like that. The race card is a very easy card to play, and as I said earlier, I feel as though if I were black, I would not be here giving you a statement. There a lot of quote, black people, black males in high levels of management in this police department who have done things as bad as I have, apparently, or it's alleged that I have done, and they weren't removed from their command. There is so much inequity that I can't prove." Lieutenant Atcheson admitted that his statements could be misconstrued, however, he stated that "it is difficult to be perceived as making everything based on merit all the time but I have an obligation to reward my workers first" (Attachment 3).

Lieutenant Atcheson initially rejected the idea of presenting the philosophy behind his statements in a manner that would be less likely to be misconstrued. According to Lieutenant Atcheson, not everyone is going to like everything he says. Lieutenant Atcheson stated that people draw conclusions before they even hear the facts and he thinks that is unjustified. According to Lieutenant Atcheson, two individuals at ECU were able to "grab" a few people in the Warrant Squad who are not getting take home cars and overtime and convince them to file this complaint. According to Lieutenant Atcheson, they have gotten a "prima donna attitude that they deserve those things" (Attachment 3).

Lieutenant Atcheson then stated that he won't use that statement again because it would be misconstrued. However, Lieutenant Atcheson stated that sometimes people are oversensitive. As example, Lieutenant Atcheson stated that his father used the statement "crack the whip" all the time. Lieutenant Atcheson stated that it means "get off your ass and do what I tell you to do." Lieutenant Atcheson stated that while he was assigned to 2D, Sergeant Panazeri used the term during Roll Call one day. Lieutenant Atcheson stated that, after Roll Call, a black male officer approached him and said he did not like the terminology because it meant something different to him. Lieutenant Atcheson stated that he informed the officer that his family came over from Ireland in 1730 and both his parents are white. Lieutenant Atcheson stated that he informed the officer that his father used the term every week regarding performing chores on their farm. Lieutenant Atcheson stated that he advised the officer "don't play the card. The card's there to play but don't waste it on something this trivial...He (Sergeant Panazeri) meant nothing by it." Lieutenant Atcheson stated that he offered this example to show how actions and words can be "twisted" (Attachment 3).

**Overtime/Vehicles.** Lieutenant Atcheson stated that the Warrant Squad received a grant for FY2003 for $106,000 to create the FBI task force or Operation Gotcha. That task force started operating approximately March/April 2003 and ended September 30, 2003. That grant was renewed for $117,000 to create the D.C. Violent Crimes Task Force (Attachment 3).

Operation Gotcha provided overtime and take home vehicles for 5 Warrant Squad investigators. The FBI required him to provide a list of names of Warrant Squad members who would be using the overtime and vehicles. Officer DeSantis and Investigator Kurgan were allowed to work with the Warrant Squad because of their expertise. Lieutenant Atcheson stated that he also provided funding from Operation Gotcha to members in the district to assist the Warrant Squad in apprehending fugitives. After the grant expired, Officer DeSantis and Investigator Kurgan received no overtime from the Warrant Squad, the FBI or U.S. Marshall's grant (Attachment 3).

Lieutenant Atcheson stated that about 6-8 months ago, MPD joined a task force with the U.S. Marshall's Service. Under the terms of the Memorandum of Understanding, the Marshall's Service provided funding and vehicles. They provided 4 additional vehicles so that everyone in the Warrant Squad had a take home vehicle (Attachment 3).

Lieutenant Atcheson stated that the main grant that now provides access to take home vehicles and overtime is the DC Violent Crimes/Fugitive Task Force. That grant permits 7 members of the Warrant Squad to get overtime and a take home vehicle. Lieutenant Atcheson stated that he received that grant at the start of FY2003 (Attachment 3).

Lieutenant Atcheson stated that he determined the members of the Warrant Squad who would receive overtime and a take home vehicle funded by the task forces. Lieutenant Atcheson stated that he based this determination on merit. Lieutenant Atcheson stated that he considered members' past performance in determining whether the members selected would be able to work overtime and could be relied upon to respond to call backs. Lieutenant Atcheson stated that several members met his criteria: Investigators Jack Reese, Eddie Vasquez, Joycelyn McFadden and Corpus Garcia. Investigator Joe Gatling originally was selected, however, on October 31, 2003, he was shot while on duty and was on sick leave for 16 months, so he was replaced by Investigator Nathaniel Britt (Attachment 3).

When informed that several witnesses stated that he told his staff that the selections would be made based on seniority, Lieutenant Atcheson responded that at one point, he used that terminology and he told the staff it "might be" based on seniority. Lieutenant Atcheson stated that the Captain (Brito) told

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 28

him that he would get less flak if he made his decision based on seniority. Lieutenant Atcheson stated that he gave it some thought and later changed his mind. Lieutenant Atcheson stated that he told everyone he would base his selection on merit because "if you do more you should get more" (Attachment 3).

