DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

56

1      Q.   Is there anything else about that

2  conversation with Lieutenant Atcheson that

3  stands out in your mind?

4      A.   I think he kept making mention to my

5  situation in North Carolina.  And I think he was

6  trying to make me -- belittle me and trying to

7  make me feel small, and just trying to make me

8  get upset, trying to embarrass me.

9          That's about it.

10     Q.   Did you report this to anybody?

11     A.   My supervisor right there.  I -- no, I

12  did not.

13     Q.   Who is your supervisor?

14     A.   Sergeant -- Sergeant Muslim was right

15  there.

16     Q.   So when you went down to see

17  Lieutenant Atcheson, you went with Sergeant

18  Muslim and the union representative?

19     A.   I had two union reps, yes.

20     Q.   So did a full one?

21     A.   Yes.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

57

1      Q.   Why did Sergeant Muslim go with you?

2  Did you ask him to?

3      A.   No.  I think Lieutenant Atcheson

4  requested it.

5      Q.   Did Sergeant Muslim say anything to

6  you?

7      A.   I think that he wanted to -- he said

8  he wanted to I guess let me think about what the

9  lieutenant was saying.

10          And I was like, there's nothing to

11  think about.  You know, I didn't do it.  I drove

12  my truck home.

13          I mean what is there to say?  So there

14  was nothing to be said.

15      Q.   Do you recall whether or not Sergeant

16  Muslim also accused you of taking a government

17  car home?

18      A.   Sergeant Muslim saw me drive my car

19  home.  Officer Greg Johnson saw me drive my car

20  home.

21      Q.   My question was, Officer Squires, did

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

58

1    Sergeant Muslim accuse you of taking a

2    government car home?

3        A.    No, he did not.

4        Q.    Do you recall whether or not Sergeant

5    Muslim said anything to Lieutenant Atcheson as

6    it relates to you taking this car home?

7        A.    Yes, he did.

8        Q.    What did he say?

9        A.    He told him that I did not take the

10    car home.

11        Q.    When Sergeant Muslim said to you that

12    maybe you should think about what Lieutenant

13    Atcheson has asked you, what did you say to

14    Sergeant Muslim?

15        A.    He was saying in reference to like

16    just think about -- I guess he was saying, you

17    know, like just think about just being calm.

18    Think about, you know.

19            I don't know.  I guess -- I don't

20    know.  I mean, I don't know.  Just being calm, I

21    think, because he knew the lieutenant would try

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

59

1    to get you upset.  And he wanted us to just take

2    a break to, you know, just calm down.  Don't get

3    upset.

4         And I wasn't upset.  But I was just

5    very disappointed the way he was saying things,

6    and he was accusing me of things, and, you know,

7    he treated me like a criminal.

8         Q.   He being Lieutenant Atcheson?

9         A.   Yes.

10        Q.   Other than Sergeant Muslim because he

11   was present, did you report it to anybody else?

12        A.   No, I did not.

13        Q.   You didn't report it to Captain Brito?

14        A.   I think I complained but not -- I

15   don't know if I complained or -- I want to say,

16   yes, I did complain to Captain Brito when me and

17   my union rep was there, but I'm not for sure.

18        Q.   What was your relationship like with

19   Captain Brito?

20        A.   We never seen him.  We hardly ever see

21   Captain Brito.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

60

1    Q.   You also said that Lieutenant Atcheson

2  accused you of missing a 40-hour training.

3    A.   Yes.

4    Q.   Is that 40-hour inservice training?

5    A.   Yes.

6    Q.   And when was this allegation made?

7    A.   I want to say 2004 or 2003.

8    Q.   Did you miss 40 hours of inservice

9  training?

10   A.   Yes.  I had to reschedule my 40-hour

11 training.

12   Q.   So at the time that Lieutenant

13 Atcheson said to you that you had missed a

14 40-hour training --

15   A.   I had to reschedule.

16   Q.   Was that in fact true that you had

17 missed the 40 hours of inservice training?

18   A.   Yes.  For that date, yes.

19   Q.   And you said you rescheduled?

20   A.   Yes.

21   Q.   And did you complete the 40 hours?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

61

1     A.    Yes.

2     Q.    What did Lieutenant Atcheson do as a

3  result of you missing the first 40 hours of

4  inservice training?

