DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

155

1    American.  I feel that he did not treat the

2    entire department that was white the same when

3    they had a situation.  Even though they were

4    guilty of it and had committed it, that he

5    didn't treat them the same.

6         I'm from the south and I know what

7    racism is.  I have encountered it in the south.

8    And Lieutenant Atcheson made it perfectly clear

9    that he wanted me out.  He didn't say because I

10   was a problem or I did not -- I did not, I would

11   say, get along with -- I had a problem with

12   doing my work.

13        It was based upon me personally, my

14   color.  Because if I have a problem with my

15   work, you can give me help.  If I have problems

16   with my coworker, you would have meetings and

17   you would have counseling.

18        He never did that.  He never offered

19   me not one single -- he never comforted me.  In

20   my situation in North Carolina he was never

21   biased about the investigation.  He let them do

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

156

1    the investigation on themselves.

2         Q.    Unbiased about the investigation?

3         A.    Yes.  And he let them do the

4    investigation on themselves and then send that,

5    submit that to them.  He never went down there.

6    He never saw anything.  He never believed from

7    the beginning that I was innocent.

8              And he always said it and he made it

9    perfectly clear that I was a criminal and I

10   deserved to be locked up.

11        Q.    What authority would Lieutenant

12   Atcheson have --

13        A.    Lieutenant Atcheson.

14        Q.    I'm sorry -- Lieutenant Atcheson have

15   to do an investigation to do an investigation

16   relating to the events that happened in North

17   Carolina?

18        A.    He did the investigation.  He did the

19   whole investigation.

20        Q.    For North Carolina?

21        A.    Yes.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

157

1    Q.    Do you know whether or not Lieutenant

2  Atcheson submitted any kind of report to the

3  local district attorney or DA down there?

4    A.    To the where?

5    Q.    To the local prosecuting attorney in

6  the town or city that you were arrested in?

7    A.    Did he send anything down to him?

8    Q.    To the prosecutor.

9    A.    Well, what's really interesting is I

10  overheard Lieutenant Atcheson say on the phone

11  that anything they need, that he would help them

12  in their investigation down there, that he would

13  give to them.

14    Q.    Who was he talking to?

15    A.    I guess the chief down there.

16    Q.    How do you know it was the chief?

17    A.    Because he had mentioned that it was

18  the chief.

19    Q.    Mentioned that to who?

20    A.    He was talking through the phone.  He

21  was like, chief, if you need anything or

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

158

1    something like that.

2         Q.    Do you know if Lieutenant Atcheson

3    actually sent them anything?

4         A.    I don't know.  And he was going down

5    there to testify against me in North Carolina.

6    My lawyer down there told me that Lieutenant

7    Atcheson was going down there to testify against

8    me in the trial.

9         Q.    Do you know if Lieutenant Atcheson

10   ever physically went to North Carolina --

11        A.    No, he did not.

12        Q.    -- as it relate to your arrest there?

13        A.    No, he did not.

14        Q.    Just tell me some of the derogatory

15   terms if any that Lieutenant Atcheson said

16   directly to you.

17        A.    Heard him call like he said, that MF,

18   if he don't come down here I'm going to fire him

19   up.

20        Q.    Who did he say that to?

21        A.    Me.  He was on the phone.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

159

1    Q.    He was on the phone and he said to

2    you, if you don't --

3    A.    Right, yeah.  He was hanging up the

4    phone and he said, if that MF don't come down

5    here I'm going to fire him up.

6    Q.    Who did he say that to?

7    A.    I don't know, but he was talking about

8    me.

9    Q.    How do you know he was talking about

10   you?

11   A.    Because he was on the phone with me

12   and I was talking to him.  He was telling me to

13   come down there.  And I was like --

14        I was telling Lieutenant Atcheson at

15   this time -- I was saying, Lieutenant Atcheson,

16   I feel like you are harassing me.  You know I

17   have an EEO complaint against you and you're

18   still harassing me.

