# EXHIBIT A



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

MAR 30

Mr. Robert E. Deso
Deso, Buckley & Stein, P.C.
100 Forty-Second Street, NE
Washington, DC 20019

Dear Mr. Deso:

This will acknowledge receipt of your final appeal, received on March 9, 2006, of an adverse action, wherein you request that I set aside Lt. Robert Atcheson's discharge in case, CS 03-1566, DDRO 417-04, AA 06-25, based upon the charges "Conduct Unbecoming," "Untruthful Statements" and "Failure to Obey."

After a thorough review of the record, the investigative report developed in this matter, the Final Notice, the Adverse Action Panel's decision and upon consideration of your request, I am denying your appeal. I have determined that Lt. Atcheson's unprofessional conduct towards, and treatment of, his subordinates is in violation of General Order 1202.1, Part I-B-12, "Conduct Unbecoming." Accordingly, I am sustaining Charge No. 1, Specifications 1 and 2. Charges Nos. 2 and 3, including the Specifications thereto, will be dismissed and the termination rescinded. For your misconduct, you will serve a thirty (30) workday suspension. Additionally, you will not remain in your current position within Operational Support Command.

This constitutes final Agency action in this matter.

Sincerely,

Charles H. Ramsey
Chief of Police

cc:   Assistant Chief Willie Dandridge, ROC - East
      Assistant Chief Shannon P. Cockett, Human Services
      Commander Robin Hoey, Sixth District
      File: CS 03-1566, DDRO 417-04, AA 06-25,