IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al. )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>   Defendants. )<br>)<br>_____ ) | CASE NO. 1:05-cv-01120 (JR) |

## PLAINTIFFS' MOTION FOR CLARIFICATION

COMES NOW Plaintiffs, by and through the undersigned counsel, and respectfully move this Court for clarification of its Order entered on December 28, 2007, granting District of Columbia's motion for partial summary judgment and granting Robert Atcheson's motion for partial summary judgment. In support of this Motion, Plaintiffs incorporate the Memorandum of Points and Authorities attached hereto.

                   Respectfully submitted,

                   /s/ Donald M. Temple /s/
                   Donald M. Temple #408749
                   1229 15th Street, NW
                   Washington, DC 20005
                   Tel: (202) 628-1101
                   Fax: (202) 628-1149

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-01120 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION**

This matter first came before the Court on the partial summary judgment motion of Defendant District of Columbia (the "District"), whereby the District sought summary judgment on Plaintiffs' claims under Sections 1981 and 1983, as alleged in Counts IV-VII of Plaintiffs' Second Amended Complaint. Following the District's motion, Defendant Robert Atcheson ("Atcheson") filed a motion for partial summary judgment, seeking dismissal of Count VI on the grounds that Plaintiffs "failed to state a claim against Defendant Atcheson pursuant to 41 U.S.C. §1983" and summary judgment on the grounds that "Atcheson is entitled to qualified immunity." On December 28, 2007, the Court entered an Order, simply "granting District of Columbia's motion for partial summary judgment and "granting Robert Atcheson's motion for partial summary judgment."

No memorandum clarifying or explaining the Court's decision was attached to its December 28 Order. Therefore, as the Court's Order stands, it is unclear as to exactly what portion of Defendants' different motions were granted, what particular rulings the Court's Order effectuated and the legal basis thereto. Without this information, Plaintiffs are unfairly

2

prejudiced and effectively precluded from seeking otherwise legitimate and available relief in the form of a motion for reconsideration or amendment and further to adequately prepare for the pretrial in this case. It appears that Squires' Title VII claims remain and all Plaintiffs' Section 1981 claims remain against Atcheson. Clarification in this instance is required so that the remaining claims in this matter may properly move forward.

  WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter a Memorandum Order explaining and otherwise clarifying its basis for granting the District's motion for partial summary judgment and Atcheson's motion for partial summary judgment.

            Respectfully submitted,

            /s/ Donald M. Temple /s/
            Donald M. Temple #408749
            1229 15th Street, NW
            Washington, DC 20005
            Tel: (202) 628-1101
            Fax: (202) 628-1149

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY SQUIRES, et al.              ) | |
|                                                        ) | |
|                  Plaintiffs,            ) | |
|                                                        ) | |
| v.                                              ) | CASE NO. 1:05-cv-01120 (JR) |
|                                                        ) | |
| DISTRICT OF COLUMBIA, et al.  ) | |
|                                                        ) | |
|                  Defendants.          ) | |
|                                                        ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Clarification, it is hereby ORDERED on this

_____ day of_____, 2008, that the same is GRANTED.

_____

Judge James Robertson

cc:
David A. Jackson davida.jackson@dc.gov, nicole.lynch@dc.gov
Donald M. Temple dtemplelaw@aol.com
Wendel Vincent Hall wendel.hall@dc.gov, kimberly.matthews@dc.gov
Michelle Hamilton Davy michelle.davy@dc.gov