IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-01120 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Plaintiffs Robert Bush, Wai Tat Chung, Joseph Gatling, Gregory Johnson, Shakir Muslim and Louie White hereby appeal to the United States Court of Appeals for the District of Columbia from an Order dated December 28, 2007, which granted Defendant's Robert Acheson's Motion for Partial Summary Judgment 2007 and an order dated May 31, 2006 .  Said orders resulted in the dismissal of all of Plaintiffs' claims pursuant to 42 U.S.C. Sections1981 and 1983 against Defendant Acheson.

                        Respectfully submitted,

                        _____
                        Donald M. Temple, Esq.
                        1229 15th Street, N.W.
                        Washington, DC. 2008
                        202-628-1101
                        202-628-1149 fax
                        Templepc@aol.com

                        Attorney for Plaintiff