**Government** ___
**Plaintiff** ___
**Defendant** **XX**
**Joint** ___

**District of Columbia**
___

**RANDY SQUIRES**

vs.

**DISTRICT OF COLUMBIA**

Civil No. **05-cv-1120(JR)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| EXHIBIT 1 | Plaintiff's Performance Rating, dated 9/03 to 10/4 | | | | |
| EXHIBIT 2 | Memorandum from Sergeant Louie White, dated April 4, 2004. Objection: Plaintiff objects to this document on grounds of hearsay and pursuant to Rule 403. | | | | |
| EXHIBIT 3 | Plaintiff's Answer to the District Interrogatories Objection: Plaintiff objects to this document on grounds of hearsay and pursuant to Rule 403. | | | | |
| EXHIBIT 4 | Memorandum from Commander Michael L. Anzallo, dated December 5, 2005 Objection: Plaintiff objects to this document on grounds of hearsay, relevance and prejudice. | | | | |
| EXHIBIT 5 | Memorandum from Sergeant Louie White, dated December 5, 2005 Objection: Plaintiff objects to this document on grounds of hearsay, relevance and prejudice. | | | | |
| EXHIBIT 6 | Settlement Agreement signed by Plaintiff, dated June 19, 2002 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Objection: Plaintiff objects to this document on grounds of hearsay, relevance and prejudice. | | | | | | | | | |
| EXHIBIT 8 | Right to Sue Letter, dated March 8, 2005 Objection: Plaintiff objects to this document on grounds of hearsay, relevance and prejudice. | | | | | | | | | |
| EXHIBIT 9 | Letter from Jacqueline Johnson, dated October 28, 2004 Objection: Plaintiff objects to this document on grounds of hearsay, relevance and prejudice. | | | | | | | | | |