IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-01120 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

COMES NOW Plaintiff, by and through the undersigned counsel, and hereby files Plaintiff's proposed questions for Voir Dire.

1. Did any of you know one another before assembling for this jury panel? If so, in what way?

2. Have you ever served previously as a member of a trial jury? If so, when and in which court? Was it on a civil or criminal case? Were you allowed to reach a verdict? What was the outcome of the trial? Have you ever served as a foreperson on a jury? Was there anything about your experience on a jury that would make it difficult for you to sit on this jury?

3. Have either you or your spouse ever applied to any law enforcement agency for a job?

4. Are any of you members of law enforcement or related to law enforcement officers?

5. Have you, your spouse, any relative or close friend ever been represented by or in any way connected with the Office of the Attorney General?

6. Has anybody on the panel ever been involved in a lawsuit involving defense counsel, David Jackson, or the Office of the Attorney General or any government prosecutor's office?

7. Do you know MPD Officer Randy Squires, the plaintiff in this case? If so, in what way?

8. Does the fact that the plaintiff in this case is a black man, by itself, have any significance to any of the jurors?

9. This is a case in which the plaintiff claims that the Metropolitan Police Department discriminated against him on the basis of race in connection with his employment as a MPD police officer. Title VII of the Civil Rights Act of 1964 prohibits employment discrimination based on race, color, religion, sex, or national origin. Have you heard of similar cases before? Have you formed an opinion about such cases? If so, what is that opinion?

10. Have any of you heard anything about this case before today? If so, how did you hear about it? Did you form any opinion about this case? Do you believe that your ability to serve impartially as a juror in this case has been affected by what you have heard or read about this case?

11. Have you had any experiences with police officers or other law enforcement agents that might interfere with your ability to serve as an impartial juror in this case?

12. Do you regularly work or socialize with persons of a different race?

13. Have you, a close friend or relative, ever been charged with discriminatory conduct in any court or government agency? If so, when, where, what was the charge, and what was the outcome?

14. Are you, or have you recently been, an employee of any person or company or agency that has been charged with discriminatory conduct in any court or government agency? Would anything about that experience affect your ability to be a fair and impartial juror in a case involving claims of racial discrimination?

15. Have you, a close friend or relative, ever had a bad experience of any sort with a person of another race that may affect your ability to be a fair and impartial juror in this case?

16. Do you think it is fair that black people or other minorities can sue their employers and get money for being discriminated against?

17. Do you think black people or other minorities take advantage of civil rights laws by using the race card to sue and get money damages?

18. If the jury determined that the District of Columbia discriminated against Officer Squires, do you have any personal belief or opinion that would stop or hinder you from awarding damages in this case?

19. One of the things Officer Squires is asking for is money damages for pain and suffering, for the psychological and emotional anguish he suffered. Are any of you opposed to awarding money for pain and suffering such as psychological and emotional anguish? Would you be opposed to awarding Officer Squires a significant amount of money for his pain and suffering?

20. Do you think that the government has gone too far in protecting the rights of blacks and other minorities?

21. Do you believe that blacks and other minorities complain too much about discrimination?

22. Are you opposed to laws requiring affirmative action on behalf of minorities? Do you believe that less qualified minorities get jobs or promotions only because of affirmative action?

23. Do you think that discrimination on the basis of race, in regard to employment, goes on here in Washington, D.C. or anywhere in the United States?

24. Do you think that some people use the claim of racial discrimination as an excuse for their own shortcomings?

25. What social, civic, fraternal, or political organizations are you a member of? Have you, or a close friend or relative, ever belonged to a social, civic, political, or fraternal organization or club that restricts membership on the basis of race?

Respectfully submitted,

/s/ Donald M. Temple /s/
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005