UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES,<br><br>      Plaintiff,<br><br>  VS.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | Civil Action No1:05cv1120 (JR) |

DISTRICT OF COLUMBIA'S PROPOSED VOIR DIRE

1. Are you acquainted with any of the attorneys or the parties involved in this case?

2. Do any of you know any of the witnesses in this case? [Read names of witnesses].

3. Have you been a party to a civil suit? If yes, would that experience effect your ability to render a fair decision in this case?

4. Have you ever appeared as a witness in a lawsuit? If yes, would that experience influence or effect in any way your ability to render a fair, impartial, and unbiased verdict in this case?

5. Do any of you feel that the District of Columbia, as a government entity, or the Metropolitan Police Department, or its employees should be treated differently from private individuals or private entities such as corporations who are sued?

6. Have you or any member of your family, close relatives or friends ever filed a claim or lawsuit against the District of Columbia or the District of Columbia of Columbia metropolitan police Department or any employee of the Police Department? If yes, would that effect, in any way, your ability to render a fair, impartial, and unbiased verdict in this case?

7. Have you or any member of your family or close relatives or friends ever filed a discrimination claim or lawsuit against your employer or one of its employees?  If yes, would that effect, in any way, your ability to render a fair, impartial, and unbiased verdict in this case?

8. Have you or any member of your family, close relatives or friends ever been accused of discrimination?  If yes, would that effect, in any way, your ability to render a fair, impartial, and unbiased verdict in this case?

9. Do you promise that if selected to sit as a juror in this case, you will set aside any natural sympathy you might feel toward any party to this lawsuit and decide this case solely on the evidence presented to you an the Court's instructions on the law?

10. If instructed that you must not be guided by sympathy, passion, or prejudice in returning your verdict, and that you must not guess or speculate, but must decide the case solely upon the evidence as it has been presented to you, would you be able to follow those instructions?

11. Do you know of any reasons at all why you would not be able to render a fair, impartial, and unbiased verdict in this case, based upon the evidence presented and the instructions of the Court?

12. Do you have a hearing problem or other condition, which may prevent you from hearing the evidence offered in this case?

13. If an award of damages is appropriate in this case, do you feel that you might make a different award of damages against a government defendant than against some other type of defendant or hold a government defendant to a different standard of behavior than an individual or private entity?

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov