# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

Randy Squires,                                           )
          Plaintiff,                                )
    vs.                                                 )
                         )
District of  Columbia,                                   )
          Defendant.                              )   Civil Action No.: 1:05-cv-01120 (JR)
                         )   Judge James Robertson
                         )
                         )
                         )
                         )
_____   )

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

       Plaintiff proposes the following jury instructions taken from Sand's Modern Federal Jury

Instructions, through 1997:

71-1    Juror Attentiveness

71-2    Role of the Court

71-3    Role of the Jury

71-4    Juror Oath

71-6    Conduct of Counsel

71-9    Matters not to be considered: Race, Religion, National Origin, Sex or Age

74-1    What Is and What Is Not Evidence

74-2    Direct and Circumstantial Evidence

75-1    Inferences Defined

75-2    Effect of Inference on Burden of Proof

75-02   Presumption and Rebuttable Presumption Defined

76-1    Witness Credibility

76-2   Bias

76-3   Interest in Outcome

76-4   Discrepancies in Testimony

76-5   Impeachment by Prior Consistent Statement

77-3   Compensatory Damages

87-1   The Statute

87-2   Purpose of Statute

87-6   Defining Racial Discrimination

87-7   Black Plaintiffs

87-11  General Instruction

87-12  Direct Evidence of Intent

87-13  Indirect Evidence of Intent

87-16  Direct Evidence-Plaintiff's Burden

87-17  Direct Evidence-Defendant's Burden

87-31  General Instruction

87-32  Nominal Damages

87-33  Compensatory Damages

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## <u>PROPOSED JURY INSTRUCTION NO. 1</u>
### (STATE AGENCY DEFENDANT)

The fact that a state agency is involved as a party must not affect your decision in any way.  A state agency and all other persons stand equal before the law and must be dealt with as equals in a court of justice.  When a state agency is involved, of course, it may act only through people as its employees; and, in general, a state agency is responsible under the law for any acts and statements of its employees that are made within the scope of their duties as employees of that state agency.

Authority:    11th Circuit Pattern Jury Instructions (Civil Cases), Basic Instructions, 2.3 (2005).

Granted        _____

Denied        _____

Modified        _____


Respectfully submitted,


<u>/s/ Donald M. Temple /s/</u>
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005

3

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com