IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:05-cv-01120 (JR) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY REGARDING THE DESTRUCTION OF PROPERTY OFFENSE REPORT AGAINST OFFICER RANDY SQUIRES OF THE ENVIRONMENTAL CRIMES UNIT**
<u>**IS #06-003022**</u>

COMES NOW Plaintiff Randy Squires, by and through the undersigned counsel, and hereby moves this Court, *in limine*, for an order, pursuant to Federal Rules of Evidence 402 and 403, excluding evidence and testimony regarding the destruction of property offense report against Officer Randy Squires of the Environmental Crimes Unit IS #06-00302.

Further support for Plaintiff's motion is contained in the accompanying memorandum of points and authorities.

Respectfully submitted,

/s/ Donald M. Temple /s/
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005
Tel: (202) 628-1101
Fax: (202) 628-1149

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY SQUIRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-01120 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY REGARDING THE DESTRUCTION OF PROPERTY OFFENSE REPORT AGAINST OFFICER RANDY SQUIRES OF THE ENVIRONMENTAL CRIMES UNIT
IS #06-003022**

On June 20, 2006, Ms. Anita Chavis made a criminal complaint against Investigator Randy Squires, alleging that Investigator Squires scratched her vehicle with a key causing a three (3) inch scratch on the left rear quarter panel. (Attachment 1.) Ms. Chavis' complaint was unsubstantiated and therefore no adverse action was sustained against Investigator Squires. More importantly, Ms. Chavis' complaint predated Plaintiff's instant charge of discrimination and otherwise has absolutely no bearing on Plaintiff's subject claims of racial discrimination and the District's defenses thereto. The District can present no witness or any other evidence to the contrary.

Considering that Ms. Chavis' complaint was speculative and was not sustained, it is indisputably nothing more than an unfounded allegation, predating the matter at hand, has no probative value and is simply irrelevant. Therefore, it should be excluded pursuant to Fed. R. Evid. 402. Even the defendant would be hard-pressed to offer any reason for introducing such

evidence, except to subject Plaintiff to undue prejudice. It is this type of unfair prejudice that warrants exclusion pursuant to Fed. R. Evid. 403.

WHEREFORE, Plaintiff Randy Squires respectfully urges this Honorable Court to grant Plaintiff's instant motion in limine to exclude any and all evidence and testimony regarding the destruction of property report against Officer Randy Squires of the Environmental Crimes Unit IS #06-003022.

Respectfully submitted,

/s/ Donald M. Temple /s/
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005
Tel: (202) 628-1101
Fax: (202) 628-1149

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05-cv-01120 (JR) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

### **ORDER**

THIS MATTER having come before this Court on Plaintiff's Motion in Limine and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and, it is further

ORDERED that any and all evidence and testimony regarding the regarding the destruction of property report against Officer Randy Squires of the Environmental Crimes Unit IS #06-003022.

SO ORDERED this _____ day of February 2008.

                                                                     _____
                                                                     JUDGE OF THE DISTRICT COURT

ATTEST

_____
Clerk of the Court

Distribution List:
Donald M. Temple
David A. Jackson