# ATTACHMENT # 1

METROPOLITAN POLICE DEPARTMENT

Operational Support Command
Superintendent of Detectives Division

June 22, 2006

MEMORANDUM:

TO: Assistant Chief of Police
Operational Support Command

THRU: Commander
Superintendent of Detectives Division

SUBJECT: Preliminary Report Regarding the Destruction of Property Offense Report Against Officer Randy Squires of the Environment Crimes Unit IS#06-003022

On June 20, 2006, at 2030 hours, Ms. Anita Chavis made a criminal complaint against Officer Randy Squires of the Environmental Crimes Unit (ECU). The complaint alleges that Officer Squires damaged the personally owned vehicle of Ms. Chavis (Attachment No. 1).

Ms. Chavis is employed by the Department of Public Works and works in the same office as Officer Squires. Ms. Chavis is alleging that Officer Squires scratched her vehicle with a key causing a three (3) inch scratch on the left rear quarter panel. The offense report was prepared by Sergeant Paul Skelton and approved by Captain Grogan, both of the Sixth District.

Notifications were made to Night Supervisor Inspector L. Overton, Superintendent of Detectives Watch Commander Lieutenant R. Tate, and Office of Professional Responsibility on-call Agent R. Murphy.

Officer Squires is currently in a non-contact status from a previous complaint. Officer Squires will be not working in the same office or building as the complainant pending the outcome of this complaint.

On June 22, 2006, at 1620 hours, IS# 06-003022 was obtained from Agent Warren of OPR.

Michael E. Reese
Captain