# ATTACHMENT # 1

METROPOLITAN POLICE DEPARTMENT
Special Services Command
Office of the Superintendent of Detectives
Environmental Crimes Unit

June 9, 2003

## MEMORANDUM

TO:   Assistant Chief of Police
      Special Services Command

THRU: Commander   *[signed] 6/13/03*
      Superintendent of Detectives

THRU: Captain   *[signed]*
      Special Investigations Branch

THRU: Lieutenant   *[signed] Robert Atcheson 6-9-03*
      Environmental Crimes Unit

ATTN: Director
      Disciplinary Review Division

SUBJECT: Adverse Action Investigative Report with Recommendations Involving Investigator Randy Squires of the Environmental Crimes Unit (CS-03-0053, OSD-02-0346)

## INVESTIGATION

On December 3, 2002, the Commander of the Environmental Crimes Unit, Lieutenant Robert Atcheson, requested a written statement from Investigator Randy Squires of the Environmental Crimes Unit regarding his lack of productivity for the month of November, 2002.

In his P.D. 119 written statement (Attachment 1) Investigator Squires stated that he was working on three (3) cases that were under investigation.

On January 15, 2003, at approximately 0800 hours, upon my return to duty after being off for approximately one month on committed leave, I was directed by Lieutenant Atcheson to report to his office with Investigator Squires at 1000 hours. Lieutenant Atcheson directed me to have Investigator Squires gather all of his investigative files, reports, notes and any other documentation related to his investigations for the months of October, November and December, 2002, and report to his office at 1000 hours. I relayed Lieutenant Atcheson's directive to Investigator Squires at approximately 0800 hours.

-2-

At 1000 hours, Investigator Squires and I responded to Lieutenant Atcheson's office. Investigator Squires was also accompanied by his union representative, Officer Elycia Branson.

Lieutenant Atcheson informed Investigator Squires that he had directed him to his office to conduct a file review on the cases that he had been working on during the months of October, November and December, 2002. He further informed Investigator Squires that he was specifically interested in looking at the three cases that Investigator Squires had mentioned in his written statement on December 3, 2002.

At that time, Investigator Squires submitted the three case jackets in question to Lieutenant Atcheson, claiming that they were the cases mentioned in his written statement as being under investigation. After Lieutenant Atcheson opened all three folders, he discovered the contents of each folder to contain only a few assorted photographs of illegal dumping and assorted material (Attachments 4). Lieutenant Atcheson handed all three folders to me for verification and review. There were absolutely no investigative reports, PD forms, documentation or any other material related to any investigation in them. They were simply three empty file folders with a few assorted photographs in each of them, dated the 19th and 20th of September, 2002. After I realized that there was no information in any of the folders related to even one ongoing investigation, I asked Investigator Squires if there was any additional information or documentation to support any past or current investigation for the time period in question. He responded by saying "I'm still working on them" but failed to provide any additional information to support his claim.

A pre write-up conference was conducted on January 15, 2003, at 1200 hours, with Lieutenant Robert Atcheson and Captain Victor Brito regarding this investigation. A case system number 03-0053 was then obtained from Ms. Cooper of the Office of Professional Responsibility.

On April 2, 2003, an additional statement (Attachment 5) was taken from Investigator Squires to further assist in clarifying this investigation.

When I asked Investigator Squires why the three file folders he submitted contained no investigative files, reports, or any other documentation to reflect any investigative efforts in any of the cases he had made reference to, he responded by saying, "At that time I did not know what the Lt. wanted in the case jackets." I then reminded Investigator Squires that all of the pictures he had earlier submitted as being part of an ongoing investigation were almost four (4) months old when he first submitted them. After I asked him why he did not have any documentation to support his claim of having three ongoing investigations to support his illegal dumping pictures that were placed in the file folders, he said, "Again, I did not realize what the Lieutenant wanted in the jackets."

-3-

In further attempts to clarify this issue, another question and answer session was conducted on May 9, 2003 (Attachment 7). During that session, Investigator Squires was finally able to produce a small amount of documentation and some notes that reflected at least some activity related to the pictures in the investigative jackets. Documentation from Phase Separation Science, Inc. (Attachments 8) and A & A Environmental Services (Attachment 9) was produced to show that efforts were made in identifying the chemicals possibly related to the picture of illegal dumping on Kenilworth Avenue (Attachment 4). Copies of three Notice of Infractions (Attachments 10) were also produced to show that efforts were made to help resolve the illegal dumping. Investigator Squires also produced a small amount of notes (Attachments 11 and 12) that reflect at least some activity related to the pictures of illegal dumping in the 2200 block of M Street, N.E. and 26th and Evarts Street, N.E.

In an effort to clarify why Investigator Squires failed to produce two (2) witness statements that he had earlier listed on his November PD 50 (Attachment 2), he relayed that he had made an error in copying it down when he transposed it from his handwritten copy to the one he typed. At that time, Investigator Squires provided me with the original copy of the November PD 50 (Attachment 6).

## CONCLUSION

Based on the evidence that was ultimately presented in this investigation by Investigator Squires, the undersigned has no doubt as to what occurred.

