Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



1235 4th Street, NW

Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



Front 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



Front: 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



Front 2200 Blk. M. Street, N.E.
September 20, 2002
09:30 hrs

Illegal Dumping



26th St. NE & Evarts St.NE
right side
square 4347
09/20/02



26th St. NE & Evarts St.NE
right side
square 4347
09/20/02



91-24-02          3:55 p.m.

**TICKET WRITER'S NOTES:**

3 23,33 - 3

Inspecting the area I observed business
trash scattered and dumped on the side
of head in the rear and run in
public space. Liquid in 5gal containers
poured into storm drain & two





I PERSONALLY OBSERVED THE EXISTENCE OF THE CIVIL VIOLATION DESCRIBED ABOVE.

| TICKET ISSUER SIGNATURE: _____ | TICKET ISSUER I.D. NUMBER: _____ |

THIRD PARTY OBSERVER: _____

PHONE NUMBER: _____

ADDRESS: _____



ATTACHMENT # 4



METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

### COMPLAINANT / SUSPECT STATEMENT

P.D.-119 Rev. 7/74

| | |
|---|---|
| NATURE OF INVESTIGATION | 1. COMPLAINT NO. |
| | 3. UNIT FILE NO. |
| STATEMENT OF: (Last, First, Middle) | 5. DOB  | 6. SEX |
| HOME ADDRESS | 8. HOME PHONE |
| EMPLOYMENT (Occupation and Location) | 10. BUSINESS PHONE |
| LOCATION STATEMENT TAKEN | |
| NAME OF OFFICER TAKING STATEMENT (if other than block 18 include signature) | 13. DATE /TIME STARTED |

STATEMENT

Q:  Is there anything that you would like to add at this time to help clarify this administrative investigation?

A:  I did not initially realize what the Lt. wanted in each investagative case file, however since this was brought to my attention I have been working hard to ensure that I am keeping properly documented case jackets.  I have since begun to improve my daily performance as it has to do with documented cases.

5.    I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT  AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.  I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES.  D.C. CODE SECTION 22-2514)

SIGNATURE OF PERSON GIVING STATEMENT

| | |
|---|---|
| 16. DATE / TIME ENDED |
| 04/02/03  0420 Hrs. |
| 17. |
| PAGE ____ OF ____ PAGES |

8. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

18. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

#345

(Name and Signature)

METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.

P.D. 119 Rev. 7/74

## COMPLAINANT / SUSPECT STATEMENT

| | |
|---|---|
| **1. COMPLAINT NO.** | CS#03-0053 |

**NATURE OF INVESTIGATION**

Administrative Investigaion

**3. UNIT FILE NO.**

| | |
|---|---|
| **STATEMENT OF: (Last, First, Middle)** Squires, Randy | **5. DOB** | **6. SEX** Male |

| | |
|---|---|
| **HOME ADDRESS** N/A | **8. HOME PHONE** N/A |

| | |
|---|---|
| **EMPLOYMENT (Occupation and Location)** MPD | **10. BUSINESS PHONE** 645-7196 |

**1. LOCATION STATEMENT TAKEN**

Environmental Crimes Unit Office

| | |
|---|---|
| **2. NAME OF OFFICER TAKING STATEMENT** *(if other than block 18 include signature)* Sergeant Louie White | **13. DATE /TIME STARTED** 04/02/03  0400 Hrs. |

**4. STATEMENT**

On December 3, 2002, you provided a written statement (PD 119) to reflect your activities for the month of November, 2002. In your statement, you relayed that you were working on three (3) cases that you had under investigation. However, on January 15, 2003, at approximately 1000 hours, while you and I were both in Lieutenant Atcheson's office, you were unable to provide any reports, investigative files or any other documentation to support that you had been working on any investigation.  In fact the only material that was in the three file folders you presented to us that day were a few pictures of illegally dumped trash and assorted material (Attachements 4).

Q:  On January 15, 2003, when you presented the three file folders which contained only a few assorted pictures of illegal dumping and assorted material, why did they not contain any PD forms, investigative reports or any other documentaion to reflect your investigative efforts in any of the cases?

A:  At that time I did not know what the Lt. wanted in the case jackets.

