# ATTACHMENT # 1

METROPOLITAN POLICE DEPARTMENT
Operational Support Command
Superintendent of Detectives Division

December 5, 2005

MEMORANDUM

TO: Assistant Chief of Police
Office of Professional Responsibility

THRU: Assistant Chief of Police
Operational Support Command

SUBJECT: Final Investigative Report and Recommendation Involving A Medical No-Show by Detective Randy Squires, CS#05-2040

Your attention is invited to the attached investigative report prepared by Sergeant Louie White of this command. He recommends that Detective Randy Squires receive a PD 750 for failing to appear for his scheduled appointment on October 28, 2005.

After reviewing the facts of this case, I concur with this finding. A complete copy of the investigation is being submitted for your review and recommendation.

Michael L. Anzallo
Commander

METROPOLITAN POLICE DEPARTMENT
Operational Command Services
Superintendent of Detectives Division
Special Services Branch

November 8, 2005

MEMORANDUM:

TO: Assistant Chief of Police
Office of Professional Responsibility

THRU: Assistant Chief of Police
Operational Command Services

THRU: Commander
Superintendent of Detectives Division

THRU: Captain
Special Investigations Branch

THRU: Lieutenant
Environmental Crimes Unit

SUBJECT: Final Investigative Report with Recommendations concerning Investigator Randy Squires of the Environmental Crimes Unit Failure to Appear for scheduled Clinic appointment. (CS#05-2040)

CRONOLOGICAL NARRATIVE SECTION

On Friday, October 28, 2005 a PD 141 was received stating that Investigator Randy Squires failed to appear for a scheduled 1430 Hrs. clinic appointment reference to a follow up physical exam. (Attachment #1)

In a written statement submitted by Investigator Squires he stated that he did not respond To the clinic due to he had been working surveillance and it was simply a oversight on his behalf.

The undersigned is conducting Investigator Squires investigation into this matter.

## MEMBER INVOLVED

| | | | |
|---|---|---|---|
| Investigator Randy Squires | Badge IV52 | (provided a written statement) | |
| Duty & Uniform Status | On-duty and in uniform | | |
| Personal: | African American Male | 7/18/59 | 46 years old |
| Assignment: | OSD Environmental Crimes Unit | | |
| Appointment Date: | 10/24/88 | 17 year member | |
| Current Duty Status: | Full Duty | | |

## INVOLVED INVESTIGATOR STATEMENT

Investigator Squires

Investigator Squires prepared a written statement in regards to this incident.

In a written statement submitted by Investigator Squires he states he did not respond to the clinic due to the fact he had been working surveillance and it was simply a oversight on his behalf. (Attachment #2)

## COMPLAINANT STATEMENT

N/A

## POLICE WITNESS STATEMENT

N/A

## CIVILIAN WITNESS STATEMENT

N/A

## ADDITIONAL INFORMATION

Investigator Squires was in a full duty status and worked the 2300 tour of duty on the 28th

## SUMMARY AND CONCLUSION

In the written statement provided by Investigator Squires on November 7, 2005 he admits that he did not respond to the Medical Services Division at the scheduled time designated. Investigator Squires had a reporting time of 1430 hours on October 28, 2005

Investigator Squires did report to the Medical Services Division on October 28, 2005 however he did not report until 1630 hours

## RECOMMENDATIONS

Based on the facts of this investigation, the undersigned finds the allegation that Investigator Randy Squires did miss his scheduled reporting time at the Medical Services Division on October 28, 2005 be classified as SUSTAINED

Furthermore, it is my recommendation that Investigator Randy Squires receive a PD 750 for this incident for Late/No-Show for a Clinic appointment as required by General Order 1001.1 Part HC. (Attachment #3)

Louie White
Sergeant
ECU

## ATTACHMENTS

| | |
|---|---|
| Attachment #1 | PD 141 |
| Attachment #2 | Investigator Squires PD 119 Statement |
| Attachment #3 | PD 750 |



