| Government Plaintiff | **XX** | **RANDY SQUIRES** | |
|---|---|---|---|
| Defendant | **District of Columbia** | vs. | Civil No. **05-cv-1120(JR)** |
| Joint | _____ | **DISTRICT OF COLUMBIA** | |

**AMENDED EXHIBIT LIST-FEBRUARY 25, 2008**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| EXHIBIT 1 | Officer Performance Rating Form, Dated 9/03 to 10/04 | | | | |
| EXHIBIT 2 | Performance Management System (PMS) Conference Report, Dated March 2004 | | | | |
| EXHIBIT 3 | Officer Performance Rating Form, Dated October 1, 2000 to September 30, 2001 | | | | |
| EXHIBIT 4 | Performance Management System (PMS) Conference Report, Dated October 1, 2000 to September 30, 2001 | | | | |
| EXHIBIT 5 | Performance Management System (PMS) Conference Report, Dated October 2000 to September 2001 | | | | |

| EXHIBIT 6 | Performance Management System (PMS) Conference Report, Dated January 12, 2002 to September 30, 2002 | | | | |
|---|---|---|---|---|---|
| EXHIBIT 7 | Settlement Agreement signed by Plaintiff, dated June 19, 2002 | | | | |
| EXHIBIT 8 | Memorandum dated July 21, Signed by Lieutenant Atcheson | | | | |
| EXHIBIT 9 | Memorandum Dated April 4, 2003 Signed by Sergeant Louie White | | | | |
| EXHIBIT 10 | Revocation of Police Powers dated July 23, 2002 | | | | |
| EXHIBIT 11 | Memorandum Dated November 8, 2005 Signed by Sergeant Louie White | | | | |
| EXHIBIT 12 | Memorandum dated December 11, 2003 Signed by Lieutenant Robert Atcheson | | | | |
| EXHIBIT 13 | Memorandum Dated April 4, 2004 Signed by Sergeant Louie White. | | | | |
| EXHIBIT 14 | Memorandum Dated October 16, 2001 Signed by Lieutenant Robert Atcheson | | | | |
| EXHIBIT 15 | Dereliction Report Dated February 26, 2001 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| EXHIBIT 16 | Memorandum Dated May 18, 2001 Signed by Lieutenant Robert Atcheson | | | | |
| EXHIBIT 17 | Memorandum Dated June 29, 2001 Signed by Lieutenant Robert Atcheson | | | | |
| EXHIBIT 18 | Memorandum Dated August 9, 2001 Signed by Sergeant Shakir T. Muslim | | | | |
| EXHIBIT 19 | Memorandum Dated October 3, 2001 Signed by Sergeant Shakir T. Muslim | | | | |