# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES,<br><br>       Plaintiff,<br><br>   VS.<br><br>DISTRICT OF COLUMBIA,<br><br>       Defendant. | Civil Action No1:05cv1120 (JR) |

## DISTRICT OF COLUMBIA'S SUPPLEMENTAL AMENDED WITNESS LIST TO THE JOINT PRETRIAL STATEMENT

The District of Columbia hereby supplements its portion of the Joint Pretrial Statement by filing the attached Amended Witness lists.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/NICOLE L. LYNCH/s/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov