**RANDY SQUIRES v. DISTRICT OF COLUMBIA**
**Civil Action Number 05-cv-1120 (JR)**
**Defendant's Amended Witness Schedule**

| W. # | Witness Name, Address & Telephone | Brief Description of Testimony | Estimated Time for Direct. | |
|---|---|---|---|---|
| 1 | Inspector Victor Brito | Inspector Brito will testify as to all facts relevant to this matter. | 1 Hours | |
| 2 | Commander John Barrett (703) 276-7702 | Commander Barrett will testify as to all facts relevant to this matter . | 1 Hour | |
| 3 | Captain Robert Atcheson | Captain Atcheson will testify as to all facts relevant to this matter. | 2 Hours | |
| 4 | Jose Acosta (571) 227-3774 | Mr. Acosta will testify as to all facts relevant to this matter.. | 1 Hour | |
| 5 | David E. Dyer 10316 Bona Vista Ave. Lanham, MD 20706 (301) 577-3939 | Mr. Dyer will testify about his knowledge and involvement in the Environmental Crimes Unit | 1 Hour | |
| 6 | Officer Paul Kurgan | Officer Kurgan will testify about his knowledge and involvement in the Environmental Crimes Unit | 1 Hour | |