**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

Randy Squires,           )
                         )
    Plaintiff,       )
                         )
vs.                      )
                         )
District of Columbia,    )   Civil Action No.: 1:05-cv-01120 (JR)
                         )   Judge James Robertson
    Defendant.       )
                         )
                         )
                         )
                         )

## PLAINTIFF'S AMENDED EXHIBIT LIST

1. Police Department Organizational Chart.
   Objection: The District objects to this document on the grounds of relevance.

2. Plaintiffs' performance evaluations for the following rating periods: October 1, 1999 to September 30, 2000; October 1, 2000 to September 30, 2001; October 1, 2001 to September 30, 2002; October 1, 2002 to October 30, 2003, September, 2003 to October, 2004; September 30, 2004 to October 1, 2005.

3. Preliminary Report Concerning the Arrest of Officer Randy Squires, dated July 21, 2001 and Final Investigative Report with Recommendations Concerning the Arrest of Officer Randy Squires, dated October 16, 2001.

4. Adverse Action Investigative Reports with Recommendations Involving Investigator Randy Squires of the Environmental Crimes Unit (CA-03-0053, OSD-02-0346), dated April 4, 2003 and June 9, 2003.

5. Plaintiff's complaint of discrimination against Atcheson.
   Objection: The District objects to this document on the grounds of hearsay, relevance and prejudice and pursuant to Fed. R. Evid. 407.

6. Complainant / Suspect Statement of Cassandra Watts, dated October 20, 2003.
   Objection: The District objects to this witness on the grounds of lack of personal knowledge, prejudice and relevance.

7. Letter from Atcheson to Johnson, dated December 5, 2003.
   Objection: The District objects to this document on the grounds of hearsay, relevance and prejudice.

8. Commanding Officer's Commendation, dated March 8, 2004.

9. Letter of Direction from Assistant Chief of Police, Peter Newsham, to Lieutenant Robert Atcheson, dated April 14, 2004.
   Objection: The District objects to this document on the grounds of hearsay, relevance and prejudice.

10. U.S. Equal Employment Opportunity Commission, Determination, dated July 16, 2004.

11. Letter from Jacqueline Johnson, Manager, Office of Diversity and EEO Compliance to Gregory Greene, Chairman, Fraternal Order of Police, Metropolitan Police Labor Committee, dated October 28, 2004.
    Objection: The District objects to this witness on the grounds of lack of personal knowledge, prejudice and relevance.

12. U.S. Department of Justice, Civil Rights Division, Notice of Right to Sue, dated March 8, 2005.

> Respectfully submitted,
> _____/s/_____
> Donald M. Temple, Esq. (#408749)
> 1229 15th Street, NW
> Washington, DC 20005
> (202) 628-1101 Phone
> (202) 628-1149 Fax
> templelaw@aol.com