UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDY SQUIRES, *et al.*,          :
                                   :
    Plaintiffs,               :
                                   :
  v.                               : Civil Action No. 05-1120 (JR)
                                   :
ROBERT ATCHESON, *et al.*,        :
                                   :
    Defendants.              :

### ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Ceara N. Flake [66], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                  JAMES ROBERTSON
                      United States District Judge