FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Randy Squires v. District of Columbia

1. On plaintiff's claim of disparate treatment on the basis of his race, that Lt. Atcheson discriminated against him by not giving him Environmental Crimes Unit overtime, we find for

   ✓ Plaintiff        _____ Defendant

2. On plaintiff's claim of retaliation by Lt. Atcheson because he exercised his right to complain of racial discrimination, we find for

   ✓ Plaintiff        _____ Defendant

3. On plaintiff's claim that a racially hostile work environment was caused by the actions of Lt. Atcheson, we find for

   ✓ Plaintiff        _____ Defendant

(If any or all of the claims are decided for the plaintiff.) We award compensatory damages to plaintiff in the amount of $ 225,000

This is our unanimous verdict.

Signed,

_____
Foreperson