FILED

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

Case No. CV 05-1120
Case Caption: Squires v. District of Columbia
Presider: Judge James Robertson

# EXHIBIT LIST

| No. | Pla | Dft | Description of Exhibit | Date | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 2 | x | | Performance Report Oct 1, 99 - Oct 2004 | 3/27/08 | x | |
| 4 | x | | Adverse Action Report June 9, 2003; April 4, 03 | 3/27/08 | x | |
| 12 | | x | Memo dtd 12/11/02 | 3/28/08 | x | |
| 2 | | x | Performance Report 3/3/04 | 3/28/08 | x | |
| 8 | x | | Commendation dated 3/8/04 | 3/28/08 | x | |
| 7 | x | | Memo dated 12/5/03 | 3/28/08 | x | |
| 20a | | x | Arrest Records - Squires | 3/28/08 | x | |
| 20b | | x | Arrest Records - Curgan | 3/28/08 | x | |
| 3 | | x | Performance Rating Form 9/30/01 | 3/28/08 | x | |
| 17 | | x | Memo dated 6/29/01 | 3/28/08 | x | |
| 19 | | x | Memo dated 10/03/01 | 3/29/08 | x | |
| 4 | | x | Performance Report Oct 1, 00 - Sept 1, 01 | 3/29/08 | x | |
| 3 | x | | Preliminary Report Re: Arrest of Squires 7/21/01 | 3/29/08 | x | |