FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY SQUIRES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 05-1120 (JR) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable James Robertson, United States District Judge, presiding, and the issues having been duly tried and the Jury having rendered its verdict, now, therefore, pursuant to the verdict,

**IT IS ORDERED** that the plaintiff, Randy Squires, have and recover from the defendant District of Columbia, the amount of $225,000.00 plus costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: February 29, 2008

By: *Alphaeus L. Richburg*
Alphaeus L. Richburg, Deputy Clerk