UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDY SQUIRES, *et al.*,          :
                                  :
    Plaintiffs,               :
                                  :
  v.                              : Civil Action No. 05-1120 (JR)
                                  :
ROBERT ATCHESON, *et al.*,        :
                                  :
    Defendants.               :

### ORDER

Pursuant to LCvR 54.2(a), it is **ORDERED** that the parties confer and attempt to reach agreement on fee issues; that the Clerk is directed to set a status conference, for a date not later than April 30, 2008, for the purposes set forth in the LCvR 54.2(a); and that plaintiff's time for filing a motion under Fed.R.Civ.P. 54(d)(2)(B) is extended until further order of the Court.

                                              JAMES ROBERTSON
                                  United States District Judge