IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RANDY SQUIRES, et al.** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-CV1120 (JR) |
| **ROBERT ACHESON, et al.** | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Will the Clerk of this Honorable court please dismiss the above captioned case with prejudice.

Respectfully submitted,

/Donald M. Temple/
Donald M. Temple, Esq.
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
202-628-1101
202-628-1149 (fax)
Templelaw@aol.com