Lieutenant Atcheson stated that, when Investigator Gatling went out on POD, the overtime slot remained unfilled and only 4 members had access to overtime and cars. Lieutenant Atcheson stated that he tried to fill the slot, however, he was told by FBI Supervisory Special Agent Calvin Shivers, the agent in charge of the task force, that he could not substitute a name from the list he already provided (Attachment 3).

Lieutenant Atcheson stated that, during the time Investigator Gatling was on POD, he was not sure if the car sat on the lot or was driven by someone else. Then Lieutenant Atcheson stated that he did not think the car sat and he was sure that someone was driving it. Then Lieutenant Atcheson stated that people working overtime drove the car, however, he did not recall what happened to the car or who drove it. Then Lieutenant Atcheson stated that he thought Investigator Britt might have driven the car (Attachment 3).

Initially, Lieutenant Atcheson stated that Officer DeSantis and Investigator Kurgan did not receive Marshall's Service vehicles because they were not assigned to the unit. When shown a list created by him in November 2003 which indicated that Officer DeSantis was assigned a Marshall's Service car, Lieutenant Atcheson stated that he did not recall assigning Officer DeSantis a vehicle. Lieutenant Atcheson then stated that Officer DeSantis was a very diligent worker and if there was a way that he could get him a vehicle he would have because Officer DeSantis was working overtime and needed a car. Officer DeSantis was very dedicated and Lieutenant Atcheson wanted him assigned to the Warrant Squad (Attachment 3).

When questioned, Lieutenant Atcheson admitted that Officer DeSantis had no prior investigative experience before working overtime with the Warrant Squad. Officer DeSantis was recommended to him by Investigator Reese's wife, who worked with him at IPS. Officer DeSantis approached him and asked if he could work overtime with the Warrant Squad and Investigator Reese vouched for him. The reason Lieutenant Atcheson selected him for the position was that Officer DeSantis was a member of the SWAT team while assigned to ERT and he felt Officer DeSantis' experience would benefit the Warrant Squad, particularly when they entered homes to serve a warrant (Attachment 3).

**Discipline.** Lieutenant Atcheson stated that, in response to complaints from "a lot of people," he initiated an investigation of Investigator Squires for

Lieutenant Robert Atcheson
EEO 103-52
CS 03-1566
Page 29

unauthorized use of a government vehicle. Several people saw Investigator Squires take a government vehicle home and saw him driving the car out of the ECU parking lot. At one point, Lieutenant Atcheson went to ECU at approximately 5:00 a.m. and he saw Investigator Squires drive the vehicle into the parking lot. Lieutenant Atcheson brought this matter to Captain Brito's attention. Captain Brito told him to back off because he did not know that the use was unauthorized and it would look like he was "picking on" Investigator Squires (Attachment 3).

Lieutenant Atcheson categorically denied driving by Investigator Squires' home and taking pictures of the car. When confronted with Investigator Squires' statements, Lieutenant Atcheson then stated that he "may have said something real close to that as a strategy to get him to admit that he was taking the vehicle and confess." Lieutenant Atcheson never actually went by Investigator Squires' home to take photographs but he admitted that he drove by Investigator Squires' home twice while he was on redeployment and he did not see the car in Investigator Squires' driveway. Lieutenant Atcheson said that he "may have seen" Investigator Squires drive the car out of the parking lot on August 6, 2001 and he "may have said that" he saw Investigator Squires drive the car out of the parking lot on that date, but does not recall if he actually saw Investigator Squires do that (Attachment 3).

Lieutenant Atcheson stated that in February 2003, his investigation determined that Investigator Squires made false statements on a P.D. 50 regarding the number of witnesses he interviewed. Lieutenant Atcheson stated that he informed Investigator Squires that he would receive adverse action for his misconduct. According to Lieutenant Atcheson, he told Investigator Squires about the pending discipline because "you have to be open with people...you always need to let people know what may occur." Lieutenant Atcheson stated that he ultimately did not pursue adverse action against Investigator Squires because Assistant Chief Broadbent told him to "downplay" it because an adverse action charge "would look like I was picking on him" (Attachment 3).

Lieutenant Atcheson denied detailing people out of the Warrant Squad because he did not like them. Former-Commander Barrett detailed Investigator Bush to the Forensic Science Unit because he was on limited duty. Lieutenant Atcheson stated that he temporary detailed Investigator Garcia and approximately half the members of the Warrant Squad to the Marshall's Service because they asked for 4 additional people. He also temporarily detailed Investigator Chung to the Paternity Warrant Squad. Investigator Chung has an excellent understanding of computers and the Paternity Warrant Squad needed assistance with their computer system. After 3 people were detailed to the Marshall's Service, Lieutenant Atcheson put out a Vacancy Announcement for