5     A.    I had to write a 119.

6     Q.    A 119?

7     A.    Yes.

8     Q.    And that's a PD-119?

9     A.    Yes.

10    Q.    And just for the record will you

11  explain what a PD-119 is?

12    A.    Usually a statement of facts of what

13  happened, telling what happened.

14    Q.    And you did write that?

15    A.    Yes.

16    Q.    As a result of the PD-119 was any

17  discipline or action taken against you?

18    A.    I had to write it up.  I don't know

19  what he did and I don't know what happened to

20  the investigation.

21    Q.    Was any disciplinary action been taken

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

62

1    against you?

2        A.    Not at this time.  No, it has not.

3        Q.    Are you anticipating some disciplinary

4    action being taken against you as a result of

5    things that happened in 2001, 2002, of 2003?

6        A.    If the investigation is not closed

7    then that means that it has to be closed.  The

8    investigation has to be closed somewhere.

9        Q.    Do you know whether or not any of

10    these 62-E or the accusations regarding the

11    government car, or the missed 40-hour inservice

12    training, do you know if those are active, open

13    investigations?

14        A.    They're not closed.  Usually they'll

15    close the investigation.  I don't know what

16    happened to them.  I have no clue.

17        Q.    How do you know they're not closed?

18        A.    Because usually they give you

19    something, some kind of written -- they give you

20    a written I guess notice to let you know that

21    their investigation is closed or what discipline

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

63

1    has happened.

2        Q.    Would the MPD conduct an investigation

3    into an allegation that you didn't answer the

4    telephone?

5        A.    Yes.   I mean you said MPD.   Lieutenant

6    Atcheson would do that investigation.   When you

7    say MPD, what do you mean?   What branch of MPD?

8    There's numbers of branches.

9        Q.    Would internal affairs do an

10   investigation?

11              MR. TEMPLE:   Objection.

12   Investigation, same question?

13              MR. JACKSON:   Yes.

14   BY MR. JACKSON:

15       Q.    Of not answering the telephone?

16       A.    I don't know.   You have to ask them.

17   I don't know.

18       Q.    Who was the official above Captain

19   Brito?

20       A.    I think it was -- we had someone else.

21   I cannot recall the commander.   I do not

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

64

1   remember his name right now.  I know it's

2   Commander Barrett now, but it wasn't then.

3        Q.    Would it have been Commander Webitt

4   (phonetic)?

5        A.    No.  He's the chief.  He had one more

6   step before him -- under him.

7        Q.    Who was Commander John?

8        A.    Who.

9        Q.    Command John?

10       A.    John who?

11       Q.    To tell you the truth I don't know.

12   Commander John?

13       A.    Doesn't ring a bell.

14       Q.    Any of these three instances that you

15   just told me about, not answering the telephone,

16   about the car, the inservice training, did you

17   report any of these to -- let me rephrase it.

18   Did you complain about the fact that these

19   accusations made against you by Lieutenant

20   Atcheson to any official of a higher rank than

21   Lieutenant Atcheson?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

65

1      A.    Yes.

2      Q.    Who?

3      A.    Captain Brito.  What was this

4  commander?  I cannot remember his name.  We

5  talked to the commander in reference to it.

6      Q.    When you say we, we is who?

7      A.    Investigator Greg Johnson.

8      Q.    Why would investigator Johnson talk to

9  the commander?

10     A.    Because we had complaints against how

11  we were being treated by Lieutenant Atcheson.

12     Q.    And so you and Investigator Johnson

13  met with -- was it Captain Brito?

14     A.    Captain Brito, I talked to Captain

15  Brito with my union rep.

16     Q.    Okay.  And that was as it relates to

17  the alleged stolen car incident, right?

18     A.    And I have talked to him before after

19  that, too, in reference to about how the

20  lieutenant was treating me.

21     Q.    What did Captain Brito say to you?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

66

1      A.    He said that the lieutenant had to do

2   his job and he had to do the investigation, and

3   there's nothing I can do because he's doing his

4   investigation.

5      Q.    Did he say anything else?

6      A.    No.   That was pretty much it.

7      Q.    And was that the only time you had

8   this conversation with Captain Brito?

9      A.    No.   With my union rep in reference to

10  how -- that was in reference to -- I'm trying to

11  think of when Alan, the union rep Alan, came in

12  reference to my gun.