19        I had called him and told him that and

20   I didn't appreciate it.

21   Q.    So were you saying that before he

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

160

1   actually had the opportunity to hang up the

2   phone --

3       A.   Yes.

4       Q.   -- you overheard him say this?

5       A.   Right.  And then the guy that he was

6   talking to called me -- who was Sergeant Parker,

7   called me and said, Randy, you better come down

8   here.  He says, if you don't come down here he's

9   going to get you.  He's trying to fire you.

10      Q.   What other derogatory terms did

11  Lieutenant Atcheson say directly to you about

12  you?

13      A.   Most of the time he never said it

14  directly.  He always said it indirectly about

15  me.  I felt the pressure from just other people

16  telling me how he felt about me and what he was

17  trying to do.  Not only did he say that he was

18  trying to get me fired, he said that I don't

19  deserve to get on the police -- I don't deserve

20  to be on the police department.

21          He let everybody else know that.  And

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

161

1   made -- he said he made it clear to everybody

2   that he wanted to get me fired, and he said that

3   to me.  On numerous occasions he made it clear

4   that he wanted to get me fired.

5       Q.   Paragraph 27, the second sentence

6   said, he used -- let me read the whole paragraph

7   so I put it all in context.

8          "Atcheson conducted a racially

9   motivated and retaliatory campaign of hatred

10  against Plaintiff, that he used profanity

11  excessively in the workplace and verbally abused

12  Plaintiff Squires and used derogatory terms

13  including but not limited to, quote, mother

14  fucker, unquote.

15          Atcheson further contends to

16  Plaintiff's character by stating to other police

17  officers that Plaintiff was a scum bag -- a

18  quote, scum bag who did not deserve to be on the

19  police.  He was going to get him fired, and that

20  he was a criminal who had been locked up in

21  North Carolina, unquote.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

162

1     Other than the terms mother fucker,

2   scum bag, and criminal, what other terms or

3   words did Lieutenant Atcheson say to you?

4       A.   Or about me?

5       Q.   Well, say directly to you that were of

6   a derogatory nature.

7       A.   I have to say he would not say it like

8   directly in front of me.  But he would talk like

9   out about that if he don't do this, this MF do

10   this or he'll say, you know, and he used to

11   always call us dumb and lazy.  That was his

12   famous thing.

13       But not only that, the mope situation

14   is something that he used.  He never would stand

15   there and say it to my face, and maybe because

16   he was intimidated by my size or my presence.  I

17   don't know.

18       But he would say things away while he

19   would like talk to Paul Kurgan, and you know

20   he's talking about you.  So that's how he would

21   do that.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

163

1       Q.   And I just want to understand the

2   terms.  You said, dumb, lazy, mope, criminal,

3   MF, scum bag.  Any other word?

4       A.   Not that I recall right now.

5       Q.   Did Paul Kurgan ever tell you that

6   Lieutenant Atcheson said any of these words

7   referring to you?

8       A.   We didn't talk.  Me and Paul Kurgan

9   didn't talk.

10      Q.   The two of you did not get along?

11      A.   No.

12      Q.   What about Ruleman, did he ever tell

13   you that Lieutenant Atcheson used any of these

14   terms in referring to you?

15      A.   We -- never talked about Lieutenant

16   Atcheson.  But he also -- Paul Kurgan told me

17   and Greg Johnson that Lieutenant Atcheson -- he

18   didn't say Lieutenant Atcheson.  He said, Hitler

19   wants you all to write a statement.

20           And I was like, who?

21           He says, Hitler wants you all to write

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

164

1    a statement.

2              I said, are you referring to

3    Lieutenant Atcheson?

4              He said, yes.

5        Q.    And you said this was Ruleman?

6        A.    No, Paul Kurgan.

7        Q.    I'm sorry, Kurgan.

8        A.    Yes.

9        Q.    Do you know why Paul Kurgan referred

10   to Lieutenant Atcheson as Hitler?

11       A.    You have to ask him that.

12       Q.    Did you ask him when he said that

13   word?