Upon my return to duty, Investigator Squires and I responded to Lieutenant Atcheson's office with all of Investigator Squires' investigations for a file review. At that point, Lieutenant Atcheson and I discovered that Investigator Squires was unable to produce any investigative files, reports, notes or any other documentation or evidence to support several pictures of illegal dumping at three different locations, which he claimed were under investigation.

However, in a lengthy effort to resolve the issue of what originally appeared to be an effort to inflate the number of investigations that Investigator Squires had alleged to have been working on, I finally concluded that he had done some investigative work on them and that he did not make a false statement to that effect.

## RECOMMENDATION

Based on the evidence and information presented in this investigation, I recommend that no action be taken against Investigator Squires.

Louie White
Sergeant
Environmental Crimes Unit

Attachments

1. P.D. 119, Investigator Randy Squires
2. P.D. 50, Investigator Randy Squires
3. Biographical Data Sheet
4. Assorted photographs, dated September 19th and 20th, 2002
5. P.D. 119, Supplemental Statement, Investigator Squires
6. P.D. 50, Investigator Squires (original)
7. P.D. 119, Supplemental Statement, Investigator Squires
8. Phase Separation Science Inc. Statement
9. A & A Environmental Services Statement
10. Notice of Violations (3)
11. Notes Related to M Street, N.E.
12. Notes Related to Evarts Street, N.E.

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | P.D. 119-REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO. |
| 2. NATURE OF INVESTIGATION Productivity for the month November | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle) Squires Randy | 5. DOB Adult  6. SEX Male |
| 7. HOME ADDRESS 3220 Pennsylvania Ave SE | 8. HOME PHONE 437-0945 |
| 9. EMPLOYMENT (Occupation and Location) Metropolitan Police Department | 10. BUSINESS PHONE 645-7337 |
| 11. LOCATION STATEMENT TAKEN | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature). Some | 13. DATE/TIME STARTED 12-3-02 |

14. STATEMENT

On 12-3-02 I the undersigned was informed by Investigator Paul Kungan that Hitler wanted a PD119 from Investigator Johnson and the undersigned. The undersigned did not understand who investigator Kungan was addressing. He stated Lt. Atcheson he feel that we where not productive.

I the undersigned have three cases that are under investigation. I have several good leads it is my believe that I will be able to close two of the cases in the month of December. I have also issued several notices of infraction on trash trucks, regarding vehicle safe. Further more sgt. white our supervisor gave me an above average performance rating.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

_Signature of Person Giving Statement_

| 16. DATE/TIME ENDED |
| 17. Page ___ of ___ Pages |

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

D. 50 Rev. 10/86

**METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.
District Investigative Section

**DETECTIVES' AND INVESTIGATORS' MONTHLY ACTIVITY REPORT**

Name: RANDY SQUIRES
Rank: INVESTIGATOR
Month and Year: NOVEMBER 2002

## ACTIVITY INFORMATION

1. Investigative/Administrative Activities:

   a. Lineups Attended (court) — 0
   b. Office Information Reports — 0
   c. Hospital assignments — 0
   d. (Prisoner) Interview Reports — 0
   e. Prosecution Reports — 0
   f. Property Returns Prepared — 0
      Value of Property Received $ _____ in _____ cases.
   g. Witness Statements Taken — 2
   h. Defendant Statements Taken — 0
   i. Arrest Warrant Affidavits (Total Presented) — 0
      Total Approved _____
      Total Denied _____
   j. Search Warrant Affidavits (Total Presented) — 0
      Total Approved _____
      Total Denied _____

2. Court Activities:
   Off Duty Court Appearances — Number 2  Hours ___
   On Duty Court Appearances — Number 2  Hours 16

3. Time and Attendance Activities:
   a. Total Possible Working Hours This Month Based on Your Schedule — 160
   b. Annual Leave Hours Used — 0
   c. Sick Leave Hours Used — 32
   d. Compensatory Time Hours Used — 0
   e. On-Duty Court Hours — 16
   f. On-Duty Detail Hours — 40
      (Revolver Training, Plants, Lectures, etc. Explain in Remarks Section)
   g. Total Unavailable Hours — 88
      (Add Lines b,c,d,e and f.)
   h. Total Available Hours — 72
      (Subtract Line g from Line a.)
   i. Compensatory Time Earned This Month — 0
      (Exclusive of Court)

### MISCELLANEOUS ACTIVITIES/REMARKS

4. List any job-related information not included in lines 1 through 3, such as midnight tours, out-of-town trips, etc.:

Two Investigation pending

ATTACHMENT # _____

5. Signature of Preparer: *[signed]*  Date: 12-3-02
6. Signature of Reviewer: _____  Date: _____

## BIOGRAPHICAL DATA SHEET

| | |
|---|---|
| Officer: | Randy Squires |
| Sex/Race: | Male/Black |
| SSN: | 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 |
| Date of Appointment: | November 11, 1989 |
| Grade/Step: | 1/8 |
| Salary: | $56,607.00 |
| Commendations: | None |
| Adverse Actions: | Sustained Adverse Action, 2002 |
| | Sustained Adverse Action, 2002 |

ATTACHMENT # 3

Rear: 1419 Kenilworth Ave., N.E.
September 19, 2002
10:30 AM

Illegal Dumping/ motor oil, gasoline, transmission fluid etc on the ground



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # F

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



ATTACHMENT # 4