Q:  After further investigation into the matter, I noticed that all of the pictrures you submitted (Attachements #4) with dates on them were almost four (4) months old.  Why did you not have any documentaion to support your claim of having three ongoing investigation if you were interested in pursuing the illegal dumpings in the pictures you submitted?

A:  Again I did not realize what the Lt. wanted in the jackets.

Q:  In your PD 50 for the month of November, 2002 (Attachment #2), you relayed that you had taken two (2) witness statements during the month.  Did you take two (2) witness statements during the month?

A:  No I made an error in copying from the handwritten to the typed one

Q:  Can you provide me with a copy of of the handwritten PD 50 ?

A:  Yes

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME.  I FULLY UNDERSTAND IT  AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.  ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES.  D.C. CODE SECTION 22-2514)

SIGNATURE OF PERSON GIVING STATEMENT

| | |
|---|---|
| **16. DATE / TIME ENDED** | /s/ |
| **17.** | PAGE _____ OF _____ PAGES |

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:**

(Name and Signature)

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**

#345

(Name and Signature)

0-Rev. 40/86

# METROPOLITAN POLICE DEPARTMENT
Washington, D. C.

### District Investigative Section

## DETECTIVES' AND INVESTIGATORS' MONTHLY
## ACTIVITY REPORT

**Member's Name** Randy Squires

**Rank** Investigator

**Month and Year** November

## ACTIVITY INFORMATION

stigative/Administrative Activities:

a. Lineups Attended (court)   0

b. Office Information Reports   0

c. Hospital assignments   0

d. (Prisoner) Interview Reports   0

e. Prosecution Reports   0

f. Property Returns Prepared   0
   Value of Property
   Received   $ _____ in _____ cases.

g. Witness Statements Taken   0

h. Defendant Statements Taken   0

i. Arrest Warrant Affidavits (Total Presented)   0
   Total Approved   0
   Total Denied   0

j. Search Warrant Affidavits (Total Presented)   0
   Total Approved _____
   Total Denied _____

2. Court Activities:
   Off Duty Court Appearances — — —  Number _____ Hours _____

   On Duty Court Appearances — — —  Number _____ Hours _____

3. Time and Attendance Activities:

   a. Total Possible Working Hours This
      Month Based on Your Schedule   160

   b. Annual Leave Hours Used   0

   c. Sick Leave Hours Used   20

   d. Compensatory Time Hours Used   0

   e. On-Duty Court Hours   16

   f. On-Duty Detail Hours   40
      (Revolver Training, Plants, Lectures, etc.
      Explain in Remarks Section)

   g. Total Unavailable Hours   76
      (Add Lines b,c,d,e and f.)

   h. Total Available Hours   84
      (Subtract Line g from Line a.)

   i. Compensatory Time Earned This Month   0
      (Exclusive of Court)

## MISCELLANEOUS ACTIVITIES/REMARKS

any job-related information not included in lines 1 through 3, such as midnight tours, out-of-town trips, etc.:

Two investigation pending

## ATTACHMENT # 6

ature of Preparer _____ Date _____   6. Signature of Reviewer _____ Date _____

**METROPOLITAN POLICE DEPARTMENT**
Special Services Command
Office of the Superintendent of Detectives
Environmental Crimes Unit

May 9, 2003

<u>MEMORANDUM</u>

TO:          Assistant Chief of Police
             Special Services Command

THRU:        Commander
             Superintendent of Detectives

THRU:        Captain
             Special Investigations Branch

THRU:        Lieutenant
             Environmental Crimes Unit

ATTN:        Director
             Disciplinary Review Division

SUBJECT:     Adverse Action Investigation Q & A Involving Investigator Randy
             Squires of the Environmental Crimes Unit (CS-03-0053,OSD-02-0346)


Q: With regards to 1419 Kenilworth Ave. NE dated September 19, 2002 were any calls
made in reference to assisting you in this investigation.

A: No because once receiving the initial complaint from Inspt.Hooks from the Dept of
Regulatory Affairs Div. I responded to the scene and all parties involved were there.

Q: Did you conduct interviews on the scene?

A: Yes

Q: With whom did you speak with?

A: Inspt. Smith from the fire Dept., fire Hazmat members and the renter of the property
Mr. Charles Baker.  (09/19/02 1030hrs.)