# Medical Services Correspondence Log

| Field | Value |
| --- | --- |
| MSD Log Number: | 1586 |
| Date Received: | 10/28/2005 |
| Unit: | OSD |
| Members Last Name: | Squires |
| First Name: | Randy |
| SSN: | 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 |
| Writer's Name: | |
| Subject: | No Show |
| CS Number: | |
| Sent To: | OSD |
| Instructions: | Investigate and return |
| Date Sent: | 10/31/2005 |
| Due Date: | 11/29/2005 |
| Received: | |
| Remarks: | Date of No Show 10/28/05 at 1430 hrs. |

Noted Captme 10/31/05

**Metropolitan Police Department**
Human Services
Medical Services Division

October 28, 2005

**MEMORANDUM**

TO: Commander
CSD

SUBJECT: Notification of Missed Medical Appointment (**OPR, CS#** )

This correspondence is official notification that Randy Squires failed to report for the following appointment(s):

October 28, 2005 @ 1430 hrs (Medical Appointment)

- Appointments must be properly cancelled, rescheduled, or kept regardless of the member's duty status.
- It is the responsibility of the member to ensure that previously scheduled appointments are cancelled whenever the member elects to report to the clinic at a time prior to the originally scheduled appointment.
- All requests to cancel or reschedule appointments must be approved by a member of the Medical Services Division staff.

Medical Services Division records indicate that Investigator Randy Squires did not reschedule the appointment or personally notify a member of the Medical Services Division of his inability to keep the scheduled appointment.

General Order 1001.1 (Medical Services) Part 1H(6), which states in part . . . "Failure to appear at the Clinic when scheduled or at a scheduled session at another medical facility or failure to cancel a scheduled appointment on a timely basis shall be handled as a **"No Show"** for a duty assignment. **The member shall be considered to be *Absent Without Leave* (*AWOL*) and may be subject to disciplinary action."** Specifically, members in a Sick Leave or Limited Duty status shall be considered AWOL from the time the member failed to report for his/her original scheduled appointment until they report to the Clinic.

Please forward a copy of the action taken in this matter to Captain Michael Eldridge, of the Medical Services Division. If you have any questions regarding this matter, he may be reached on 202-269-7416.

Michael A. Eldridge
for Ira Stohlman
Director

PFC ASSOCIATES, LLC 920 Varnum Street, NE, Washington, DC 20017

POLICE AND FIRE CLINIC

CLINIC DATA RECORD

05 1 28 PM 4 24

| DATE | TIME IN | | Locker # | TIME OUT |
|---|---|---|---|---|
| | | | | |

| SOCIAL SECURITY NUMBER | SEX | AGE | RANK | NAME (LAST, FIRST, MIDDLE INITIAL) |
|---|---|---|---|---|
| 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 | M | | | SQUIRES RANDY |

ORGANIZATION: MPD ☐ USPP ☐ FAB(EMS) ☐ FD ☐ USSS ☐ OTHER

ASSIGNED UNIT | DETAILED UNIT | DUTY STATUS: ☐ Full ☐ Sick ☐ Limited ☐ Retired | LAST FULL DUTY DATE

REASON FOR VISIT: Sick Call ☐ Follow-up ☐ Physical ☐ Applicant Drug Screen | IS THIS A NEW INJURY? ☐ YES ☐ NO | IS THIS A POD INJURY? ☐ YES ☐ NO | DATE OF INJURY | IS THIS INJURY PENDING LITIGATION ☐ YES ☐ NO

SIGNATURE, CERTIFICATION AND RELEASE OF INFORMATION

*Read the following carefully before you sign. I understand that making a false statement on this form or on materials submitted with this form is punishable by civil and criminal penalties and termination of employment with my agency pursuant to District of Columbia and/or Federal law. I understand that any information that I may give may be investigated as allowed by law. I certify that to the best of my knowledge and belief, all of my statements on this form, and all the materials submitted with this form, are true, correct and complete. I hereby consent to receive treatment by the PFC provider.*