13     Q.    To your what?

14     A.    My service weapon, that the -- that

15  Lieutenant Atcheson was holding onto my weapon

16  longer than he should.   He was just holding on

17  to it.

18     Q.    Why did he have your weapon in the

19  first place?

20     A.    Because of the investigation in North

21  Carolina.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

67

1    Q.   Have you attempted to talk to Captain

2  Brito to see if the investigation has ever been

3  completed?

4    A.   No, I did not.

5    Q.   And there was a commander whose name

6  you can't remember.  Do you remember the

7  conversation you had with the commander?

8    A.   We told him about how Lieutenant

9  Atcheson was treating us, and that we had filed

10 an EEO complaint against Lieutenant Atcheson,

11 and that we felt like we was in a hostile work

12 environment.

13    Q.   Was the commander male or female?

14    A.   Male.

15    Q.   What did the commander say to you?

16    A.   He just listened and just said that he

17 would look into it.

18    Q.   Do you know whether or not the

19 commander ever looked into it?

20    A.   No, I do not.

21    Q.   How many conversations did you have

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

68

1    with the commander?

2        A.    Only one.

3        Q.    Do you remember when that was?

4        A.    Want to say 2003.

5        Q.    When was your conversation with

6    Captain Brito?

7        A.    That was in 2002.

8        Q.    Now when you say that you told the

9    commander that you were treated unfair, it was a

10   hostile work environment, did you tell the

11   commander that you believe it was because of

12   your race?

13       A.    Yes, because -- yes, because it was.

14   No doubt about that I mean because we had an EEO

15   complaint against him.

16       Q.    Did you also tell that to Captain

17   Brito?

18       A.    Yeah.  As a matter of fact in a

19   meeting Captain Brito said that he could not

20   address -- this was in front of everybody --

21   that he could not address an EEO matter.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

69

1       Q.   At the time that you told Captain

2   Brito, had you already filed an EEO complaint?

3       A.   Yes, we did.

4       Q.   Was that filed with the MPD?

5       A.   No.

6       Q.   Who was that filed with?

7       A.   The federal.

8       Q.   Did you at some point file an internal

9   complaint with the MPD's EEOC office?

10       A.   By that time I already had my letter

11   Right to Sue from the Federal.

12       Q.   Let me read for you the next sentence

13   in Paragraph 15.  It says, In one instance

14   Defendant Atcheson referred to Plaintiff Squires

15   as a quote, mope, unquote, a racially motivated

16   epithet for the N -- for the quote, N word --

17   sorry -- for quote, N, unquote, word.  No

18   disciplinary action was taken against Atcheson.

19          Did Lieutenant Atcheson call you a

20   mope?

21       A.   Inspector Lawrence Dance heard him say

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

70

1    that.

2        Q.    I'm sorry?

3        A.    Inspector Lawrence Dance heard him say

4    that.

5        Q.    Inspector?

6        A.    Lawrence Dance heard Lieutenant

7    Atcheson address it.

8        Q.    Lawrence Dance?

9        A.    Yes.  He's a DPW worker.  He worked in

10   our office, yes.

11       Q.    And did Inspector Dance tell you that

12   he heard Atcheson call you a mope?

13       A.    I think he called all of the blacks in

14   the office mopes, not just me but everybody.

15       Q.    Was Inspector Dance black or white?

16       A.    Black.

17       Q.    Tell me what Inspector Dance told you.

18       A.    He told us that he addressed us as

19   mopes.  And he looked up the word or found out

20   what the word means and it means nigger in the

21   Midwest.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

71

1    Q.   Have you ever looked up the word?

2    A.   No, I did not.  But I was offended

3    that he called me any name at all.  He shouldn't

4    -- my name is not mope.  My name is Squires or

5    Randy.

6         And why would he address us as mopes?

7    Q.   When you say Inspector Dance called

8    all of you mopes, who?

9    A.   The blacks.

10   Q.   Is that what Inspector Dance said,

11   that he called all the blacks mopes --

12   A.   Yes.

13   Q.   -- or he called you mope?

14   A.   No, the blacks.  He was referring to

15   the blacks.  It was only the blacks there when

16   Dance told us.

17   Q.   And Dance works for DPW?

18   A.   Yes.

19   Q.   Do you know how to spell his last

20   name?