14       A.    No.  I was very offended by it.

15       Q.    Why were you offended by it?

16       A.    Because of all that things that I had

17   been -- been dealing with in the south, things

18   that I have been dealing with with Lieutenant

19   Atcheson.  And I think that's a racial remark

20   and I was very offended by that.

21       Q.    Do you think it was unfair for Kurgan

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

165

1    to call Lieutenant Atcheson Hitler?

2         A.   Oh, very much so.  Yes.  No doubt

3    about it.

4              (Discussion off the record.)

5         (Squires Deposition Exhibit Number 5 was

6         marked for identification and attached to

7         the transcript.)

8    BY MR. JACKSON:

9         Q.   Officer Squires, I'll let you finish

10   what you were saying.  You said that you put it

11   down on something?

12        A.   We put it down on the 119, the PD-119

13   about Paul Kurgan addressing Lieutenant Atcheson

14   as Hitler.  I don't think anything ever happened

15   to Paul Kurgan about saying a derogatory thing

16   about Lieutenant Atcheson in front of us.

17             So that's what I'm saying.  He would

18   never penalize the white officers in our unit.

19   But if I had said a derogatory term, we wouldn't

20   be here right now.

21        Q.   Do you know if Lieutenant Atcheson

166

1    ever ordered either Sergeant White or Sergeant

2    Muslim to do an investigation of alleged

3    misconduct of Investigator Kurgan?

4        A.    On what occasion?   There were so many

5    of them.   He got so many complaints.

6        Q.    Who is he?

7        A.    Paul Kurgan.

8        Q.    The complaint that you're aware of, do

9    you know if Lieutenant Atcheson ordered an

10   investigation?

11       A.    Not that I know of.

12       Q.    Would you be surprised if he had?

13       A.    I would be surprised.   The

14   investigation doesn't mean anything.   What

15   happened from the investigation is what is the

16   key.   What happened to Paul Kurgan?   And where

17   is the investigation right now?

18       Q.    You said there's so many things that

19   Paul Kurgan did that either violated the

20   policies or general orders or the law?

21       A.    Oh, yeah.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

167

1      Q.   Tell me about some of those things.

2   Paul Kurgan and his wife --

3      A.   We found out with his wife was riding

4   down the street, pulled over a car.  She got

5   out.

6      Q.   She being?

7      A.   His wife or his partner got out.  She

8   asked the guy for his license and registration.

9          And the guy said, look, I'm late for

10   work.  Can I -- I'm just trying to hurry up and

11   go to work.

12          He noticed that she did not have a

13   badge or gun.  He was like, you can't stop me.

14   You're not a police.

15          So she called Paul over.  And Paul

16   says, I'm a police.  Give me your license and

17   registration.

18          He said, no.  You need to call your

19   supervisor.  Called the supervisor, which was

20   Lieutenant Muslim.  A lot of other officials

21   came down and all got on the phone.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

168

1          Who do you think he called?

2    Lieutenant Atcheson.

3          Lieutenant Atcheson came on the scene.

4    He went to the highest official and said, look

5    this is my guy.  Let me take care of it.

6          Nothing ever happened.

7          Q.   How do you know that?

8          A.   Because I'm in the unit.  Nothing ever

9    happened.  And if you can show me that report I

10   would be shocked.  Nothing never happened.  I

11   know that for a fact because Sergeant Muslim was

12   the person on the scene.  And Sergeant Muslim

13   never wrote a 119 in reference to that.

14          MR. JACKSON:  Let's take a 2-minute

15   break.

16      (Whereupon, a short recess was taken.)

17      (Squires Deposition Exhibit Number 6 was

18      marked for identification and attached to

19      the transcript.)

20   BY MR. JACKSON:

21          Q.   Before you concentrate on that,

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

169

1    Officer Squires, let me just say for the record

2    that you have in front of you Exhibit Number 6,

3    dated December 11 of 2003.  It's a memorandum to

4    Sergeant Louie White, environmental crimes unit,

5    from Lieutenant Atcheson, warrants

6    investigations section, Subject PD 62-E

7    documentation form.  And I'll just ask you to

8    take a look at that and give you as much time as

9    you want to read it.