Q: Were any notes taken

ATTACHMENT # *17*

A: Yes

Q: Can you provide me with a copy of these notes?

A: Yes

Q: Your case in the 2200 block of M St NE did you have any phone conversations with anyone regarding this case.

A: No

Q: What investigative action was taken?

A: I responded to 1235 4th ST. SW

Q: Why did you respond there?

A: I found a traceable piece of ID in the debris with this address

Q: Upon arrival at that address what information was determined

A: The current resident was not the person listed on the mail I interviewed and identified Ms. Vona Da/Silva

Q: Your case at 26 Evarts St NE did you have any phone conservations with anyone regarding this case.

A: No

Q: What did you do to investigate this case?

A: I responded to the address located on the mail (1618 Bladensburg Rd. NE.) and conducted a interview with Mr. Benjamin Mbanugo and Mr. Kenney Unegbu on 11/04/02 (202) 388-4447

Q: Were any notes taken on the scene?

A: Yes

Q: Can you provide me a copy of any of these notes?

A: Yes

Q: Is there anything that you would like to add to help clarify this administrative investigation.

ATTACHMENT # 7 _____

A: I did do investigative work however I did neglect to transfer any of my information to the jacket, which I should have done. In All the cases involved the proper people were interviewed, as of today all the cases are updated, and I expect closure in the near future.


_____
SIGNATURE OF PERSON GIVING STATEMENT

05/09/03   1030 hrs.
Date / Time Ended

_____
OFFICIAL OBTAINING STATEMENT


_____
PERSON WITNESSING STATEMENT


ATTACHMENT # 7

OFFICES:
9830 BALTIMORE NATIONAL PIKE
ROUTE 40 WEST
BALTIMORE, MARYLAND 21220
410-747-8770
800-932-5047
410-788-8723 Fax
www.phaseonline.com

# PHASE SEPARATION SCIENCE, INC.



CERTIFICATE OF ANALYSIS
No. 02092019    Page 5 of 6
A&A Environmental Services, VA
September 25, 2002

Project:            All State
Site Location:      1415 Kenilworth Ave.
Project Number:     N/A
Matrix:             Solid

Date Sampled:       9/19/02
Date Received:      9/20/02

| | Result | Unit | Method | Limits | Extracted | Analyzed |
|---|---|---|---|---|---|---|
| **Sample ID: Sample 5, Stockpiles** | | | | | | |
| Purgeable Aromatics | | | | | | |
| Benzene | 16 | ug/kg | EPA 8021B | | | 9/24/02 |
| Toluene | 340 | ug/kg | EPA 8021B | | | 9/24/02 |
| Ethylbenzene | 260 | ug/kg | EPA 8021B | | | 9/24/02 |
| Total Xylenes | 1,600 | ug/kg | EPA 8021B | | | 9/24/02 |
| **Total Petroleum Hydrocarbons** Diesel Range Organics | 2,900 | mg/kg | EPA 8315B | | 9/23/02 | 9/25/02 |
| **Total Petroleum Hydrocarbons** Gasoline Range Organics | 16,000 | ug/kg | EPA 8315B | | | 9/24/02 |
| **TCLP Metals** | | | | | | |
| Arsenic | <0.5 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |
| Barium | <10 | mg/L | 1311/200.8 | 100 | 9/23/02 | 9/25/02 |
| Cadmium | <0.1 | mg/L | 1311/200.8 | 1 | 9/23/02 | 9/25/02 |
| Chromium | <0.5 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |
| Lead | 0.7 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |
| Mercury | <0.1 | mg/L | 1311/200.8 | 0.2 | 9/23/02 | 9/25/02 |
| Selenium | <0.1 | mg/L | 1311/200.8 | 1 | 9/23/02 | 9/25/02 |
| Silver | <0.5 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |

Reviewed by: _____
Quality Assurance Chemist

Notes:
PQL - Practical Quantitation Limit
Results reported on an as received basis
USEPA methods recommend that the appearance of detectable levels of the above purgeable aromatic components be confirmed when samples extracts are analyzed
- chromatized or perform observed in statute