MEMBER SIGNATURE DATE

*I have received a copy of the Notice of Privacy Practices that details the Use and Disclosure of my Protected Health Information (PHI).*

Are you engaged in outside employment? ☐ YES ☐ NO

State occupation

State work hours

*Please Initial* ________

| DATE OF BIRTH | Home Address | Work Phone# / Home Phone# |
|---|---|---|
| 1?/18/?? | [illegible] AVE NE, WASHINGTON DC 20018 | 202 526-7705 |

TO BE COMPLETED BY PFC ASSOCIATES, LLC MEDICAL STAFF

REMARKS:

There are no medical reasons to prevent the member from carrying his/her weapon while on limited duty or sick leave.

The member's medical condition prevents him/her from carrying a weapon while on limited duty or sick leave.

PFC PROVIDER'S SIGNATURE

| ** PFC USE ONLY ** | DATE |
|---|---|
| RETURN TO FULL DUTY | |
| LIMITED DUTY | |
| SICK LEAVE | |
| RETURN TO CLINIC | |
| PROVIDER TO BE SEEN | |
| R/S APPRVD BY PROVIDER | |
| LIAISON/DATE | |

*I acknowledge this follow-up visit at the Police and Fire Clinic and / or my duty status. I also understand that failure to appear for this appointment may result in disciplinary action.*

Signature ________ Date ________

| FOLLOW-UP VISIT | Medical | BHS |
|---|---|---|
| Date of Appointment : | | |
| Time of Appointment : | | |
| Provider : | | |
| Checked out by: | NB | |
| Entered into Computer : | NB | |

PFC ASSOCIATES, LLC 920 Varnum Street, N.E. Washington, DC 20017

POLICE AND FIRE CLINIC

# CLINIC DATA RECORD

DATE | TIME IN | Locker # 9 | TIME OUT

SOCIAL SECURITY NUMBER: 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 | SEX: M | AGE: 46 | RANK | NAME (LAST, FIRST, MIDDLE INITIAL): Squires, Randy

ORGANIZATION: MPD ☐ USPP ☐ FAB(EMS) ☐ FD ☐ USSS ☐ OTHER ☐

ASSIGNED UNIT: OSD | DETAILED UNIT | DUTY STATUS: ☐ Full ☐ Sick ☐ Limited ☐ Retired | LAST FULL DUTY DATE: 9-22-05

REASON FOR VISIT: Sick Call ☐ Follow-up ☐ Physical ☐ Applicant ☐ Drug Screen | IS THIS A NEW INJURY? ☐ YES ☐ NO | IS THIS A POD INJURY? ☐ YES ☐ NO | DATE OF INJURY | IS THIS INJURY PENDING LITIGATION? ☐ YES ☐ NO

SIGNATURE, CERTIFICATION AND RELEASE OF INFORMATION

Read the following carefully before you sign. I understand that making a false statement on this form or on materials submitted with this form is punishable by civil and criminal penalties, and termination of employment with my agency pursuant to District of Columbia and/or Federal law. I understand that any information that I may give may be investigated as allowed by law. I certify, that to the best of my knowledge and belief, all of my statements on this form, and on the materials submitted with this form, are true, correct and complete. I hereby consent to receive treatment by the PFC provider.

MEMBER SIGNATURE/DATE

I have received a copy of the Notice of Privacy Practices that details the Use and Disclosure of my Protected Health Information (PHI)

Please Initial

Are you engaged in outside employment? ☐ YES ☑ NO

If yes, state occupation

Hours worked

Work Phone#

DATE OF BIRTH | Home Address | Home Phone#

TO BE COMPLETED BY PFC ASSOCIATES, LLC MEDICAL STAFF

REMARKS:

There are no medical reasons to prevent the member from carrying his/her weapon while on limited duty or sick leave.

The member's medical condition prevents him/her from carrying a weapon while on limited duty or sick leave.