21   A.   Yes.  It's like dance, D-A-N-C --

72

1          MR. JACKSON:  Let's go off the record

2    for a minute.

3          (Whereupon, a lunch recess was taken.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

73

1                    AFTERNOON SESSION

2    BY MR. JACKSON:

3        Q.    Officer Squires, after Inspector Dance

4    told you that he heard Lieutenant Atcheson refer

5    to people in the ECU as mopes, did you report to

6    anybody?

7        A.    No, I did not.

8        Q.    Did you ever hear Lieutenant Atcheson

9    refer to you as a mope?

10       A.    Not specifically.  No, I did not.

11       Q.    Did you ever hear Lieutenant Atcheson

12   use the word mope?

13       A.    No, I didn't.

14       Q.    Paragraph 16 reads, "Defendant

15   Atcheson also constantly denied Plaintiff's

16   request to attend training courses."

17            For which training courses did you

18   apply and Lieutenant Atcheson denied your

19   request?

20       A.    For EMT re-certification.

21       Q.    When was that?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

74

1        A.    I want to say that's 2002.  I think

2    it's 2002 I lost my certification for EMT.

3    That's emergency medical technician.

4        Q.    How did you lose your certification?

5        A.    Because I was not able to go to school

6    to class to take my re-certification classes.

7    Every year you're required to take classes to

8    keep up your hours.  And also before your

9    license expires you're required to take a

10   30-hour course to be re-certified for another --

11   I think it's 5 years.

12       Q.    Did your certification lapse --

13       A.    Yes.

14       Q.    -- prior --

15       A.    I'm sorry.

16       Q.    -- prior to the time that you

17   requested from Lieutenant Atcheson to attend the

18   EMS?

19       A.    No.

20       Q.    Is it your claim that your

21   certification lapsed or expired because

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

75

1    Lieutenant Atcheson would not allow you to

2    attend the EMS training?

3        A.    Yes.

4        Q.    Are you as of today re-certified with

5    EMS?

6        A.    No.  I have to do the whole thing all

7    over again.

8        Q.    So is there a reason why since 2002

9    you have not been re-certified?

10        A.    It will take 6 weeks.  How am I going

11    to get 6 weeks off?  You have to go to school

12    for 6 weeks.

13        Q.    Did Lieutenant Atcheson give you a

14    reason as to why he was denying your request for

15    EMS training?

16        A.    No, he did not.

17        Q.    Since 2002 have you requested to

18    attend EMS training?

19        A.    No.  I can't get off for 6 weeks.

20        Q.    Was EMS training an essential license

21    or skill that you have when you was working with

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

76

1    the ECU?

2        A.    Yes.   It can save lives, not only for

3    ECU but regular life.   Actually EMT is the ones

4    who actually drive the ambulances and got

5    certified.   I also went to paramedic school as

6    well.

7        Q.    If you attend EMS training are you

8    given administrative leave to do that?

9        A.    Yes.

10        Q.    So they would give you 6 weeks of

11    administrative leave?

12        A.    Yes.

13        Q.    What was going on with your job that

14    prevented you from finding 6 weeks to complete

15    the EMS training in 6 weeks?

16        A.    As far as now?

17        Q.    As far as -- well, since 2002 you said

18    that your certification --

19        A.    One, he wouldn't allow me.   He would

20    not allow me to go, period.

21        Q.    When did Lieutenant Atcheson stop

77

1  being your lieutenant?

2      A.    In 2000 -- I think 2004 or 2005.

3      Q.    So since 2004 or 2005 have you

4  requested to attend EMS re-certification

5  training?

6      A.    No.  Not no 6 weeks, no.  Because

7  we're short.  It was only 5 officers for the

8  whole entire city, and we're -- the load has

9  just doubled with all the legal dumping and

10  everything like that, so we've just been

11  bombarded.  And getting away for 6 weeks just

12  wouldn't have been feasible for anyone.

13     Q.    Although you say it wouldn't have been

14  feasible, am I correct you haven't even

15  requested to take it?

16     A.    No, I have not, not for 6 weeks.

17  Versus one week for just re-certification.  It's

18  just one week, the re-certification class.

19     Q.    So if you were to take the EMS

20  training now, is that re-certification or just

21  certification?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

78

1       A.   No.   I have to do it all over again,

2   start all over again.