10           (Discussion off the record.)

11           THE WITNESS:  Okay, all right.

12   BY MR. JACKSON:

13       Q.   And on that last page it has

14   Lieutenant Robert Atcheson's signature.  And

15   under Lieutenant Atcheson there's Louie White's

16   signature?

17       A.   Okay.

18       Q.   And the first paragraph reads -- and

19   this is from Lieutenant Atcheson to Sergeant

20   White.

21       A.   Okay.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

170

1       Q.    "On November 6, 2003 I prepared a

2    memorandum (attachment) directing you to prepare

3    a final investigation report on alleged

4    misconduct by Investigator Kurgan no later than

5    December 3, 2003.  As of this writing,

6    December 11, 2003, I have not received that

7    investigative report or a request for an

8    extension."

9            Did I read that correctly?

10      A.    Yes.

11      Q.    Do you know what the investigation was

12   concerning Investigator Kurgan?

13      A.    Oh, no.  I mean he had so many.  He

14   had so many.  I have no clue whatsoever.

15           Do you know what this is?  Because I

16   have none.

17      Q.    Have you ever had any conversation

18   with Sergeant White about this?

19      A.    What, this report?

20      Q.    About any investigations he may have

21   done as relates to Investigator Kurgan.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

171

1          A.    I think he said he would mention to

2     me -- he might have said -- this would not be

3     Sergeant White anyway.  It's not Sergeant White.

4     It would be Sergeant Muslim, because Sergeant

5     Muslim was the one that was on the scene.

6          Q.    When you say this, what do you mean?

7          A.    The scene where I was talking about

8     Paul Kurgan as far as the one with his wife or

9     his partner.  That was Sergeant Muslim and not

10    Sergeant White.  This is a whole different

11    issue.

12            And what you're talking about here is

13    something completely different.  Sergeant Muslim

14    was the sergeant on the scene and not Sergeant

15    White.  So when you talk about this

16    investigation, I have no clue what this

17    investigation is.

18          Q.    Do you know whether or not Lieutenant

19    Atcheson asked Sergeant Muslim to conduct an

20    investigation into the situation in which him

21    and his wife stopped an individual on the

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

172

1  street?

2      A.    For one, it's criminal in nature.

3  That would have to go to the U.S. Attorney's

4  office because impersonating a police officer is

5  a criminal offense.

6      Q.    Who was impersonating?

7      A.    His wife.

8      Q.    Oh, she is not a police officer.

9      A.    No, she's not.  She's a DMV employee

10  -- I mean a Department of Public Works employee.

11      Q.    I thought you said when you told me

12  this earlier, she did not have her gun or badge

13  on her.

14      A.    Right.  I said she did not have a gun

15  or badge.  He noticed that she did not have a

16  gun and badge.

17      Q.    I guess I misunderstood what you were

18  saying.

19      A.    No problem.

20      Q.    So as far as you believe, this

21  memorandum of December 11, 2003 is not related

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

173

1    to the incident you told me about?

2        A.    Sergeant Louie White was not our

3    sergeant and he cannot do an investigation on

4    something that he was not there.  He was not

5    there so he doesn't know anything about this

6    investigation.

7        Q.    Now these are two different incidents

8    we're talking about?

9        A.    Right.  And he would not be issued

10   62-E.

11       Q.    Did Sergeant White tell you about what

12   he was doing with this particular investigation?

13           MR. TEMPLE:  Hold on a second.

14   There's a reference to this particular document

15   and attachment is not on the document.

16           MR. JACKSON:  I don't even see it.  I

17   don't have an attachment to it.

18           MR. TEMPLE:  All I'm saying is that

19   you're asking about the subject of a 62-E.  It

20   references an attachment.  But the attachment's

21   not here, so we don't know what the subject of

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

174

1   this particular document it is.  I'm just noting

2   an objection on the record.

3   BY MR. JACKSON:

4        Q.   Okay.  And that wasn't my question.

5   My question was, did Sergeant White ever tell

6   you about the nature of his investigation with

7   regards to Investigator Kurgan?