NY 65:8   125 20-45-429

OFFICES:
6630 BALTIMORE NATIONAL PIKE
ROUTE 40 WEST
BALTIMORE, MARYLAND 21228
410-747-8770
800-932-9047
410-768-8723 Fax
www.phaseonline.com

# PHASE SEPARATION SCIENCE, INC.



CERTIFICATE OF ANALYSIS
No. 02092019     Page 6 of 6
A&A Environmental Services, VA
September 25, 2002

Project:          All State
Site Location:    1415 Kenilworth Ave.
Project Number:   N/A
Matrix:           Solid
Date Sampled:     9/19/02
Date Received:    9/20/02

| Sample ID: Sample B Rolloff | Result | Unit | Method | Limits | Extracted | Analyzed |
|---|---|---|---|---|---|---|
| Purgeable Aromatics | | | | | | |
| Benzene | 8 | ug/kg | EPA 8021B | | | 9/23/02 |
| Toluene | 100 | ug/kg | EPA 8021B | | | 9/23/02 |
| Ethylbenzene | 82 | ug/kg | EPA 8021B | | | 9/23/02 |
| Total Xylenes | 410 | ug/kg | EPA 8021B | | | 9/25/02 |
| Total Petroleum Hydrocarbons | | | | | | |
| Diesel Range Organics | 2,300 | mg/kg | EPA 8015B | | 9/23/02 | 9/23/02 |
| Total Petroleum Hydrocarbons | | | | | | |
| Gasoline Range Organics | 7,600 | ug/kg | EPA 8015B | | | 9/23/02 |
| TCLP Metals | | | | | | |
| Arsenic | < 0.6 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |
| Barium | < 10 | mg/L | 1311/200.5 | 100 | 9/23/02 | 9/25/02 |
| Cadmium | < 0.1 | mg/L | 1311/200.8 | 1 | 9/23/02 | 9/25/02 |
| Chromium | < 0.5 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |
| Lead | 1.6 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |
| Mercury | < 0.1 | mg/L | 1311/200.8 | 0.2 | 9/23/02 | 9/25/02 |
| Selenium | < 0.1 | mg/L | 1311/200.8 | 1 | 9/23/02 | 9/25/02 |
| Silver | < 0.9 | mg/L | 1311/200.8 | 5 | 9/23/02 | 9/25/02 |

Notes:
PCL - Practical Quantitation Limit
Results reported on an as received basis
USEPA methods recommend that the appearance of dichloroethene or the above purgeable aromatic compounds be confirmed when groundwater samples are analyzed
- Sample had no sample observed in sample

Reviewed by: _____
Quality Assurance Chemist

1419 Kenilworth av

# A&A ENVIRONMENTAL SERVICES

**Quality • Dependability • Value**

24 Hour Emergency Service
(800) 404-4037

☐ *Maryland Office*
5300 Raynor Ave
Linthicum Heights, MD 21090
(410) 636-3700 • FAX (410) 636-0260

☐ *Virginia Office*
19000 Possum Point Rd.
Dumfries, VA 22026
(703) 441-6930 • FAX (703) 721-1904

No. _____

DAY _Thompson_
DATE _9/17/03_

SHEET: _1_
OF: _1_

JOB LOCATION: _All Star Towing_
_145 _____ Hwy_
_Woodbridge_

BILL TO: _All Star Towing_
_8825 Spur_____ Ap_
_Laser VA 5803?_

CONTACT PHONE _____

CONTACT PHONE _703-573-5765_

JOB DESCRIPTION: _Routine of Arm Government Assist owners to Contaminated Sp_
_incr Removal_

## LABOR: (S=SUPER, F=FOREMAN, E=EQUIP OP, T=FIELD TECHNICIAN)

| TITLE/NAME | START TIME | STOP TIME | ST HRS | OT HRS | DT HRS |
|---|---|---|---|---|---|
| Sup T/Mat Cruel | 800 | 9cc | | | |
| For/Chase Laurence | 800 | 9cc | | | |
| Eq | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## EQUIPMENT

| TYPE | TRK NO. | START TIME | STOP TIME |
|---|---|---|---|
| ___ ___ | 109 | 800 | 9100 |
| _____ | 711 | 800 | 9100 |
| | | | |
| Guide | | 7/17/03 | |
| | | | |