PFC PROVIDER'S SIGNATURE

| ** PFC USE ONLY ** | DATE |
|---|---|
| RETURN TO FULL DUTY | 09/23/05 |
| LIMITED DUTY | |
| SICK LEAVE | |
| RETURN TO CLINIC | 4-6 wks |
| PROVIDER TO BE SEEN | vision test FERI |
| R/S APPRVD BY PROVIDER | |
| LIAISON/DATE | |

*I acknowledge this follow-up visit at the Police and Fire Clinic and / or my duty status. I also understand that failure to appear for this appointment may result in disciplinary action.*

Signature | Date: 9/23/05

| FOLLOW-UP VISIT | Medical | BHS |
|---|---|---|
| Date of Appointment : | 10.28.05 | |
| Time of Appointment : | 2:30 pm | |
| Provider : | FERI | |
| Checked out by: | | |
| Entered into Computer : | | |

METROPOLITAN POLICE DEPARTMENT

WASHINGTON, D.C.

PD 119 Rev.

1. COMPLAINT NO.

2. NATURE OF INVESTIGATION

3. UNIT FILE NO.

4. STATEMENT OF: (Last, First, Middle)
SQUIRES RANDY

5. DOB
ADULT

6. SEX
MALE

7. HOME ADDRESS
3220 PENNSYLANIA AVE, S.E.

8. HOME PHONE
202 437-0949

9. EMPLOYMENT (Occupation and Location)
METROPOLITAN POLICE DEPARTMENT

10. BUSINESS PHONE
202 645-7336

11. LOCATION STATEMENT TAKEN
SAME

12. NAME OF OFFICER TAKING STATEMENT *(If other than block 18 include signature)*
SAME

13. DATE /TIME STARTED
11-07-05

14. STATEMENT

On 11-07-05 the undersigned received a correspondence notification for fail to report for and schedule follow-up appointment at the Fire and Police Clinic. The undersigned work Surveillance in the 5th District hot zone for illegal dumper 2200-0630 hrs the undersigned was exhausted from working, I forgotten my return appointment. The undersigned have made ever percaution that it will not happen in the further. The undersigned in the pass 17th year have never missed a schedule appointment.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C.

Randy Squires

Signature of Person Giving Statement

16. DATE / TIME ENDED
11/7/05

17. PAGE 1 OF 1 PAGE

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:



METROPOLITAN POLICE DEPARTMENT
Washington, D.C.




OPERATIONAL SUPPORT COMMAND

Winston Robinson, Assistant Chief of Police
Voice: 727-4295 Fax: 727-5783



*ITEM INFORMATION*

OSC Log# OSC-05-259 OPR CS# ~~May 10~~ 05 4010

Subject/Title: OIA Complaint No. (CS-05-2040) Clinic No Show

Member's Name: Inv. Randy Squires

Complainant: MPD

Originating Unit: SDD

Date Assigned: 11/23/2005

Comments: EXPEDITE

*Note- if an extension is needed notify OSC at least 5 days in advance/ ALL exension requests involving CS Numbers must be approved by OPR and this approval forwarded to OSC.*

*ASSIGNED UNIT'S USE*

Assigned to:

Unit:

Date:

Instructions:

REPORT TO: Assistant Chief of Police, Operational Support Command

FROM:

*ACTION REQUIRED*

- HANDLE
- INVESTIGATE & REPORT
- PREPARE MEMO / REPORT
- PREPARE REPLY FOR
  - COP's Signature
  - A/C's Signature
  - Reply Direct
- COMMENTS
- ADDITIONAL INFO REQUIRED (see comments below)
- SERVICE
- SIGNATURE
- RECOMMENDATION
- CONTACT WRITER
- FYI
- EXPEDITE
- REVISE/CORRECT
- DUE BY 11/28/2005

Comments/Add'l Information:

DATE:

METROPOLITAN POLICE DEPARTMENT
Office of Professional Responsibility

OSC-05-259
rec 11/28/05

**MEMORANDUM**

November 14, 2005

**TO:** Commander
Superintendent of Detectives Division

**THRU:** Assistant Chief of Police
Operational Support Command

**SUBJECT:** Referral of Complaint by a Member of the Superintendent of Detectives Division IAD Tracking Number (CS-05-2040)

The attached complaint is being forwarded to you for unit level investigation. It is requested that at the conclusion of the investigation, the disposition sheet, and a copy of the investigation be returned to the Office of Professional Responsibility for tracking purposes.