3       Q.   Paragraph 16 further goes on -- let me

4   ask you, is there any other training that

5   Lieutenant Atcheson denied your request?

6       A.   Yes.   We also have to be certified for

7   environmental crime so we have to keep that

8   certification up so we have to get training.

9   And he denied me training to Asbury,

10  Pennsylvania to Indian Town Gap.

11      Q.   What do you have to do to be

12  certified?

13      A.   You know, go to classes, you know,

14  environmental crime classes.  Just -- you know

15  just being -- keeping up with the environmental

16  crime, like they have -- I'm trying to think of

17  the classes.

18          Just classes.  I can't remember what

19  the classes are.  You know like training, stuff

20  like that for it.

21      Q.   How long does that certification take?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

79

1      A.    I want to say that certification -- I

2   think our certification was like a week or so,

3   like 40 hours I think it is.

4      Q.    When did you request to go to this

5   certification program for ECU?

6      A.    I want to say that was 2003 or 2004.

7      Q.    And Lieutenant Atcheson denied your

8   request?

9      A.    Yes, he did.

10     Q.    What happens if you are not certified

11   for ECU as it relates to your position as

12   investigator?

13     A.    Well, they just give you -- you are

14   accredited, let people know what you do.  But

15   not only that you keep up with what's going on,

16   what's new into the environment, you know, as

17   far as your job.  The --

18          Let's you know about what's new out

19   there, what -- what new equipment you can use,

20   how to use different things.  Also, about

21   breathing apparatus, you know, just different

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

80

1    things, different chemicals.

2        Q.    As an investigator with the ECU, what

3    are your duties and responsibilities?

4        A.    To investigate illegal dumping, to

5    apprehend people who dump, illegally dump.

6        Q.    Did not having certification in the

7    ECU interfere with your ability to perform the

8    investigation of illegal dumping?

9        A.    No, it did not.

10       Q.    Not being re-certified with EMS, did

11   that prevent you from or interfere with your

12   ability to investigate illegal dumping?

13       A.    It interfered with me saving people's

14   lives if I had the opportunity, yes, it did.

15       Q.    But did it interfere with your ability

16   to investigate illegal dumping?

17       A.    No, it did not.

18       Q.    People who are certified in ECU, is

19   their salary or pay any different than a person

20   who is not certified?

21       A.    We are the only ones that are doing --

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

81

1    that does environmental crime, only people that

2    are in our unit.  And our pay was different

3    because we were investigators.

4        Q.   Well, investigators from the ECU who

5    were certified and investigators from the ECU

6    who were not certified --

7        A.   There is no such a thing.  There is no

8    such a thing.

9        Q.   There is no such a thing as what?

10       A.   One that's certified or not certified.

11       Q.   Are you certified -- at the time that

12   you left the ECU were you certified?

13       A.   No, I was not.

14       Q.   If I understood your earlier testimony

15   you told me that you left the ECU about 2 months

16   ago, correct?

17       A.   About 2 months ago, yeah.

18       Q.   Since 2003 and 2004 I believe you just

19   told me you were not able to be certified to the

20   ECU?

21       A.   Right.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

82

1      Q.   So since 2003, 2004 up until 2 months

2    ago, you were not certified to ECU?

3      A.   Right.

4      Q.   Was your pay any different than

5    individuals who were certified during that same

6    period of time?

7      A.   No, it was not.

8      Q.   So then am I correct that there are

9    investigators who are certified and

10   investigators who are not certified in the ECU?

11     A.   Yeah.  I guess so, yes.

12     Q.   Any other training that Lieutenant

13   Atcheson denied your request?

14     A.   Not that I know of at this time.

15     Q.   How many lives have you saved at the

16   time that you were at the ECU based on your EMS

17   training?

18     A.   That's a good question.  When you say

19   saved lives, what do you mean?

20     Q.   What have you meant by it helps you to

21   save lives?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

83

1      A.    The training for EMT or the training

2   for environmental crime?

3      Q.    Training for the EMT?

4      A.    EMT.   By cleaning up, by cleaning up

5   neighborhoods.   By taking hazardous material

6   away, sure.   That's saving lives I would think.

7      Q.    Have you ever had to use your skills

8   as an EMS?

9      A.    EMT?

10      Q.    You were an EMT?

11      A.    Yes.

12      Q.    What's the difference between EMT and

13   EMS?

14      A.    Just different words.   Emergency

15   medical technician, and one is a medical --

16   emergency medical services still under the same

17   umbrella.