8        A.   Are you referring to this?

9        Q.   Yes, sir.

10       A.   Like I don't know what this

11  investigation is about so I have no clue.

12       Q.   Did Sergeant White ever tell you about

13  any investigation that he was conducting as it

14  relates to Investigator Kurgan?

15       A.   I think he might have said, I've got

16  to do an investigation on Paul Kurgan.  He might

17  have said that.

18       Q.   When he said that did he tell you why?

19       A.   No.

20       Q.   Is it a violation of police department

21  policy and general orders for the sergeant to

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

175

1    tell you that he's conducting an investigation

2    of another police officer?

3        A.    If he tells me about the

4    investigation, yeah.  That's a violation, yes.

5    If he tells me the details of the investigation,

6    yeah, that's an evaluation.

7        Q.    So if he just says, I'm investigating

8    Officer Smith, then that's not a violation?

9        A.    No.  To my understanding, no, it's

10   not.

11       Q.    I'm showing what has been marked as

12   Exhibit number 5.  This is a memorandum dated

13   December 5, 2000, signed by Michael L. Anzallo,

14   Commander?

15       A.    Right.

16       Q.    A-N-Z-A-L-L-O.

17       A.    Okay.

18       Q.    It's through assistant chief of police

19   operational support command to assistant chief

20   of police, office of professional

21   responsibility.  Subject, Final Investigative

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

176

1    Report and Recommendation involving a Medical

2    No-Show for Detective Randy Squires.

3    CS#05-2040."

4         Did I read that correctly?

5    A.   Yes.

6    Q.   If you would just take a look at that?

7    A.   I already know about this.

8    Q.   What is this?

9    A.   One, this is not supposed to be in my

10   jacket.  This is to only stay in the jacket for

11   one year.  Using something that's 2 years old

12   and this cannot be used against me.

13        But just for the record, 750 stays in

14   your jacket for one year.  It's past that

15   deadline so I want that to be for the record.

16        In reference to this is -- this is in

17   reference to a physical that I initiated.  A

18   physical that I initiated, okay?  And because I

19   didn't have my glasses, I missed my second

20   appointment.  And that's the reason for the 750,

21   because I missed it.  I didn't get my glasses.

177

1    You know how Kaiser is.  Anybody know

2    how Kaiser is and how you have to set up for an

3    eye appointment?

4        So I wind up going through the FOP to

5    get the glasses because Kaiser took too long.

6    And that's what this is all about.

7        Q.   What's a 750?

8        A.   A 750 is basically a piece of paper

9    saying that you have been served a 750 for

10    failure to appear.  That's it.

11        Q.   How many 750's have you received

12    during the period of time that you were in the

13    ECU?

14        A.   I do not know.  But I want to tell you

15    that before Lieutenant Atcheson I had an

16    outstanding record.  I had an unblemished

17    record.  And until Lieutenant Atcheson came and

18    after he came, I almost lost my job.

19        And I will continue to almost lose my

20    job until I'm retired.  As long as he's on the

21    police department and he has friends, I will

178

1    continue to be in fear for my job.  I won't be

2    able to do my job right because I know that he

3    has friends all over this place.

4         So, yes.  I don't know how many 750s I

5    have, but I do know that as long as I'm on this

6    job, this will not be the last one.

7         Q.  How many 750's did you have prior to

8    Lieutenant Atcheson being the lieutenant at the

9    ECU?

10        A.  I think when I first came on that was

11   it.  And that's because I didn't have my hat on.

12        Q.  How many 62-E's did you have prior to

13   Lieutenant Atcheson?

14        A.  Zero.

15        MR. TEMPLE:  Let him finish his

16   question.

17        MR. JACKSON:  I'm done.

18        THE WITNESS:  I'm sorry.

19   BY MR. JACKSON:

20        Q.  Before Lieutenant Atcheson became a

21   lieutenant at the ECU, how many 62-E's did you

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

179

1    have during the time that Lieutenant Atcheson

2    was the lieutenant at the ECU?