## MATERIALS

| DESCRIPTION | QTY |
|---|---|
| STA-DRI | |
| 17-H DRUM (OPEN) | |
| 17-E DRUM (CLOSED) | |
| YELLOW TYVEK | |
| RAIN GEAR | |
| SORBENT PADS - BALES | |
| SORBENT BOOM - EACH | |
| SORBENT BOOM - BALES | |
| PILLOWS | |

| DESCRIPTION | QTY |
|---|---|
| GLOVES - COTTON | |
| GLOVES | Yz |
| DUCT TAPE | |
| AIR BOTTLES | |
| OVERBOOTS | |
| DISPOSABLE BOOTS-YLW | |
| COMBO CARTRIDGE | |
| CHEMICAL CARTRIDGE | — |
| POLY BAGS | |

| DESCRIPTION | Q |
|---|---|
| Boom/Boom | |
| | |
| | |
| | |

## DISPOSAL

### DESTINATION

| | AMOUNT | | MANIFEST# | PRICE |
|---|---|---|---|---|
| LIQUID BULK | | GLS | | |
| SLUDGE BULK | | GLS | | |
| BAGS OF DEBRIS/PPE | | EACH | | |
| SOLIDS | | DRMS | | |
| | | LBS | | |
| | | TNS | | |
| OTHER | | YDS | | |

## ANALYSIS

| DESCRIPTION | PRICE |
|---|---|
| ____ Laurence | |
| Brother in Law | |
| Sex Tec Pr Tm | 6 hr |

### SUBCONTRACTOR

| DESCRIPTION | PRICE |
|---|---|
| Laur, George | |
| Laur, Dennis | |
| Chris - Sweeper | |

### A&A ENVIRONMENTAL SERVICES

PRINT NAME _____
SIGNATURE _____
DATE _7/17/03_

### CUSTOMER
PRINT NAME _All A CR/c_
SIGNATURE _____
DATE _9-17-03_

ATTACHMENT # 9

No. 00587



COLLATERAL NOTICE

Page 1 of _____

**DISTRICT OF COLUMBIA
FIRE AND EMS DEPARTMENT
FIRE PREVENTION BUREAU
441 4TH STREET, N.W., SUITE 370
WASHINGTON, D.C. 20001
202-727-1600**

## NOTICE OF VIOLATION OF
## THE FIRE PREVENTION CODE

Name ___ADRIAN CHARLES BARKER___

Address ___6524 SPARTAN ROAD    FAIRFAX___

Violation Date ___9/15/02___  Time of Violation ___1300___

Business Name ___ALL STATE TOWING___

Phone ___703-573-5865___

☑ **INITIAL INSPECTION**

An authorized representative of the Fire Chief of the District of
Columbia Fire and EMS Department has observed the following
violations of the District of Columbia Fire Prevention Code on
your premises located at: ___1415 KENILWORTH AVE DS___

___VA D/C  T62-43-9301___

___F-3203.9   SPILL & LEAKS___

_____

_____

_____

A follow-up inspection will occur on or about: ___TBD___

☐ **CHECK FOR RE-INSPECTION**

A follow-up inspection has just been conducted and the violation(s) listed above
still exists. You are in violation of a Fire Chief's order and subject to the penalties
described in Section F-111.3 of the District of Columbia Fire Prevention Code.
(See back of notice for penalty). A written violation notice was issued on:

Number: _____

Collateral $ ___250.00___

_____(signature)_____
― Received by: ―

Authorized Representative

CLMM ___  9-19-09 ___   ___   FPD
Title       Date        Title        Unit

If you do not pay the required collateral or request a hearing within 15
days of the date of service of this notice, this notice will be forwarded to
the District of Columbia Superior Court for prosecution.
VIOLATOR'S COPY

ATTACHMENT # ___10___

No. 00589

COLLATERAL NOTICE

Page 1 of _____

DISTRICT OF COLUMBIA  # 103-984
FIRE AND EMS DEPARTMENT
FIRE PREVENTION BUREAU
441 4TH STREET, N.W., SUITE 370
WASHINGTON, D.C. 20001
202-727-1600