The due date for this investigation is November 28, 2005.

William R. Ponton
Assistant Chief of Police

Attachments

I acknowledge receipt of the enclosed document.

Signature

Date

**METROPOLITAN POLICE DEPARTMENT**
**Office of Professional Responsibility**

**DISPOSITION SHEET**

***PLEASE RETURN THIS SHEET WITH YOUR INVESTIGATIVE REPORT***

**Due Date:** **November 28, 2005**

**Complaint System Tracking Number:** **CS-05-2040**

**District/Division:** **Superintendent of Detectives Division**

**Investigating Official:** Sgt Louie White

**Allegation(s):** **CLINIC NO SHOW**

**Final Disposition:** PD 750 issued

**Administrative Investigations:**

**Investigations shall be completed and forwarded to the Office of Professional Responsibility by the due date for tracking purposes.**

**Criminal Investigations:**

**The Office of Professional Responsibility shall be notified of the following information concerning investigations submitted to the USAO for review:**

**Date Presented:** ______________________

**Charge & Date of initiation of Criminal Charges:** ______________________

**Date of Declination:** ______________________

**Please forward a suspense copy of the preliminary and investigative reports for statistical purposes.**

Metropolitan Police Department
Washington, D.C.

# DERELICTION REPORT

| 1. Member's Name | 2. Organizational Element | 3. Date Prepared |
|---|---|---|
| Randy Squires | Special Invest. Branch | 11/8/05 |

**4. Type of Dereliction**

☐ Uniform and Equipment ☐ Personal Appearance ☒ Late/No-Show For: ☐ Court ☒ Clinic ☐ Detail ☐ Other

☐ Other Minor Dereliction ____________

**5. Details of Dereliction**

On October 28, 2005, a P.D. 141 was received from the Medical Services Division with regards to Investigator Randy Squires missing a scheduled appointment for a follow up on a physical exam. (Attachment #1)

Investigator Squires had an appointment time scheduled for 1430hrs. on October 28, 2005.

On November 11, 2005 a written statement was provided by Investigator Squires in which he stated he had worked the midnight tour of duty and just forgot his appointment. (Attachment #2)

The excuse Investigator Squires offered is unacceptable and is violation of General Order 1001.1 Part IH C. which deals with failure to appear at the Clinic when scheduled.

It shall be noted that Investigator Squires has had never had an incident of this nature appointments and has an outstanding record for attending and keeping commitments on a regular basis.

Accordingly, it recommended that Investigator Squires be issued a P.D. 750 for this incident and was advised of the seriousness of clinic commitments and if this type of activity continues more severe penalties will be be administered.

**Pervious History of Derelictions?** ☐ Yes (Explain) ☒ No

**Supervisor's Action/Recommendation (Check appropriate box and explain.)**

Professional Assistance ☐ Training ☒ Counseled ☐ Filed for Future Reference ☐ Other

| Signature of Preparing Official | 9. Organizational Element | 10. Date |
|---|---|---|
| [signature] | SIB | 11/8/05 |
| **Member's Signature** | **12. Organizational Element** | **13. Date** |
| [signature] | SIB | 11/8/05 |
| **Commanding Officer's Action** | **15. Signature of Commanding Officer** | |
| [signature] | [signature] | |

DISTRIBUTION: Copy 1 – to member Copy 2 – File in member's unit personnel folder (temporary record)

PD-938 Rev. 4/05

# METROPOLITAN POLICE DEPARTMENT



Internal Affairs Division

*Complaint Summary Sheet*

]FIT
]CHAIN OF COMMAND (Unit) OSD
]MISCONDUCT INTAKE – Agent
]EEO --*Shaded Areas for Operations Staff Use Only*--

☐ OPC - #
CS #: **05-2040**
IAD CASE #:
INTEL #:

ame: **Squires, Randy** Rank: Inv Element: OSD Badge#:IV0052 SSN: 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 Race:B Sex:M Revoked?

ame: Rank: Element: Badge#: SSN: Race: Sex: Revoked?