18      Q.    As an EMT?

19      A.    Yes.

20      Q.    Have you had to perform CPR on any of

21   them?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

84

1        A.    Not only CPR, but also gunshot

2    victims, yes.

3        Q.    So the only training as I understand

4    your testimony is the EMT re-certification in

5    ECU in regards to your certification; is that

6    correct?

7        A.    Right.

8        Q.    You say that -- Paragraph 16 goes on,

9    "By contrast Atcheson allowed a similarly

10   situated Caucasian police officer to attend the

11   training program."

12       A.    Yes.

13       Q.    Who are you talking about?

14       A.    Paul Kurgan and Carl Ruleman.

15       Q.    Paul Kurgan?

16       A.    Yes.

17       Q.    And who was the other person?

18       A.    Carl -- Carl Ruleman.

19       Q.    Do you know how to spell either of

20   their full names?

21       A.    Kurgan is K-U-R-G-A-N.  Paul is his

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

85

1    first name.  And Carl is C-A-R-L, last name,

2    R-U-L-E-M-A-N, Ruleman.

3        Q.   What training did Investigator Paul

4    Kurgan attend?

5        A.   Various trainings.  You have to check

6    with him to see what training it was, but I know

7    there was training that they went to.

8        Q.   And what's your knowledge of the

9    training that he attended?

10       A.   I think it was sampling, and I think

11   it was advanced -- advanced investigation I

12   think it was.

13       Q.   Do you know when he attended the

14   sampling training?

15       A.   No.

16       Q.   What about the advance investigation,

17   do you know when he attended that?

18       A.   I want to say it happened in 2002,

19   2003 for both, but I'm not sure exactly when.

20       Q.   Do you know if Lieutenant Atcheson as

21   an individual was officially approved for that

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

86

1    training?

2        A.    Yes.  All training had to be approved

3    by Lieutenant Atcheson.

4        Q.    What about Carl -- inspector --

5    Investigator Ruleman, do you know what training

6    he attended?

7        A.    He went to -- I think it was a

8    sampling class.

9        Q.    Do you know if it was the same class

10   that --

11       A.    No, different classes.

12       Q.    Any other training?

13       A.    No, not that I know of.

14       Q.    Do you know when Investigator Ruleman

15   went to sampling classes?

16       A.    Could be 2003, 2002, 2004.

17       Q.    You're not sure?

18       A.    Not sure.

19       Q.    Other than the training that you told

20   me that you were denied and the training that

21   you told me that Investigators Kurgan and

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

87

1    Ruleman were allowed to attend, was there any

2    other training that you are claiming during the

3    course of this lawsuit to show that you were

4    treated differently than Caucasian inspectors or

5    investigators?

6        A.    Not at this time, no.

7        Q.    Now let me just ask you about 17.  It

8    says, "In November of 2001 Defendant Atcheson

9    assigned Plaintiff Squires to desk duties and

10   seized his gun and badge without any legitimate

11   reason.  Defendant Atcheson then wrote an

12   adverse report against Plaintiff.  Defendant's

13   conduct was designed to force the dismissal of

14   Plaintiff."

15            Is that paragraph talking about the

16   situation in North Carolina?

17       A.    No.  I don't think so.  I'm not quite

18   for sure.  I don't think so.

19       Q.    When did the North Carolina incident

20   occur?

21       A.    July.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

88

1      Q.    Of what year?

2      A.    2001.

3      Q.    So was there an incident sometime

4    around November of 2001?

5      A.    Not -- not that I know of.

6      Q.    And tell me if it's true then or not.

7    In November of 2001 Defendant Atcheson assigned

8    Plaintiff Squires desk duties and seized his gun

9    and badge without any legitimate reason."

10          Is that true?

11     A.    I can't remember.  I don't remember.

12     Q.    You don't remember that?

13     A.    No.  I think he still had my service

14    weapon.  He just kept it and he wouldn't give it

15    back to me even though I was acquitted from

16    North Carolina of all the charges.  And he still

17    wouldn't give me back my service weapon.

18     Q.    And the second sentence it says,

19    "Defendant Atcheson then wrote an adverse report

20    against Plaintiff."

21          Is that true?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

89

1      A.    I don't know.  You're telling me

2  something.  I don't know.