3        A.    As far as I know 2, maybe 4.  I don't

4    know.

5        Q.    How many PD-750's did you have during

6    the time that Lieutenant Atcheson was the

7    lieutenant at the ECU?

8        A.    I don't know.  I had a few.  How many

9    did I have before?  One.

10       Q.    No.  During the time that he was

11   there.

12       A.    Yeah, but how about before?

13       Q.    You already told me you had one

14   before.

15       A.    Okay, just one.  But I want to make

16   sure that the record understands that, before,

17   my record was unblemished.  I didn't have

18   anything in my jacket until Lieutenant Atcheson

19   came.  I want to make sure the record

20   understands that.

21       Q.    You said that for the record already.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

180

1        A.    Okay.  All right.

2        Q.    My question is, during the time that

3    Lieutenant Atcheson was the lieutenant at the

4    ECU, how many 62-E's did you have?

5        A.    Maybe 2 to 4.

6        Q.    How many PD-750's did you have

7        A.    Maybe 2 to 3.

8        Q.    After Lieutenant Atcheson left the

9    ECU, how many PD 750's have you had?

10           MR. TEMPLE:  Objection.

11           THE WITNESS:  I don't think -- I don't

12    think -- I'm not sure.  I don't think any.  I

13    don't think any.

14    BY MR. JACKSON:

15        Q.    How many PD-62E's have you had since

16    Lieutenant Atcheson has left the ECU?

17        A.    None.

18        Q.    Have you ever received an adverse

19    action?

20        A.    Yes.

21           MR. TEMPLE:  During what period of

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

181

1  time?

2  BY MR. JACKSON:

3      Q.    Any period of time since you have been

4  employed with the Metropolitan Police

5  Department.

6      A.    Yes.

7      Q.    When?

8      A.    Lieutenant Atcheson -- during

9  Lieutenant Atcheson's time.  Two, I think it was

10 two.

11     Q.    What were these two for?

12     A.    The situation in North Carolina, not

13 showing up for a mediation.

14     Q.    What was the mediation you did not

15 show up for?

16     A.    Mediation for a citizen complaint.

17     Q.    Who was the citizen complaint against?

18     A.    Me.

19     Q.    What was the nature of the citizen

20 complaint?

21     A.    Basically off duty.  At third and

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

182

1    Kennedy Street there's a CVS.  I noticed that

2    there was a -- you know, Third and Kennedy it's

3    a 2-way street.

4            In front of the CVS is a loading zone.

5    And I noticed that there was a '70 coca cola

6    truck there and it was right close to the rear.

7    But beside there was a car parked in the back of

8    it.  And it was protruding out of the driveway.

9            So someone had to swing out wide and

10   then to make the right turn, while oncoming

11   traffic was moving pretty fast.  So it was bound

12   to be a bad situation.

13           So what I did was told the lady -- I

14   looked to see if there was any damage or

15   anything to the cars.  I didn't see any.

16           I said, look.  I told the driver to

17   put me down as a notifier.  And I told the lady,

18   I said, look, put me down.  My name is

19   Investigator Squires.  I'm a police officer.

20           I showed my badge and I said, all you

21   have to do is go to the Fourth District and get

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

183

1  DMV forms and that's it.

2         So she says, well, I'm not leaving

3  until the police come.

4         I said, ma'am, I am a police.  I'm

5  just off duty, so I showed her my ID again.

6         So she says, well, I'm not leaving

7  until the real police come.

8         So I said, okay.  I said, but listen,

9  people can get killed because of the turn coming

10 out the parking lot.

11        So anyway two police officers came.  I

12 left.

13        She said -- she made a complaint.  She

14 didn't like the way that I talked.  And she said

15 that I didn't want to give her my ID.  She

16 wanted to hold my ID.  I wasn't going to let her

17 hold my ID.

18        I was acquitted by the CCRB.  I was

19 acquitted.  But because I did not go into a

20 mediation -- it's a new thing they had called a

21 mediation.  I did not go into the mediation

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

184

1   because I did not have my union rep, and I told

2   them to reschedule.  And they said no.