## NOTICE OF VIOLATION OF
## THE FIRE PREVENTION CODE

Name __Horton Charles Baker__

Address __8524 Spartan Road Fairfax__

Violation Date __9/19/02__ Time of Violation __1245__

Business Name __All State Towing__

Phone __703-573-5865__

☑ INITIAL INSPECTION

An authorized representative of the Fire Chief of the District of
Columbia Fire and EMS Department has observed the following
violations of the District of Columbia Fire Prevention Code on
your premises located at: __1415 Kenilworth NSE__
__VA D/L T62-43-9301__

__F-110__ __Hazardous Condition__

_____

A follow-up inspection will occur on or about: __Turn D.__

☐ CHECK FOR RE-INSPECTION

A follow-up inspection has just been conducted and the violation(s) listed above
still exists. You are in violation of a Fire Chief's order and subject to the penalties
described in Section F-111.3 of the District of Columbia Fire Prevention Code.
(See back of notice for penalty.) A written violation notice was issued on:

_____ Number: _____

Collateral $ __250 00__

Recon'ed by: _____   Authorized Representative

Title __CLWR__  Date __9-19-02__  Title _____  Unit __FPN__

If you do not pay the required collateral or request a hearing within 15
days of the date of service of this notice, this notice will be forwarded to
the District of Columbia Superior Court for prosecution.

VIOLATOR'S COPY

ATTACHMENT # 10



No. 00586

COLLATERAL NOTICE

Page 1 of _____

DISTRICT OF COLUMBIA
FIRE AND EMS DEPARTMENT
FIRE PREVENTION BUREAU
411 4TH STREET, N.W., SUITE 370
WASHINGTON, D.C. 20001
202-727-1600

## NOTICE OF VIOLATION OF
## THE FIRE PREVENTION CODE

Name _ADRIAN CHARLES BAKER_

Address _8521 SPARTAN ROAD FAIRFAX_

Violation Date _5/15/02_ Time of Violation _1300_

Business Name _ALL STATE TOWING_

Phone _203-523-5865_

☑ **INITIAL INSPECTION**

An authorized representative of the Fire Chief of the District of Columbia Fire and EMS Department has observed the following violations of the District of Columbia Fire Prevention Code on your premises located at: _1415 NEU_

_VA W/L T62-43-9301_

_F-3203.6  DISPOSAL OF_
_WASTE_

A follow-up inspection will occur on or about: _TUED_

❑ **CHECK FOR RE-INSPECTION**

A follow-up inspection has just been conducted and the violation(s) listed above still exist. You are in violation of a Fire Chief's order and subject to the penalties described in Section F-111.3 of the District of Columbia Fire Prevention Code. (See back of notice for penalty.) A written violation notice was issued on: _____

_____ Number: _____

Collateral $ _250.00_

_____  _____
Received by:          Authorized Representative

_____  _9-A-02_  _____  _FPD_
Title            Date        Title            Unit

If you do not pay the required collateral or request a hearing within 15 days of the date of service of this notice, this notice will be forwarded to the District of Columbia Superior Court for prosecution.

AUTHOR'S COPY

ATTACHMENT # _10_

11:50 *March 4, 2003 — Tuesday*

Rea 922 8th Street NE
① 55 gal oil drums placed in rear
of property —
   owner: Ms Jewell Hall
Complainant — Inspector Harold Beckham
owner Ms Hall was informed to remove
drums in 1week — will follow up

12:00 PM — Inspection 2200 BLK M. ST. NE
1235 - 4th Street, SW — Vona/DASilva
   Illegal Dumping          owner Richard
                              of property

March 5, 2003
Greg
Randy    court (took Randy court)
Collins   office

ATTACHMENT #
2200 blk M St NE

NOV 4, 2002

10:00am
1618-B- Bladensburg Rd NE
Illegal Dumping (Investigative)
202-388-4447 (Kenny)

EMEKA BENJAMIN MBANUGO
6011- Emerson St    #104
Bladensburg, Rd MD 20710
DOB - 01-27-1962
md Lic #M-152229 085 057
expire - 01-21-06
Rear-909- FRANKLIN StreeT, NE.
ILLEGAL DUMPING - fallow-up

2800 - 10th Street NE    fallow-up

26. Evarts NE Ou

Elem. R