*Use additional CS Sheet(s) to add names, completing only relevant portions with additional information. Be sure to enter relevant CS number on all supplemental CS sheets used.*

ocation of Incident: **Police & Firefighter Clinic**

ate of Incident: **10/28/05** Time of Incident: **1430**

**PD Member First Receiving Complaint: Sgt. L. White** **Date Notified: 11/8/05**

ype of Complaint: (check all that apply) ☐Citizen Complaint (PD-99) ☐Use of Force ☐Civil Action ☐Excessive Force ☐DOMVI ☐EEO ☒Other

ame of Complainant(s)/Source(s):

mplainant/Source Address:

mplainant/Source Arrested? Charge(s) If Arrested, Complainant/Source: Race: Sex:

mplainant Phone Numbers: Work: **n/a** Home: **n/a** Other: **n/a**

'R Member Receiving Complaint: **Ofc. Boone** Date Rec'd: **11/14/05** Time Rec'd: **1105**

it Official Notifying OPR: **Sgt. L. White** Element: OSD Phone Number: (202)645-7196

**egation(s): Clinic No Show** **Member(s) Arrested? Charge(s):**

**NOPSIS:** Officer Squires failed to report for his scheduled clinic appointment on 10/28/05. Sgt. White interview with Officer Squires o stated it was an oversight.

**IR Completed?** | **Date UFIR Completed:** | **UFIR Declination Date:** | **Reverse-Garrity Issued?**

*TRUCTIONS:* On ALL Use of Force Incidents, ascertain whether a Use of Force Incident Report (UFIR) was completed. If so, indicate "Y" and enter the date completed, and the notifying official to FAX a copy to FIT 202-576-7514 prior to being relieved from duty. If not, direct the notifying official to immediately contact a FIT official, who will ove or deny the issuance of Reverse-Garrity. Whether approved or denied, the notifying official shall then call back and notify the OIA agent accordingly, and obtain the CS hers. If FIT denies issuance of Reverse-Garrity, instruct the official to prepare and forward a preliminary report to OPR, recommending USAO review.

*warded to:* ☐PMU1 ☐PMU2 ☐PMU3 ☐PIU ☐EEO *Date:* *CS Entry By:* [signature] *Date:* NOV 15 2005

erral Approved By: [signature] Date Assigned: NOV 17 2005

l Approved By: Date Assigned:

e Approved By: Date Assigned:

osition: Signature: Date:

Metropolitan Police Department
Human Services
Medical Services Division

October 28, 2005

MEMORANDUM

TO: Commander
OSD

SUBJECT: Notification of Missed Medical Appointment (OPR, CS# )

This correspondence is official notification that Randy Squires failed to report for the following appointment(s):

October 28, 2005 @ 1430 hrs (Medical Appointment)

- Appointments must be properly cancelled, rescheduled, or kept regardless of the member's duty status.
- It is the responsibility of the member to ensure that previously scheduled appointments are cancelled, whenever the member elects to report to the clinic at a time prior to the originally scheduled appointment.
- All requests to cancel or reschedule appointments must be approved by a member of the Medical Services Division staff.

Medical Services Division records indicate that Investigator Randy Squires did not reschedule the appointment or personally notify a member of the Medical Services Division of his inability to keep the scheduled appointment.

General Order 1001.1 (Medical Services) Part III(6), which states in part . . . "Failure to appear at the Clinic when scheduled or at a scheduled session at another medical facility or failure to cancel a scheduled appointment on a timely basis shall be handled as a "No Show" for a duty assignment. **The member shall be considered to be *Absent Without Leave* (AWOL) and may be subject to disciplinary action."** Specifically, members in a Sick Leave or Limited Duty status shall be considered AWOL from the time the member failed to report for his/her original scheduled appointment until they report to the Clinic.