3      Q.    Well, I'm reading you the facts that's

4  in your complaint.

5      A.    I don't recall it.  He was writing me

6  an adverse -- oh, I know what that's for.

7  That's for the car.

8      Q.    Did he seize your gun and badge during

9  that investigation regarding the car?

10     A.    I think my -- I didn't have my gun

11 because of the incident in North Carolina and he

12 wouldn't give it back to me.

13     Q.    So the car incident would have

14 happened in November 2001?

15     A.    I think, yeah, November or --

16 November -- I don't know if it was November or

17 October.  Somewhere in between there, somewhere

18 in there.

19     Q.    How many adverse reports did

20 Lieutenant Atcheson write against you?

21     A.    That's a good question.  I can't

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

90

1    answer that.

2        Q.    How many are you aware of?

3        A.    Car, North Carolina, the missing

4    40 hours, something else.

5        Q.    When did Sergeant Atcheson --

6              MR. TEMPLE:  He's still thinking.

7    BY MR. JACKSON:

8        Q.    Sorry.  Officer Squires if I interrupt

9    you like I said just let me know that you're not

10   finished.

11       A.    Okay.  Oh, a citizen complaint,

12   missing a citizen complaint mediation.  I'm

13   trying to think what else.  I know there's one

14   more.  There's one more.

15       Q.    Just think about it and I'll ask

16   another question.  When did Lieutenant Atcheson

17   stop being your immediate supervisor?

18       A.    I think it was in either mid 2004 or

19   2005, like maybe March or maybe May of 2005 or

20   2004.  I'm not for sure on it.  I'm not for

21   sure.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

91

1          MR. JACKSON:  Would you mark this as

2     Exhibit 2.

3          (Squires Deposition Exhibit Number 2 was

4            marked for identification and attached to

5            the transcript.)

6     BY MR. JACKSON:

7          Q.   Officer Squires, I'm showing you a

8     document that's been marked as Exhibit Number 2.

9     Just ask you to take a look at it.

10         A.   Okay, go on.

11         Q.   Just for the record it's a memorandum

12    dated February 17, 2005.  It's through the

13    lieutenant of the environmental crimes unit

14    through the captain of the special services

15    command through the commander of the office of

16    superintendent of detectives to the assistant

17    chief, chief police, special service command.

18            And it's a request for 40 hours of

19    administrative leave for, among others,

20    Investigate Squires, to attend surveillance

21    operations training.

92

1          Is that correct?

2     A.   Yes.

3     Q.   Did you attend that training?

4     A.   No.

5     Q.   Why not?

6     A.   I can't answer that.  It was not

7  approved.

8     Q.   Excuse me?

9     A.   It was not approved to go.

10     Q.   Where it says thru captain special

11  services command, do you see that handwriting

12  after that?

13     A.   Yep.

14     Q.   Can you read what that says?

15     A.   It says, See approved -- what is that,

16  release?  It wasn't approved.

17     Q.   Do you know what that means?

18     A.   Oh, yes.  It was approved.  He signed

19  off on it.  That's all that means.  All they do

20  is just sign off.  This is only a request.

21  That's not saying that we were approved to go.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

93

1        And do you see a lieutenant's

2    signature on here?  There is none.  And as you

3    notice -- as you can see he put an arrow for

4    addressing a lieutenant and captain.  The arrow

5    goes for both.  So he was acting as a lieutenant

6    and a captain at this time.

7        Q.    Can you tell me --

8        A.    Whoever the captain was at that time.

9        Q.    That was my question.  Who would have

10    been the lieutenant at that time?

11        A.    I don't know.  Apparently the

12    lieutenant was not there because he signed off

13    for both.

14        Q.    Who would have been the captain at

15    that time?

16        A.    In 2005?  It could have been Reese

17    (phonetic).

18        Q.    Reese?

19        A.    Yeah.  It could have been Captain

20    Reese.  I don't know.

21        Q.    Do you know if Captain Reese's first

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

94

1    name begins with an M?

2         A.   What is his first name?  Not for sure.

3    I don't know.

4         Q.   And then above the captain is a

5    commander.  Do you see that?

6         A.   Right.

7         Q.   And did the commander approve this?

8         A.   Looks like he did.  Yes.  He approved

9    that, yes.