3          So because of that they issued me

4   adverse action.

5      Q.   Was there an accident at this loading

6   dock area?

7      A.   Yeah.

8      Q.   Okay.  So you didn't say that there

9   was an accident there.

10     A.   Oh, I'm sorry.

11     Q.   I know you just said that you just

12   happened to be there.

13     A.   Right.

14     Q.   So there was an accident?

15     A.   Right.

16     Q.   Any other adverse actions?

17     A.   I cannot think of any others right

18   now.

19     Q.   And the adverse action that you just

20   told us about, were you in the ECU at that

21   particular time?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

185

1      A.   Yes.

2      Q.   Was Lieutenant Atcheson your

3  lieutenant at that time?

4      A.   I want to say yes.  I want to say yes.

5      Q.   Do you recall what, if anything, he

6  said or did as relates to this adverse action?

7      A.   I don't know.

8      Q.   I want to turn to now -- I want to

9  turn to my last area of inquiry which is

10  basically damages.  I want to know how you were

11  injured by any of that.  Before I do that, let

12  me just check because there was a follow-up

13  question that I had as relates to some of the

14  facts.

15          Let me move on.  In terms your claim

16  that you were denied overtime, have you

17  calculated exactly or approximately how much

18  money you believe you lost as a result of

19  Lieutenant Atcheson allegedly not allowing you

20  to work overtime?

21      A.   Oh, thousands and thousands of

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

186

1    dollars.

2         Q.    How many thousands?

3         A.    That's a good question.  I don't know.

4    I don't know.

5         Q.    Do you have any idea?

6         A.    Me I was -- I was trying to work as

7    much overtime as I could back then because my

8    kids were a lot younger.  I don't know.  I don't

9    know.

10        Q.    Paragraph 28 of your complaint says,

11   "Atcheson's actions towards Plaintiff Squires

12   were mean-spirited, ill-willed, and malicious.

13   Further, as a direct cause of Defendant's

14   egregious conduct and racial unfairness

15   Plaintiff Squires suffered stress,

16   embarrassment, and enormous humiliation."

17         Tell me about the stress that you

18   suffered?

19        A.    A lot of stress.  Stress to go back to

20   the job.  He told everybody.  There was a lot of

21   stress just trying to do my job.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

187

1        Q.    Have you ever been treated for

2   stress-related illnesses?

3        A.    Yeah.   I've been going to EAP.

4        Q.    Excuse me?

5        A.    EAP.

6        Q.    When was that?

7        A.    I'm still going.   I have stopped in

8   the last couple months because my job changed,

9   but I was going on a continuous basis.

10       Q.    When did you start going to EAP?

11       A.    I started in -- I think it was -- I'm

12  going to say '03 or '02.  And I stopped because

13  I had my kids with me.  AND I've just been going

14  through so much, so much with this job that I

15  had to go back.

16            SO I think I started back last year

17  sometime.

18       Q.    AND when you say THAT you had your

19  kids with you, you mean living in your home?

20       A.    Yes.

21       Q.    Are they still living with you?

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

188

1        A.    No.

2        Q.    When did they stop living with you?

3        A.    March of last year.

4        Q.    Who are they with?

5        A.    My daughter is on her own, and my son

6   went back to his mom.

7        Q.    And your daughter is at least 18 years

8   old?

9        A.    She's 19.  She'll be 20 next year.

10       Q.    How old is your son?

11       A.    My son is 18.

12       Q.    How often were you going to the EAP?

13       A.    At least once a week.

14       Q.    Who was the person you were seeing

15   over there?

16       A.    Jackie -- she'll kill me for not

17   remembering her last name.  Jackie -- it will

18   come to me.

19       Q.    Do you suffer from high blood

20   pressure?

21       A.    No, I don't.

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

189

1      Q.   Good for you.  Would you be willing to

2   sign a release form so that I can obtain records

3   from the EAP?

4      A.   I don't see why not.

5           MR. JACKSON:  I'm going to request

6   those records.