Please forward a copy of the action taken in this matter to Captain Michael Eldridge, of the Medical Services Division. If you have any questions regarding this matter, he may be reached on 202-269-7416.

Michael A. Eldridge
For Ira Stohlman
Director



p.3

Nov 14 05 12:50p

PFC ASSOCIA[TE]S, LLC 920 Varnum Street, N.E. [Wash]ington, DC 20017

POLICE AND FIRE CLINIC

# CLINIC DATA RECORD

| [DA]TE | TIME IN | | Locker # | TIME OUT |
|---|---|---|---|---|
| | | [S]EP 28 PM 4 24 | | |

| SOCIAL SECURITY NUMBER | SEX | AGE | RANK | NAME (LAST, FIRST, MIDDLE INITIAL) |
|---|---|---|---|---|
| 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 | M | | | SQUIRES RANDY |

[AFFIL]IATION: [MP]DC ☐ - USPP ☐ - FAIRFAX ☐ - [F]D ☐ - USSS ☐ - OTHER

ASSIGNED UNIT | DETAILED UNIT | DUTY STATUS: ☐ Full ☐ Sick ☐ - Limited ☐ - Retired | LAST FULL DUTY DATE

[REAS]ON FOR VISIT: Sick Call ☐ - Follow-up ☐ Physical ☐ - Applicant Drug Screen

IS THIS A NEW INJURY? ☐ - YES ☐ - NO | IS THIS A POD INJURY? ☐ - YES ☐ NO | DATE OF INJURY | IS THIS INJURY PENDING LITIGATION ☐ - YES ☐ - NO

## [SIGN]ATURE, CERTIFICATION AND RELEASE OF INFORMATION

*[Rea]d the following carefully before you sign. I understand that making a false statement on this form or on materials submitted with [this] form is punishable by civil and criminal penalties, and termination of employment with my agency pursuant to District of [Colu]mbia and/or Federal law. I understand that any information that I may give may be investigated as allowed by law. I certify, [that] to the best of my knowledge and belief, all of my statements on this form, and on the materials submitted with this form, are true, [corr]ect and complete. I hereby consent to receive treatment by the PFC provider.*

[MEMB]ER SIGNATURE DATE ____________________

[Are you] engaged in outside employment? ☐ - YES ☐ - NO

[Outs]ide occupation ____________________

[Hours] worked

*I have received a copy of the Notice of Privacy Practices that details the Use and Disclosure of my Protected Health Information (PHI).*

***Please Initial*** ________

| [1]/18/59 | 4008 21ST AVE NE WASHINGTON DC 20018 | Work Phone# |
|---|---|---|
| [DATE] OF BIRTH | Home Address | 202 526-7705 Home Phone# |

**[TO BE C]OMPLETED BY PFC ASSOCIATES, LLC MEDICAL STAFF**

[REMAR]KS:

There are no medical reasons to prevent the member from carrying his/her weapon while on limited duty or sick leave.

The member's medical condition prevents him/her from carrying a weapon while on limited duty or sick leave.

[P]FC PROVIDER'S SIGNATURE

| ** PFC USE ONLY ** | DATE |
|---|---|
| RETURN TO FULL DUTY | |
| LIMITED DUTY | |
| SICK LEAVE | |
| RETURN TO CLINIC | |
| PROVIDER TO BE SEEN | |
| R/S APPRVD BY PROVIDER | |
| LIAISON/DATE | |

*[I] acknowledge this follow-up visit at the Police and Fire Clinic [and]/or my duty status. I also understand that failure to appear for this appointment may result in disciplinary action.*

[Si]gnature ____________ Date ____________

FOLLOW-UP VISIT

| | Medical | BJIS |
|---|---|---|
| Date of Appointment : | | |
| Time of Appointment : | | |
| Provider : | | |
| Checked out by: | [initials] | |
| Entered into Computer : | [initials] | |