10        Q.   Then there is a handwritten signature

11   or notation next to the assistant chief of

12   police.  Do you see that?

13        A.   Right.

14        Q.   Who would have been the assistant

15   chief of police?

16        A.   It would probably have been -- I don't

17   know if it was Broadbent or he had left then or

18   not.  I'm not for sure.  I don't know.

19        Q.   Do you know why this was not approved?

20        A.   No, I do not.

21        Q.   And it was sent from Sergeant Louie

95

1    White; is that correct?

2        A.    Right.

3        Q.    Have you ever talked to Sergeant White

4    as to why this may not have been approved?

5        A.    No, I didn't.  No, I did not.

6        Q.    Do you believe that Lieutenant

7    Atcheson had anything to do with you not

8    attending the specific training?

9        A.    I don't know.

10       Q.    You don't know?

11       A.    No.  I don't know.

12       Q.    Okay.  Paragraph 18 reads, "In yet

13   another instance Defendant Atcheson ordered

14   Plaintiff not to take a police car home while he

15   openly permitted a Caucasian police officer to

16   take home his police car."

17       A.    Yes.

18       Q.    Is that true?

19       A.    Yes, it is.

20       Q.    When did that happen?

21       A.    When didn't it happen?  It continually

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

96

1    happened.  The white guy in our unit, Paul

2    Kurgan, continually took his car home,

3    continually.  He never stopped taking his car

4    home.

5              We used to see him come to work on

6    occasions within the car.

7         Q.   Were you ever assigned to a car?

8         A.   We're always assigned to a car.

9         Q.   Were you ever assigned to a car?

10        A.   Yes.

11        Q.   And you were allowed to take that car

12   home?

13        A.   Yes.  When we were on -- like when

14   your unit -- when your team was assigned, like

15   you was up for that month to be on callback, you

16   could take the car back home, yes.

17        Q.   What is being on callback?

18        A.    It means that they could call you

19   within 24 hours for a whole month and you have

20   to respond back to the incident, whatever the

21   major incident is.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

97

1      Q.    So when you were on callback status

2   for a month, you were allowed to take a car

3   home?

4      A.    Yes.

5      Q.    When Investigator Kurgan was not on

6   callback status do you know if he was allowed to

7   take the car home?

8      A.    Yes.

9      Q.    How do you know that?

10      A.    Because I seen him.

11      Q.    Did you ever see the car parked in

12   front of his house?

13      A.    No, I did not.

14      Q.    How do you know that he was taking the

15   car home?

16      A.    Someone told me that he saw the car at

17   his house.

18      Q.    Who told you that?

19      A.    I'm not for sure, but I think it was

20   Officer Greg Johnson, but I'm not for sure.  But

21   I seen him in the morning time.  I was always

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

98

1    the first one there.  And I seen him drive that

2    car to work.  I seen him with my own eyes, but I

3    did not --

4           I saw his car in the parking lot.  And

5    his car he drove in the police car.  I seen this

6    with my own eyes.

7       Q.   This was during the time he would not

8    have been on callback status?

9       A.   Yes.

10                (Mr. Temple exits.)

11           MR. JACKSON:  And just for the record

12   Attorney Temple stepped out and he's indicated

13   that I can continue to proceed with his

14   co-counsel who is present here.

15   BY MR. JACKSON:

16      Q.   So this occurred throughout the time

17   that Lieutenant Atcheson was the lieutenant in

18   the ECU?

19      A.   Yes.

20      Q.   Paragraph 19 reads that, "In 2002

21   Defendant Atcheson refused Plaintiff access to

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

99

1    and use of certain breathing equipment designed

2    to save life in emergency and hazardous

3    situations while allowing similarly situated

4    Caucasian officers access and use of this

5    equipment."

6              Is that true?

7        A.    Yes.

8        Q.    What happened in 2002 as relates to

9    what I just read to you?

10       A.    First of all I never did finish about

11   the car, but we'll come back to that.

12       Q.    Well, why don't you finish about the

13   car before we jump into another question?

14       A.    Paul Kurgan, he told everybody to

15   bring in all the police cars.  Nobody was

16   allowed to take a car home.  Paul Kurgan was

17   assigned overtime with the warrant squad.

18             Sergeant White had a take-home car.

19   He took the car from Sergeant White and gave it

20   to Paul Kurgan to take home and to drive anytime

21   he wants.