7           MR. TEMPLE:  No problem.

8           (Discussion off the record.)

9   BY MR. JACKSON:

10     Q.   Did you ever have any loss of

11  appetite?

12     A.   Loss of appetite.  I used to be

13  smaller than this.  Stress.  I used to cry a

14  lot.

15     Q.   If you were smaller it doesn't sound

16  like a loss of appetite.

17     A.   You know, people have a crutch.  For a

18  long while I didn't eat and I used to cry all

19  the time because of the situation.  Even now

20  it's still emotional, things about it.

21     Q.   Used to cry because of what was going

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

190

1    on at ECU?

2        A.    Yeah, lieutenant and accusations, not

3    being able to do my job.  And it just affected

4    me a lot of ways and I still -- I have a fear

5    right now that I can lose my job at any time

6    because of people that Lieutenant Atcheson --

7    and I have to look over my shoulder.

8            So, yeah, it definitely has affected

9    me.

10       Q.    Other than going to the EAP, have you

11   seen any other psychiatrists, psychologists,

12   social workers?

13       A.    Talk to my pastor, my assistant

14   pastor.

15       Q.    What about over at Kaiser, have you

16   seen anybody over there for stress-related

17   illnesses?

18       A.    No.  I made an appointment over there,

19   but they were just so booked up they didn't take

20   me.  I felt pretty good over at the EAP.

21       Q.    Have you suffered from inability to

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

191

1    sleep or loss of sleep?

2        A.    A lot, a lot.  Even now I don't sleep

3    well.  I may sleep 2, 3, 4 hours.

4        Q.    How many hours were you sleeping prior

5    to the problems with Lieutenant Atcheson?

6        A.    Probably 7, 6 to 7 hours.

7        Q.    Since Lieutenant Atcheson has left the

8    ECU, how many hours do you sleep?

9        A.    When I don't think about the situation

10   probably about 6 or 7.

11       Q.    How often do you think about it?

12       A.    Everyday.  I now think about it.  You

13   think about how you could have made the

14   situation different, what could you have done

15   differently.  You just think about different

16   things.

17       Q.    Tell me about embarrassment.  How have

18   you been embarrassed and who in front of?

19       A.    My peers, people that I work with,

20   people that I know.  Everybody knew about my

21   situation in North Carolina, everybody.  They

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

192

1     came to me.

2                Lieutenant Atcheson told everybody.

3     He didn't try to hide about it.  He didn't try

4     to hide it.

5          Q.    How do you know Lieutenant Atcheson

6     told everybody?

7          A.    People in the warrant squad told me.

8     And I told them, you know, this is supposed to

9     be a private investigation.

10               But he showed them my investigation.

11    He showed them my investigation.

12         Q.    They told you this?

13         A.    Yes.

14         Q.    Who in particular told you this?

15         A.    I'm not quite sure which one told me,

16    but I'm sure when you talk to them somebody will

17    tell you.

18         Q.    Aside from this situation in North

19    Carolina, what else has embarrassed you as

20    relates to Lieutenant Atcheson?

21         A.    Just the things that he said, the

DEPOSITION OF RANDY SQUIRES
Conducted on July 10, 2007

193

1   derogatory things, the racial things.  He called

2   us lazy.  He called us dumb.  And even though he

3   called us mope, I'm from the south and that's

4   what they used to call us in the south.  They

5   used to call us lazy and dumb.

6           So we knew what the nature of it was.

7   He would refer to the guys in the unit as being

8   dumb and lazy.  But I don't care how many times

9   Paul Kurgan got in trouble, not one time did he

10  ever call him dumb.  Not one time did he ever

11  call him lazy.

12          When Paul was in trouble he always

13  came.  When we was in trouble, he never showed

14  up.  He never offered us any help for any

15  problem that I ever had.  Not one single time

16  has he ever offered me help.

17          But every time Paul Kurgan got in

18  trouble he was always there.

19      Q.   Sometimes when I prepare the witness

20  for a deposition I always tell them, just answer

21  the question directly.  The more you say the