539

p. 4

NOV 14 05 12:50p

..., LLC 920 Varnum Street, N.E. Washington, DC 20017

POLICE AND FIRE CLINIC

# CLINIC DATA RECORD

| DATE | TIME IN | | Locker # 9 | TIME OUT 11:22 03 |
|---|---|---|---|---|

| SOCIAL SECURITY NUMBER | SEX | AGE | RANK | NAME (LAST, FIRST, MIDDLE INITIAL) |
|---|---|---|---|---|
| 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 | M | 46 | TTV | Squires, Randy |

ORGANIZATION: ☐ MPD ☐ USPP ☐ FAD/EMS ☐ FD ☐ USSS ☐ OTHER

ASSIGNED UNIT: 020

DETAILED UNIT:

DUTY STATUS: ☐ Full ☐ Sick ☐ Limited ☐ Retired

LAST FULL DUTY DATE: 7-22-05

REASON FOR VISIT: Sick Call ☐ Follow-up ☐ Physical ☐ Applicant ☐ Drug Screen

IS THIS A NEW INJURY? ☐ YES ☐ NO

IS THIS A POD INJURY? ☐ YES ☐ NO

DATE OF INJURY:

IS THIS INJURY PENDING LITIGATION? ☐ YES ☐ NO

**SIGNATURE, CERTIFICATION AND RELEASE OF INFORMATION**

*Read the following carefully before you sign. I understand that making a false statement on this form or on materials submitted with this form is punishable by civil and criminal penalties, and termination of employment with my agency pursuant to District of Columbia and/or federal law. I understand that any information that I may give may be investigated as allowed by law. I certify, to the best of my knowledge and belief, all of my statements on this form, and on the materials submitted with this form, are true, correct and complete. I hereby consent to receive treatment by the PFC provider.*

YOUR SIGNATURE/DATE: [signature]

*I have received a copy of the Notice of Privacy Practices that details the Use and Disclosure of my Protected Health Information (PHI).*

Engaged in outside employment? ☐ YES ☑ NO

*Please Initial* [initials]

The occupation:

Worked:

Work Phone#

DATE OF BIRTH | Home Address | Home Phone#

**COMPLETED BY PFC ASSOCIATES, LLC MEDICAL STAFF**

REMARKS:

There are no medical reasons to prevent the member from carrying his/her weapon while on limited duty or sick leave.

The member's medical condition prevents him/her from carrying a weapon while on limited duty or sick leave.

[signature]

PFC PROVIDER'S SIGNATURE

| ** PFC USE ONLY ** | DATE |
|---|---|
| RETURN TO FULL DUTY | 09/23/05 |
| LIMITED DUTY | |
| SICK LEAVE | |
| RETURN TO CLINIC | 4-6 weeks |
| PROVIDER TO BE SEEN | Vision test FERI |
| R/S APPRVD BY PROVIDER | |
| LIAISON/DATE | |

*I acknowledge this follow-up visit at the Police and Fire Clinic for my duty status. I also understand that failure to appear for this appointment may result in disciplinary action.*

[signature] Signature

9/23/05 Date

FOLLOW-UP VISIT

| | Medical | BHS |
|---|---|---|
| Date of Appointment: | 10.28.05 | |
| Time of Appointment: | 8:30 am | |
| Provider: | FERI | |
| Checked out by: | [initials] | |
| Entered into Computer: | | |



p.5

NOV 14 05 12:50p



MSD Log Number: 1596

Date Received: 10/28/2005

Unit: OSD

Members Last Name: Squires

's First Name: Randy

SSN: 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

Writer's Name:

Subject: No Show

CS Number:

Sent To: OSD

Instructions: Investigate and return

Date Sent: 10/31/2005

Due Date: 11/29/2005

Received:

Remarks: Date of No Show 10/26/05 at 1430 hrs,

Noted
Capt Hmz
10/31/05